ROBBINS GELLER RUDMAN
  & DOWD LLP
PATRICK J. COUGHLIN (111070)
DAVID W. MITCHELL (199706)
ALEXANDRA S. BERNAY (211068)
CARMEN A. MEDICI (248417)
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
patc@rgrdlaw.com
davidm@rgrdlaw.com
xanb@rgrdlaw.com
cmedici@rgrdlaw.com

DEVINE GOODMAN RASCO &
  WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL  33134
Telephone:  305/374-8200
305/374-8208 (fax)
jdevine@devinegoodman.com
lgoodman@devinegoodman.com
rkuntz@devinegoodman.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>Defendants. | Case No. 4:16-cv-01150-DMR<br><br>CLASS ACTION<br><br>DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION<br><br>DATE:  April 28, 2016<br>TIME:  11:00 a.m.<br>CTRM:  4 - 3rd Floor<br>JUDGE:  Hon. Mag. Judge Donna M. Ryu |

1127206_1

I, CARMEN A. MEDICI, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Robbins Geller Rudman & Dowd LLP, counsel for Plaintiffs Milam's Market and Grove Liquors LLC in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction.

3. Attached hereto are true and correct copies of the following Exhibits:

Exhibit A: Declaration of Jordan Abolafia; and

Exhibit B: Declaration of Schella Truntz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of March, 2016, at San Diego, California.

                                           s/ Carmen A. Medici
                                           CARMEN A. MEDICI

1127206_1

DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION - 4:16-cv-01150-DMR - 1 -