# EXHIBIT B

1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  PATRICK J. COUGHLIN (111070)
   DAVID W. MITCHELL (199706)
3  ALEXANDRA S. BERNAY (211068)
   CARMEN A. MEDICI (248417)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101-8498
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  patc@rgrdlaw.com
   davidm@rgrdlaw.com
7  xanb@rgrdlaw.com
   cmedici@rgrdlaw.com
8
   DEVINE GOODMAN RASCO &
9      WATTS-FITZGERALD, LLP
   JOHN W. DEVINE
10 LAWRENCE D. GOODMAN
   ROBERT J. KUNTZ, JR.
11 2800 Ponce De Leon Blvd., Suite 1400
   Coral Gables, FL  33134
12 Telephone:  305/374-8200
   305/374-8208 (fax)
13 jdevine@devinegoodman.com
   lgoodman@devinegoodman.com
14 rkuntz@devinegoodman.com

15 Attorneys for Plaintiffs

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                            OAKLAND DIVISION

19 B & R SUPERMARKET, INC., d/b/a            )   Case No. 4:16-cv-01150-DMR
   MILAM'S MARKET, a Florida corporation, et )
20 al., Individually and on Behalf of All Others )   CLASS ACTION
   Similarly Situated,                       )
21                                           )   DECLARATION OF SCHELLA TRUNTZ
                          Plaintiffs,        )
22                                           )
              vs.                            )
23                                           )
   VISA, INC., a Delaware corporation, et al., )
24                                           )
                          Defendants.        )
25 _____ )

26

27

28

1126869_1

1.    My name is Schella Truntz, I reside in Broward County, I am more than 18 years of age, and I have personal knowledge of the matters attested to in this declaration.

2.    I am employed by B & R Supermarket, Inc., ("B & R") a plaintiff in this lawsuit, *B & R Supermarket, Inc. v. Visa, Inc.*, Case No. 4:16-cv-01150, now pending in the Oakland Division of the United States District Court for the Northern District of California.

3.    I work at the corporate offices in Miami Springs, Florida, where I have been an Executive Assistant since 2014. I have worked for the company 15 years.

4.    My duties include reconciling chargebacks from credit cards used at all the Milam's Markets locations and at Grove Liquors.

5.    I learn of chargebacks either by receiving an email from American Express, a letter from our acquirer, Worldpay, or by visiting the Worldpay website, where I can see chargebacks from MasterCard, Visa and Discover.

6.    Each time Milam's Market or Grove Liquors receives a chargeback, I must reconcile the chargeback.

7.    The process for handling a chargeback is as follows:

(a)    When I learn of a chargeback, I send an inquiry to the store where the problem charge occurred.

(b)    The store then sends me a detailed receipt that sets forth all the information about the charge, and evidence of the customer signature.

(c)    I then send all the relevant information to Worldpay or American Express and wait for a determination from them, which usually takes a matter of weeks to reach me.

(d)    In some cases, where video is available, the company reviews security video of the transaction to determine who the customer was and what happened during the payment.

(e)    When we receive the determination from Worldpay or American Express, they tell us whether the dispute is resolved and the chargeback reversed, or if the chargeback is going to stand.

(f)    When the chargeback stands, that is money B&R loses.

1    7.    Before the October 2015, I was receiving a total of just one or two chargebacks per

2  week from Worldpay and American Express combined for all our locations.

3    8.    Before October 2015, the majority of those chargebacks were ultimately reversed

4  when we confirmed that the customer had swiped the card and signed.  In cases where the card was

5  stolen or fraudulent, B&R usually still did not pay the chargeback, as long as the card was in fact

6  swiped and signed.

7    9.    Before October 2015, I spent perhaps 15 minutes a week or less dealing with these

8  issues.

9    10.    However, since October 2015, the number of chargebacks with which we have to deal

10  has increased many fold.

11    11.    I now handle from 10 to 15 chargebacks a week and the vast majority of the those

12  chargebacks are attributed to EMV chip card transactions.

13    12.    Also, since October 2015, the great majority of chargebacks that we reconcile are not

14  reversed, but are instead upheld on the grounds that EMV chip cards were used but not processed in

15  certified point of sale card readers.

16    13.    Since October 2015, I spend at least two hours or more per week handling these

17  issues.  This is time that I otherwise would have spent managing other affairs of B&R.

18    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and

19  correct.  Executed on __March 11__, 2016.

20

21

22                                              _____
                                                    SCHELLA TRUNTZ

23

24

25

26

27

28