1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>                Defendants. | Case No. 4:16-cv-01150-DMR<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION |

1127306_1

Plaintiffs Milam's Market and Grove Liquors LLC, on behalf of a class of similarly situated persons and entities request the Court enter a preliminary injunction ordering Defendants[1] to halt imposition of the so-called Liability Shift for financial responsibility for certain credit card transactions which went into effect October 1, 2015 until all class members who have sought to comply with Defendants' announced Liability Shift receive the promised "certifications" which enable Plaintiffs to comply with the new standards.

Plaintiffs are subject to irreparable and ongoing harm and have no adequate remedy at law. Plaintiffs are forced either to stop taking credit cards or risk alienating customers and losing time and money unless they want to face uncertain and ever-growing chargebacks. Because this Court finds that Plaintiffs are likely to succeed on the merits of their claims, a preliminary injunction is appropriate.

IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary injunction is GRANTED as follows:

1. As of the date of this order Defendants will revert their rules, policies and practices regarding liability for fraudulent and other chargebacks to the pre-October 1, 2015 state; and

2. Defendants shall immediately notify all merchants to whom this order applies.

IT IS SO ORDERED.

DATED: _____     _____
                                    THE HONORABLE DONNA M. RYU
                                    UNITED STATES MAGISTRATE DISTRICT JUDGE

---

[1] Visa, Inc.; Visa Usa, Inc.; MasterCard International Incorporated; American Express Company; Discover Financial Services; Bank of America, N.A.; Barclays Bank Delaware; Capital One Financial Corporation; Chase Bank USA, National Association; Citibank (South Dakota), N.A.; Citibank, N.A.; PNC Bank, National Association; USAA Savings Bank; U.S. Bancorp National Association; Wells Fargo Bank, N.A.; EMVCo, LLC; JCB Co. Ltd; and UnionPay.