1 | ROBBINS GELLER RUDMAN
  |   & DOWD LLP
2 | PATRICK J. COUGHLIN (111070)
  | DAVID W. MITCHELL (199706)
3 | ALEXANDRA S. BERNAY (211068)
  | CARMEN A. MEDICI (248417)
4 | 655 West Broadway, Suite 1900
  | San Diego, CA  92101-8498
5 | Telephone:  619/231-1058
  | 619/231-7423 (fax)
6 | patc@rgrdlaw.com
  | davidm@rgrdlaw.com
7 | xanb@rgrdlaw.com
  | cmedici@rgrdlaw.com
8 |
  | DEVINE GOODMAN RASCO &
9 |   WATTS-FITZGERALD, LLP
  | JOHN W. DEVINE
10 | LAWRENCE D. GOODMAN
   | ROBERT J. KUNTZ, JR.
11 | 2800 Ponce De Leon Blvd., Suite 1400
   | Coral Gables, FL  33134
12 | Telephone:  305/374-8200
   | 305/374-8208 (fax)
13 | jdevine@devinegoodman.com
   | lgoodman@devinegoodman.com
14 | rkuntz@devinegoodman.com

15 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 4:16-cv-01150-DMR<br><br>CLASS ACTION<br><br>DECLARATION OF SERVICE BY MAIL |

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on March 11, 2016, declarant served the following:

   (a) NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION;

   (b) DECLARATION OF CARMEN A. MEDICI IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION; and

   (c) [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2016, at San Diego, California.

                                                s/ Shonda L. Landry
                                                SHONDA L. LANDRY

## SERVICE LIST

March 11, 2016

Visa, Inc.
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Visa USA, Inc.
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

MasterCard International Incorporated
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

American Express Company
Registered Agent:
CT Corporation System
111 Eighth Avenue
New York, NY 10011

Discover Financial Services
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Bank of America, N.A.
Registered Agent:
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

Barclays Bank Delaware
Registered Agent:
Corporation Trust Incorporated
351 West Camden Street
Baltimore, MD 21201

Capital One Financial Corporation
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

**SERVICE LIST**

Citibank (South Dakota), N.A.
HQ:
701 East 60th Street North
Sioux Falls, SD 57104

Citibank, N.A.
Registered Agent:
CT Corporation System
1 Corporate Center, Floor 11
Hartford, CT 06103

Chase Bank USA, National Association
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

PNC Bank, National Association
Registered Agent:
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202

USAA Savings Bank, a Nevada Corporation
Registered Agent:
The Corporation Trust Company of Nevada
701 South Carson Street, Suite 200
Carson City, NV 89701

U.S. Bancorp National Association
Registered Agent:
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Wells Fargo Bank, N.A.
Registered Agent:
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

EMVCo, LLC
Registered Agent:
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, DE 19808

## SERVICE LIST

JCB Co. LTD
.HQ:
5-1-22, Minami Aoyama, Minato-ku
Tokyo 107-8686
Japan

UnionPay
HQ:
6F,CUP Mansion
No. 36 Hanxiao Road
Pudong New District
Shanghai,  200135
China