UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>VISA, INC., et al.<br><br>Defendant(s). | Case No: 3:16-cv-01150<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Mark P. Ladner, an active member in good standing of the bar of Appellate Division of the Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Bank of America, N.A in the above-entitled action. My local co-counsel in this case is Penelope Preovolos, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Morrison & Foerster<br>250 West 55th Street<br>New York, NY 10019 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Morrison & Foerster<br>425 Market Street<br>San Francsico, CA 94105 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 336-4257 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 268-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>mladner@mofo.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ppreovolos@mofo.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1084409.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 21, 2015                                Mark P. Ladner
                                                                          APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mark P. Ladner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER