Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC. et al )
)  Case No: 4:16-CV-1150
Plaintiff(s), )
)  **APPLICATION FOR**
v. )  **ADMISSION OF ATTORNEY**
VISA, INC., a Delaware Corporation, )  **PRO HAC VICE**
et al )  (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )
)

I, Peter Greene, an active member in good standing of the bar of Appellate Divison of the Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: CHASE BANK USA, N.A. in the above-entitled action. My local co-counsel in this case is Raoul D. Kennedy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Four Times Square<br>New York, New York 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD:<br>peter.greene@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>raoul.kennedy@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1825736.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/23/16

Peter Greene
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Peter Greene is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE