Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC. et al )<br><br>Plaintiff(s), )<br><br>v. )<br>VISA, INC., a Delaware Corporation, )<br>et al )<br><br>Defendant(s). )<br>_____ ) | Case No: 4:16-CV-1150<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Harry Koulos_____, an active member in good standing of the bar of Appellate Division of the Supreme Court of New York__, hereby respectfully apply for admission to practice **pro hac vice** in the Northern District of California representing: CHASE BANK USA, N.A._____ in the above-entitled action. My local co-counsel in this case is Raoul D. Kennedy_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Four Times Square<br>New York, New York 10036 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>525 University Avenue, Suite 1400<br>Palo Alto, California 94301 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 735-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 470-4500 |
| MY EMAIL ADDRESS OF RECORD:<br>harry.koulos@skadden.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>raoul.kennedy@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5380696_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

***I declare under penalty of perjury that the foregoing is true and correct.***

Dated: 03/23/16

Harry Koulos
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Harry Koulos_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance **pro hac vice**. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 23, 2016.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE