1  CRAVATH, SWAINE & MOORE LLP
2  ROWAN D. WILSON (118488)
   LAUREN K. ROSS (298181)
3  825 Eighth Avenue
   New York, NY 10019
4  Telephone: (212) 474-1000
   Fax: (212) 474-3700
5  rwilson@cravath.com
   lross@cravath.com
6
7  Attorneys for Defendant American Express Company
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, | Case No. 3:16-cv-01150-WHA |
| Plaintiffs, | DEFENDANT AMERICAN EXPRESS COMPANY'S FED. R. CIV. P. 7.1 DISCLOSURE AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| v. | |
| VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A., EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association, | |
| Defendants. | |

1       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant
2 American Express Company certifies the following: American Express Company has no
3 parent company.  Berkshire Hathaway, Inc., a publicly held corporation, owns more than 10
4 percent of the outstanding shares of American Express Company.
5       Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
6 named parties, there is no such interest to report.

7

8 DATED:  March 24, 2016                                CRAVATH, SWAINE & MOORE LLP

                                                                    s/ Rowan D. Wilson
                                                      ROWAN D. WILSON
                                                      LAUREN K. ROSS

                                                      825 Eighth Avenue New York, NY 10019
                                                       Telephone:  (212) 474-1000
                                                       Fax: (212) 474-3700

                                                      Attorneys for Defendant
                                                      American Express Company

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15 OF DEFENDANT AMERICAN EXPRESS COMPANY - 3:16-cv-01150-WHA    - 1 -