| | |
|---|---|
| 1 | CRAVATH, SWAINE & MOORE LLP |
| 2 | ROWAN D. WILSON (118488)<br>LAUREN K. ROSS (298181) |
| 3 | 825 Eighth Avenue<br>New York, NY 10019 |
| 4 | Telephone: (212) 474-1000<br>Fax: (212) 474-3700 |
| 5 | rwilson@cravath.com<br>lross@cravath.com |
| 6 | |
| 7 | Attorneys for Defendant American Express Company |
| 8 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, | Case No. 3:16-cv-01150-WHA |
| Plaintiffs,<br>v.<br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A., EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br>Defendants. | DEFENDANT AMERICAN EXPRESS COMPANY'S FED. R. CIV. P. 7.1 DISCLOSURE AND LOCAL RULE 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

1       Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant American Express Company certifies the following: American Express Company has no parent company.  Berkshire Hathaway, Inc., a publicly held corporation, owns more than 10 percent of American Express Company's common stock.

      Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  March 25, 2016             CRAVATH, SWAINE & MOORE LLP

                                       s/ Rowan D. Wilson
                                       ROWAN D. WILSON
                                       LAUREN K. ROSS

                                       825 Eighth Avenue New York, NY 10019
                                       Telephone:  (212) 474-1000
                                       Fax: (212) 474-3700

                                       Attorneys for Defendant American Express Company

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 3-15 OF DEFENDANT AMERICAN EXPRESS COMPANY - 3:16-cv-01150-WHA      - 1 -