**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B & R Supermarket, Inc., et al., <br><br> Plaintiff(s), <br><br> v. <br><br> Visa, Inc., et al., <br><br> Defendant(s). | Case No: 3:16-cv-1150 WHA <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Mark R. Merley, an active member in good standing of the bar of the District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Visa Inc. and Visa U.S.A. Inc. in the above-entitled action. My local co-counsel in this case is Sharon D. Mayo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Arnold & Porter LLP <br> 601 Massachusetts Avenue, NW <br> Washington, DC 20001-3743 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Arnold & Porter LLP <br> Three Embarcadero Center, 10th Floor <br> San Francisco, CA 94111 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 202-942-5000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 415-471-3100 |
| MY EMAIL ADDRESS OF RECORD: <br> mark.merley@aporter.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> sharon.mayo@aporter.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 375866.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: March 24, 2016

　　　　　　　　　　　　　　　　　　　　　　　　Mark R. Merley
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Mark R. Merley is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 28, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE