Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

B & R Supermarket, Inc., et al.,                    )
                                                    )   Case No: 3:16-cv-01150
                              Plaintiff(s),         )
                                                    )   **APPLICATION FOR**
            v.                                      )   **ADMISSION OF ATTORNEY**
                                                    )   **PRO HAC VICE**
Visa, Inc., et al.,                                 )   (CIVIL LOCAL RULE 11-3)
                                                    )
                              Defendant(s).         )
                                                    )

I, Johnny Brent Justus, an active member in good standing of the bar of Eastern District of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Wells Fargo Bank, N.A.** in the above-entitled action. My local co-counsel in this case is David C. Powell, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McGuireWoods LLP, Gateway Plaza, 800 East Canal Street Richmond, VA  23219-3916 | McGuireWoods LLP, 1 Embarcadero, 5th Floor, San Francisco, CA  94111 |
| MY TELEPHONE # OF RECORD: (804) 775-1018 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 844-1970 |
| MY EMAIL ADDRESS OF RECORD: bjustus@mcguirewoods.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: dpowell@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 45525.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:  03/28/16                    Johnny Brent Justus
                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Johnny Brent Justus is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE