**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., d/b/a
MILAM'S MARKET, a Florida corporation,
and GROVE LIQUORS LLC, a Florida limited
liability company, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiffs,

  v.

VISA INC., a Delaware corporation, VISA
USA, INC., a Delaware corporation, et al.,

        Defendants.

_____/

No. C 16-01150 WHA

**ORDER RE ADR DEADLINES**

      Please contact and consult with the ADR Unit prior to the case management conference on April 21, 2016.

**IT IS SO ORDERED.**

Dated:  March 31, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE