Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al.      )
                            )   Case No:  16-cv-1150 WHA
           Plaintiff(s),    )
                            )   **APPLICATION FOR**
     v.                      )   **ADMISSION OF ATTORNEY**
                            )   **PRO HAC VICE**
VISA, INC., et al.                )   (CIVIL LOCAL RULE 11-3)
                            )
           Defendant(s).    )
                            )

I, Benjamin A. Klebanoff , an active member in good standing of the bar of New York, First App. Div. , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Barclays Bank Delaware  in the above-entitled action. My local co-counsel in this case is Patrick D. Robbins , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Shearman & Sterling LLP<br>599 Lexington Ave., New York, NY 10040 | Shearman & Sterling LLP<br>Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111-5994 |
| MY TELEPHONE # OF RECORD:<br>(212) 848-7316 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 616-1100 |
| MY EMAIL ADDRESS OF RECORD:<br>benjamin.klebanoff@shearman.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>probbins@shearman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5409420 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/04/16

                                       Benjamin A. Klebanoff
                                          APPLICANT

## ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin A. Klebanoff  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 4, 2016.

                               UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                        *October 2012*