Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al. )
) Case No: 16-cv-01150-WHA
Plaintiff(s), )
) **APPLICATION FOR**
v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
VISA, INC., et al. ) (CIVIL LOCAL RULE 11-3)
)
Defendant(s). )

I, Brian Calandra, an active member in good standing of the bar of New York, Court of Appeal, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant Barclays Bank Delaware in the above-entitled action. My local co-counsel in this case is Patrick Robbins, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Shearman & Sterling LLP | Shearman & Sterling LLP, 4 Embarcadero |
| 599 Lexington Ave., New York, NY 10040 | Center #3800, San Francsico, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 848-5220 | (415) 616-1210 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| brian.calandra@shearman.com | probbins@shearman.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4804894.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 03/24/16

Brian Calandra
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian Calandra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 4, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE