Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., et al., )
           ) Case No: 3:16-cv-01150
     Plaintiff(s), )
           ) **APPLICATION FOR**
 v.         ) **ADMISSION OF ATTORNEY**
           ) **PRO HAC VICE**
VISA, INC., et al.      ) (CIVIL LOCAL RULE 11-3)
           )
     Defendant(s). )

  I, Courtney Bedell Averbach, an active member in good standing of the bar of Supreme Court of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PNC Bank, National Association in the above-entitled action. My local co-counsel in this case is Scott D. Baker, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Reed Smith LLP, 225 Fifth Avenue, Suite 1200 Pittsburgh, PA 15222-2716 | Reed Smith LLP, 101 Second Street, Suite 1800 San Francisco, CA 94105-3659 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 288-3148 | (415) 543-8700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| caverbach@reedsmith.com | sbaker@reedsmith.com |

  I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA 318726.

  A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

  *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/15/16               Courtney Bedell Averbach
                        APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

  IT IS HEREBY ORDERED THAT the application of Courtney Bedell Averbach is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 15, 2016.
                    UNITED STATES DISTRICT/MAGISTRATE JUDGE