1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A., EMVCo, LLC; JCB CO., LTD; and UNIONPAY, <br><br> Defendants. | Case No. 3:16-cv-01150-WHA <br><br> [PROPOSED] ORDER GRANTING AMERICAN EXPRESS COMPANY'S MOTION TO COMPEL ARBITRATION AND TRANSFER VENUE <br><br> DATE: June 2, 2016 <br> TIME: 8:00 AM <br> COURTROOM: 8 <br> JUDGE: Honorable William H. Alsup |

1  Defendant American Express Company's ("American Express") Motion to Compel
2  Arbitration and Transfer Venue in the above-captioned action came on regularly for hearing in
3  Courtroom 8 of this Court on June 2, 2016.  All parties were represented by counsel of record at the
4  time of the hearing.
5  Having read and considered Defendant American Express's Notice of Motion and Motion
6  and Memorandum of Points and Authorities in Support Thereof, and all other papers filed by the
7  parties in support of and in opposition to Defendant American Express's Motion, as well as the oral
8  arguments of counsel at the hearing, and good cause appearing therefor,
9  IT IS HEREBY ORDERED that Defendant American Express's Motion to Compel
10 Arbitration and Transfer Venue is GRANTED.

12 **SO ORDERED.**

15 DATED: _____          _____
16                                                                          HONORABLE WILLIAM H. ALSUP
                                                                            UNITED STATES DISTRICT JUDGE