UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A., EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br><br>　　　　　　　　　　　　　　Defendants. | Case No. 3:16-cv-01150-WHA<br><br>DECLARATION OF LINDSEY SPELLMAN IN SUPPORT OF AMERICAN EXPRESS COMPANY'S MOTION TO COMPEL ARBITRATION AND TRANSFER VENUE |

LINDSEY SPELLMAN hereby declares as follows:

1. I am employed by American Express as a Manager, Marketing and Merchant Experience. As part of my job responsibilities, I am familiar with the systems and procedures by which American Express informs accepting merchants of the agreements between them and American Express, changes thereto, and the records American Express keeps concerning those agreements and notifications.

2. I have been employed by American Express since November 2013.

3. American Express affiliates and subsidiaries, as well as third-party licensees issue charge, credit, and other products to cardmembers worldwide, which cardmembers then use in making purchases from accepting merchants. For many merchants, including B & R Supermarket, Inc. ("B & R Supermarket"), the governing agreement is the standard form card acceptance agreement (the "Card Acceptance Agreement"). That Card Acceptance Agreement is binding upon each such merchant upon the submission of its first charge to American Express.

4. According to American Express records, B & R Supermarket has been an American Express Merchant since October 24, 1997. A true and correct copy of the then-governing 1997 Card Acceptance Agreement is attached as Exhibit A. Under its account with American Express, B & R Supermarket operates five locations in force.

5. Milam's Market and Grove Liquors, LLC both operate under B & R Supermarket's parent merchant account with American Express.

6. The Card Acceptance Agreement between American Express and accepting merchants is not a static agreement. Generally, the Card Acceptance Agreement is amended annually to add, eliminate or clarify certain provisions that govern the contractual relationship between American Express and accepting merchants. This process is governed by a provision that has been part of the Card Acceptance Agreement for at least two decades and permits American Express to amend the Card Acceptance Agreement with sufficient notice to accepting merchants (the "change in terms provision").

7. As Marketing Manager, I am responsible for managing the annual merchant mailing initiative with respect to U.S. proprietary merchants (that is, all U.S. merchants who are not serviced

1. by a third party agent). This annual merchant mailing is sent to all U.S. merchants in the third or fourth quarter each year and provides those merchants with either a complete updated Card Acceptance Agreement or an amendment to their existing Card Acceptance Agreement. If the merchant does not wish to be bound by the amendment or updated Card Acceptance Agreement, it has the right to terminate the agreement without cause and cease accepting American Express cards. Any merchant subject to the standard Card Acceptance Agreement may terminate that agreement at any time.

8. The standard Card Acceptance Agreement between American Express and its merchants has included an arbitration provision since October 1999. Since 1999, the arbitration provision in the Card Acceptance Agreement has been amended several times. The most recent amendment went into effect on November 30, 2015. The 2015 amendment, a true and correct copy of which is attached as Exhibit B, along with a true and correct copy of the 2014 agreement which is attached as Exhibit C, reads in part as follows:

> You or we may elect to resolve any Claim by individual, binding arbitration.
>
> \* \* \*
>
> If arbitration is chosen by any party, neither you nor we will have the right to litigate that Claim in court or have a jury trial on that Claim. Further, you and we will not have the right to participate in a representative capacity or as a member of any class pertaining to any Claim subject to arbitration. Arbitration procedures are generally simpler than the rules that apply in court, and discovery is more limited. The arbitrator's decisions are as enforceable as any court order and are subject to very limited review by a court. Except as set forth below, the arbitrator's decision will be final and binding. Other rights you or we would have in court may also not be available in arbitration.

9. The standard Card Acceptance Agreement between American Express and its merchants has included a forum selection provision since 2002. Since 2002, the forum selection provision in the Card Acceptance Agreement has been amended several times. The most recent amendment went into effect on November 30, 2015. The 2015 amendment, a true and correct copy

of which is attached as Exhibit B, along with a true and correct copy of the 2014 agreement which is attached as Exhibit C, reads in part as follows:

> Subject to section 7 of the General Provisions, any action by either party hereunder shall be brought only in the appropriate federal or state court located in the County and State of New York. Each party consents to the exclusive jurisdiction of such court and waives any Claim of lack of jurisdiction or forum non conveniens.

10. I have reviewed American Express's internal records kept in the ordinary course of business relating to notifications sent to plaintiff B & R Supermarket.

11. In 2016, when B & R Supermarket filed its initial Complaint in this action, B & R Supermarket was subject to the Agreement for American Express Card Acceptance between American Express and B & R Supermarket, as amended November 30, 2015, notice of which was mailed to B & R Supermarket in 2015. A true and correct copy of the 2015 Amendment to the Card Acceptance Agreement is attached as Exhibit B. B & R Supermarket appears on the 2015 Annual Merchant Mailing List, which is the list used to send the 2015 Amendment to the Card Acceptance Agreement to merchants.

12. In 2014, American Express mailed to B & R Supermarket a copy of the then-governing Card Acceptance Agreement. A true and correct copy of the 2014 Card Acceptance Agreement is attached as Exhibit C. B & R Supermarket appears on the 2014 Annual Merchant Mailing List, which is the list used to send the 2014 Card Acceptance Agreement to merchants.

13. In 2013, American Express mailed to B & R Supermarket a copy of the then-governing Card Acceptance Agreement. A true and correct copy of the 2013 Card Acceptance Agreement is attached as Exhibit D. B & R Supermarket appears on the 2013 Annual Merchant Mailing List, which is the list used to send the 2013 Card Acceptance Agreement to merchants.

14. In 2012, American Express mailed to B & R Supermarket a copy of the then-governing Amendment to the Card Acceptance Agreement. A true and correct copy of the 2012 Amendment to the Card Acceptance Agreement is attached as Exhibit E. B & R Supermarket appears on the 2012 Annual Merchant Mailing List, which is the list used to send the 2012 Amendment to the Card Acceptance Agreement to merchants.

15. In 2011, American Express mailed to B & R Supermarket a copy of the then-governing Card Acceptance Agreement. A true and correct copy of the 2011 Card Acceptance Agreement is attached as Exhibit F. B & R Supermarket appears on the 2011 Annual Merchant Mailing List, which is the list used to send the 2011 Card Acceptance Agreement to merchants.

16. In 2010, American Express mailed to B & R Supermarket a copy of the then-governing Amendment to the Card Acceptance Agreement. A true and correct copy of the 2010 Amendment to the Card Acceptance Agreement is attached as Exhibit G. B & R Supermarket appears on the 2010 Annual Merchant Mailing List, which is the list used to send the 2010 Amendment to the Card Acceptance Agreement to merchants.

17. In October 2015, American Express updated its Merchant Regulations to effectuate the Fraud Liability Shift. A true and correct copy of the October 2015 Merchant Regulations is attached as Exhibit H. American Express announced the Fraud Liability Shift on June 29, 2012. A true and correct copy of the press release announcing the Fraud Liability Shift is attached as Exhibit I.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 18, 2016.

_____
LINDSEY SPELLMAN

4
DECLARATION OF LINDSEY SPELLMAN IN SUPPORT OF
AMERICAN EXPRESS COMPANY'S MOTION TO COMPEL ARBITRATION AND TRANSFER VENUE