# Exhibit A



# American Express® Card Acceptance Agreement
**Establishment Services**

This Shaded Box Will Be Completed By An American Express Representative.

- ☐ New Signing ☐ S/E ☐ Stat/CAP  Purchase Card #: _____  Discount Rate  Sales #: _____
- ☐ Update ☐ CAP

Account #: _____  EDC _____ %  X-Ref 1: _____
Previous Account #: _____  Paper _____ %  Affil. Code _____ Affiliation _____
Industry Code _____  Pay Option _____  Pay Freq. _____  Temp _____ %  X-Ref 2: _____
Hierarchy Code _____  Signing Code _____  EDC Canada Lodging _____ %  Affil. Code _____  Start Up Kit ☐ Left By Sales ☐ ES Must Send

## What Is Your Name & Address? Please Complete The Following. If You Have Any Questions Call 1-800-528-5200

FULL LEGAL NAME of Corporation, Partnership or Proprietorship: _____
Phone Number: ___-___-___

Doing Business As (DBA, Trade Name): _____
Fax Number: ___-___-___

Address: _____
City: _____  State: ____  Zip: _____-____

SIC Code: _____  What Products or Services Do You Sell? _____
How Many Years Have You Been In Business? _____

DUNS #: _____  Fed Tax ID #: _____
☐ Corporation ☐ Partnership ☐ Sole Proprietorship
If Seasonal Business, Open: From _____ To _____

## Processing Information

Which Submission Method Do You Prefer? (Please Check One; Your Processor May Require a Separate Agreement)

☐ Electronic Transmission (EDC)   ☐ Electronic Transmission AMEX Terminal   ☐ Electronic Transmission Reporting Options
☐ Bank PIP*
- ☐ 3200  ☐ 3500  ☐ Permanent    ☐ SE Workstation
- ☐ Interim  ☐ 3500 PIP*  ☐ 460    ☐ Merchant Services On-Line
- ☐ 3200 PIP*  ☐ Printer  ☐ 460 PIP*
- ☐ 2200  ☐ Other _____

*Please Complete Section Below
Authorized Processor's Name _____  Processor ID # _____
Terminal Provider's Name _____
Terminal Provider's Address _____  City, State, Zip _____
Contact Person Name _____  Telephone # _____

Electronic Payment Information
Bank Name _____  Bank Phone # _____  DDA # _____  ABA # _____

Which Reporting Method Do You Prefer?
☐ Weekly - Starting: M T W T F S S  ☐ Calendar / Month  ☐ 3 Day Pay  ☐ 15 Day Pay  ☐ 30 Day Pay

## Other Information

Do You Have An Additional Address? If Yes, Please Check The Appropriate Box(es), If Any Of These Items Are To Be Sent To The Address Noted Below.
☐ Check  ☐ Start-Up  ☐ Supplies  ☐ Correspondence
Name & Address: _____
City: _____  State: ____  Zip: ____  Att: _____

## Owner/Authorized Signer Information

Name: _____  Title: _____
American Express Card # and/or Social Security #: _____
Home Address: _____  City, State, Zip _____
Have You Previously Had An American Express Merchant Account #: ☐ Yes ☐ No
If Yes, Merchant #: _____

By signing below, I represent that I have read this Agreement (which includes this front page and the Terms and Conditions for American Express® Card Acceptance in the following pages) and that the business entity indicated above agrees to be bound by this Agreement. This Agreement becomes effective upon approval of such business entity to accept the American Express Card by American Express (as defined herein).

Please Sign Here  X _____  Date: _____

CD 7694 (Rev. 3/97)

## Terms and Conditions for American Express® Card Acceptance

The terms and conditions found below apply to your acceptance of American Express® Cards. The words, *we, our, us,* and *American Express* mean American Express Travel Related Services Company, Inc. and/or our subsidiaries, affiliates and licensees that issue Cards. *You* and *your* mean the business entity accepting the Card hereunder. *American Express Card* and *Card* mean any card or other account access device issued by us bearing our name, trademark, service mark or logo. *Cardmember* means the person whose name is embossed on the face of the Card. Purchases made with the Card are *Charges*.

You agree to accept the Card under the terms of this Agreement at all your locations in the United States, Canada, the U.S. Virgin Islands and Puerto Rico in payment for all goods and services sold (except as noted below). This includes sales made in person, by telephone, by mail or by any other method. Each location or method of conducting sales is an *Establishment*.

By accepting Cards for the purchase of goods and/or services, you agree to be bound by this Agreement. If you do not wish to accept the terms of this Agreement, you must not submit Charges and you must notify us immediately and return all materials we provided to you.

### HONORING CARDS

You shall honor all Cards properly presented in accordance with this Agreement.

When a customer asks what payment methods you accept you shall mention the American Express Card.

When a Cardmember makes or requests to make a purchase with the Card, you shall not:

- in any way try to persuade the Cardmember to use any other payment method;
- offer to extend credit or charge services to the Cardmember for that transaction through your own or any other charge, credit, debit or other card or service; or
- criticize or mis-characterize the Card.

You shall not discourage any Cardmember from using the Card. You shall not impose any restrictions or conditions on the use of the Card that are not imposed equally on the use of all other charge, credit, debit or other cards or services.

You shall not state or publish a preference for any other charge, credit, debit or other card or service over the Card.

You shall not promote the use of any other charge, credit, debit or other card or service (except for your own card which is issued solely by you and is usable only at your Establishments) more actively than you promote the use of the Card.

You shall display American Express signs, decals or other identification prominently at your Establishments, including our "Take-One" containers filled with Card application forms. You will receive a $3.00 commission when we open a new Card account based upon a Card application from your Establishment.

### DISCOUNT

The amount we charge you for accepting the Card (the *Discount*) is a percentage of the face amount of Charges you submit *(Discount Rate)*. The initial Discount Rate is the percentage indicated in this Agreement or otherwise provided to you in writing by us. The Discount will be deducted from your payments. Effective every April 1st (beginning after your first full calendar year of Card acceptance) we may adjust the Discount Rate. In addition, since the Discount Rate is based in part upon the submission method and payment plan you elect, we may adjust the Discount Rate accordingly if these change. We further have the right to adjust the Discount Rate at any time. Different Discount Rates may apply to Establishments in Canada.

### PAYMENT

We will pay you in United States Dollars for the face amount of Charges you submit, minus: 1) the Discount; 2) any amounts you owe us; 3) any amounts for which we have Full Recourse; and 4) any Credits you submit. We will send payment to you in accordance with the payment plan you selected. Establishments located in Canada must submit Charges in Canadian Dollars and will be paid in Canadian Dollars. You may not receive payment on behalf of any other entity.

<u>Payment Method</u>
You must participate in our Electronic Pay Program *(Electronic Pay)* unless:

- You do not have a bank account and cannot get one or
- Your bank does not have access to the Federal Reserve System to receive Automated Clearing House transactions.

Payments will be sent electronically <u>via</u> the Automated Clearing House of the Federal Reserve System *(ACH)* to the demand deposit account you designate *(Account)* at a domestic bank *(Bank)* that participates in ACH. Unless otherwise mutually agreed, we will initiate payment <u>via</u> ACH within three (3) business days of receiving and processing Charge Data. If your payment date falls on a day that our bank is not open for processing ACH payments, we will initiate payment on the next day our bank is open for processing ACH payments. You must provide us information about your Account and your Bank, and you must notify your Bank that we may have access to the Account for debiting and crediting the Account. We will not be responsible for any obligations or liabilities, including but not limited to incidental or consequential damages, over and above the amount of the applicable debit, credit or adjust-

ment to your Account in the event that any such debit, credit or adjustment is not honored by your Bank or is improperly applied to your Account.

There is an additional fee of 0.15% of the face amount of Charges you submit for participation in Electronic Pay. However, if you obtain Authorization for Charges electronically and transmit Charge Data to us electronically, you will not be charged the additional fee for participation in Electronic Pay.

There are three (3) payment alternatives as described below:

Basic Payment Plan: Payment is sent within **three business days** after we receive and process Charges.

Economy Payment Plan: Payment is sent **fifteen calendar days** after we receive and process Charges.

Extended Payment Plan: Payment is sent **thirty calendar days** after we receive and process Charges.

If you are paid by check, we will charge a processing fee of 95¢ per check.

## FULL RECOURSE

*Full Recourse* means the right to payment from you for the full amount of each Charge subject to such right. We may deduct, recoup and offset such amount from payments to you or you shall pay us promptly upon receipt of our invoice. We shall have Full Recourse with respect to a Charge if you do not comply with the terms of this Agreement, even if we had notice when we paid you for that Charge that you did not so comply and even if you obtained Authorization for the Charge in question. We will also have Full Recourse as provided elsewhere in this Agreement.

## DISPUTED CHARGES

If we contact you regarding a claim, complaint, or question about any Charge *(Disputed Charge)* you must respond to us in writing or electronically within twenty-five (25) days after we contact you. We will have Full Recourse for the amount of the Disputed Charge if, by the end of that time period, you have not provided us with a written substantive response to our inquiry which enables us to resolve the dispute. If a Cardmember, despite your reply, continues to withhold payment for the Disputed Charge and the Cardmember has the right under applicable law to withhold such payment, we will have Full Recourse for such Charge.

## CARD ACCEPTANCE PROCEDURES

Procedures for Card acceptance are set forth below. You must comply with any changes in these procedures of which we notify you.

### In Person Charges

For Charges made in person, you must:

- Verify that the Card is not visibly altered or mutilated;
- Ensure that the Card is being used within the valid dates shown on the face of the Card;
- Verify that the Card is signed in the same name as the name embossed on the front of the Card;
- Create a Charge Record as described below and verify that the Cardmember's signature on the Charge Record matches the signature on the back of the Card; and
- Obtain Authorization as described below.

### Other Charges

For all other Charges, such as Charges made by mail, telephone or at unattended Establishments, you must:

- Obtain Authorization as described below; and
- Create a Charge Record as described below, except with the words "Mail Order," "Telephone Order" or "Signature on File," as applicable, on the Cardmember signature line.

If the Cardmember denies making or authorizing such a Charge and you have not obtained the Cardmember's signature for the Charge, we will have Full Recourse for such Charge. We will not have Full Recourse for such a Charge based upon a claim that the goods were not received if you have: 1) verified with us that the address to which the goods were shipped is the Cardmember's billing address; and 2) obtained a receipt signed by an authorized signer verifying the delivery of the goods to such address.

### Completing Charge Records

For every Charge you must create or complete a record of Charge *(Charge Record)* containing: 1) the Card account number and expiration date *via* an imprinter or Card swipe device; 2) the date the Charge was incurred; 3) the amount of the Charge, which must be the total purchase price of the goods or services purchased plus applicable taxes; 4) the Authorization approval code number; 5) an acceptable description of the goods or services purchased; 6) an imprint or other registration of your name, address and the Establishment Number we assigned; 7) the Cardmember's signature; and 8) the words "No Refunds" if you have a No Refund policy.

### Authorization

You must obtain an authorization approval code number from us *(Authorization)* for all Charges as described below, regardless of amount and except as otherwise expressly provided herein. Each Authorization request must be for the total purchase price of the goods or services purchased plus applicable taxes. Authorization is not a guarantee that we will accept the Charge without Full Recourse, nor is it a guarantee that the person making the Charge is the Cardmember.

You agree to obtain Authorization for every Charge regardless of amount. If your electronic authorization terminal is unable to reach our computer authorization system for Authorization, or you do not have such a terminal, you agree to obtain Authorization for all Charges by calling us at our authorization telephone number. You shall be charged 65 cents for each Charge for which you request authorization by telephone. We retain the right to change the amount we charge to you for requesting Authorization by telephone at any time.

For Charges for goods or services which are shipped or provided more than thirty (30) days after the order is made, you must obtain Authorization for each such Charge at the time the order is made <u>and again</u> immediately before you ship the goods or provide the services to the Cardmember.

You may not obtain Authorization on behalf of any other entity.

Credits

When you give a refund for a purchase made with a Card, you must credit that Card account *(Credit)*. You must create a record of Credit *(Credit Record)* and submit the Credit Record to us within seven (7) calendar days of determining the Credit is due. We will deduct the full amount of the Credit, minus the applicable Discount, from your payment. If we are unable to deduct such amount, you must pay us promptly upon receipt of our invoice. You will issue Credits only for Charges made with the Card. **You must not give a cash refund for goods or services purchased with the Card.**

Submission and Acceptance of Charges and Credits

You shall submit all Charges to us within seven (7) days of the date they are incurred; provided, however, that you shall not submit any Charge until the goods or services purchased have been delivered to the Cardmember. You must submit Credits as described above in "Credits." Charges and Credits will be deemed accepted on a given business day if received and processed before our close of business for that day at the location we designate.

You warrant that all indebtedness arising from Charges that you submit is genuine and free of any liens, claims or encumbrances. You acknowledge that you have no right to bill and/or collect from any Cardmember for any purchase made with the Card.

When you submit Charges and Credits electronically *(Charge Data)*, you must do so over communications lines or *via* magnetic tape in machine-readable format *(Transmission)*. Even if you transmit Charge Data electronically you must still complete and retain Charge Records and Credit Records.

In the event you submit Charges and Credits on paper, you must submit Charge Records and Credit Records approved by us in accordance with the instructions we provide.

Transmissions must comply with the specifications we provide and must include a description of the goods or services purchased which is acceptable to us. At our request you shall place additional, less or differently formatted information on Transmissions. We are not obligated to accept any Transmission that does not comply with our requirements.

Processors

You may retain, at your expense, a third party approved by us *(Processor)* for obtaining Authorizations and/or submitting Charges and Credits. You, and not American Express, are responsible for any errors, omissions, delays or expenses caused by your Processor. You must provide us with all information we request about your Processor and you must notify us promptly in writing if you change your Processor.

Recurrent Billing

If you offer automatic/recurrent billing for a series of separate purchases, Cardmembers must sign a consent form *(Consent Form)* authorizing you to charge their Card accounts for specific amounts at specific times *(Recurrent Billing Charges)*. You must obtain a Consent Form before submitting the first Recurrent Billing Charge. The Consent Form must include the Cardmember's name, Card account number and signature; the amount of each Recurrent Billing Charge; the frequency of such Recurrent Billing Charges; the date the Recurrent Billing Charges will begin and end; and a statement that the Cardmember may cancel the Consent Form at any time. You must retain Consent Forms for twenty-four (24) months from the date you submit the last Recurrent Billing Charge. Before submitting each Recurrent Billing Charge, you must obtain Authorization and create a Charge Record except with the words "Signature on File" on the Cardmember signature line.

Document Retention

You must retain the original Charge Record or Credit Record and all documents evidencing such transactions, or reproducible records thereof, for twenty-four (24) months from the date you submitted the Charge or the Credit to us. You must provide a copy of the Charge Record or Credit Record and other supporting documents to us within twenty-five (25) calendar days of our request.

Refunds

Your refund policy for purchases made with the Card must be at least as favorable as your refund policy for purchases made with other forms of payment. You must disclose your refund policy to Cardmembers at the time of the purchase and in a manner that complies with applicable law.

**PROHIBITED TRANSACTIONS**

You may not accept the Card for:

- Penalties or fines of any kind, damages, losses or any other costs or fees that are beyond the normal basic fee for the goods or services provided, or amounts for which the Cardmember has not specifically authorized payment by the Card;
- Gambling services, gambling chips or gambling credits;
- Cash;
- Goods which will be resold;
- Leases of personal property for greater than four (4) months;
- Sales made under a different trade name or business affiliation than indicated in this Agreement or otherwise approved by us;
- Sales by third parties; or
- Amounts which do not represent a *bona fide* sale of goods or services at your Establishment.

## RESERVE

We may withhold payment from you if, in our reasonable business judgment, it is necessary to create a reserve as security for your obligations to us under this Agreement or any other agreement between you and us. We have the right to deduct from and recoup and offset against the reserve, amounts you owe us under this Agreement or any other agreement between you and us. We will notify you if we withhold payments. We may take other reasonable actions to protect our rights including, but not limited to, changing your speed or method of pay, exercising Full Recourse immediately for all Disputed Charges without first sending you an inquiry, and/or charging you a fee for each Disputed Charge.

## CONFIDENTIALITY

You shall keep confidential any information you receive from us that is not publicly available.

You agree that the names, addresses and account numbers of Cardmembers are the sole and exclusive property of American Express. You must not use or disclose a Cardmember's account number except as provided in this Agreement.

## TRADEMARKS AND SERVICE MARKS

This Agreement does not give either party any rights in the other party's name, logo, service marks, trademarks, trade names, taglines or any other proprietary designation (Marks). No use may be made of either party's Marks without the prior written permission of that party. Where you mention the Card as a payment method you must use our Marks, but only as described in our logo sheets. You agree that we may list the name and address of you and your Establishment(s) in materials containing lists of establishments which accept the Card which we may publish from time to time.

## NOTICES

Unless otherwise notified, you will send all notices to:
American Express
Travel Related Services Company, Inc.
P.O. Box 53773
Phoenix, AZ 85072
Attn: SE Maintenance Unit

## INDEMNIFICATION

You agree to indemnify and hold harmless us, our parent, subsidiaries, affiliates, licensees, successors and assigns from and against all damages, losses and expenses including, but not limited to, reasonable attorneys' fees and costs, arising from any suit or claim arising or alleged to have arisen out of: 1) any goods or services you sell; 2) the marketing of any goods or services you sell; 3) the negligent or wrongful performance of, or failure to perform, by you, your agents and/or employees, any duties or obligations under this Agreement; 4) the violation or alleged violation by you, your agents and/or employees of any laws, regulations or rulings applicable to you; and/or 5) your breach of this Agreement.

## TERMINATING THIS AGREEMENT

Either party can terminate this Agreement by sending written notice to the other party. The termination will be effective on the third business day after such notice is sent.

You agree that this Agreement is a contract to extend financial accommodations and that if bankruptcy proceedings or similar proceedings are filed with respect to your business, this Agreement is automatically terminated. You must notify us immediately if any of the above events occur.

Upon termination, you must: 1) remove all American Express identification and return our materials and equipment immediately; 2) submit any Charges incurred prior to the termination in accordance with this Agreement; and 3) submit any Credits relating to these Charges in accordance with this Agreement. Our rights under the sections entitled "Full Recourse," "Disputed Charges," "Reserve," "Confidentiality" and "Indemnification" shall survive termination of this Agreement.

## COMPLIANCE WITH LAWS

You agree to comply with all laws, regulations and rules applicable to you.

## GOVERNING LAW

THIS AGREEMENT WILL BE GOVERNED BY AND CONSTRUED IN ACCORDANCE WITH THE LAWS OF THE STATE OF NEW YORK APPLICABLE TO AGREEMENTS NEGOTIATED, EXECUTED AND PERFORMED ENTIRELY WITHIN THE STATE OF NEW YORK.

## ASSIGNMENT

You may not assign this Agreement. We may assign this Agreement to our parent, subsidiaries or affiliates.

## NO WAIVER

Failure to enforce any term or condition of this Agreement shall not be a waiver of the right to later enforce such term or condition or any other term or condition of this Agreement.

## CHANGING THIS AGREEMENT

We have the right to change this Agreement at any time. We will notify you of any change in writing at least ten (10) days in advance. If the changes are unacceptable to you, you may terminate this Agreement as described in the section entitled "Terminating This Agreement."

## ENTIRE AGREEMENT

This Agreement is the entire agreement with respect to the subject matter hereof and supersedes any previous agreement with respect to the subject matter hereof.

## VERIFICATION OF INFORMATION/INVESTIGATIVE CONSUMER REPORTS

You represent and warrant that all statements contained in this Agreement and such other information you provide to us in connection with this Agreement are true, complete and correct.

5

You understand and agree that an investigative or consumer report about the commercial and/or personal finances of you, any person(s) signing this Agreement and/or any person(s) providing us with permission may be requested from a consumer and/or commercial credit reporting agency or other investigative agency in connection with this Agreement.

## PROVISIONS APPLICABLE TO SPECIFIC INDUSTRIES

If you are engaged in any of the following industries you must comply with the following applicable provisions.

### 1. HEALTH CARE

For services rendered or goods provided while a Cardmember is admitted as a patient at your Establishment, you may delay submitting Charges up to $1200 but not for longer than (30) days after the Cardmember is discharged.

### 2. INSURANCE

You may accept the Card for insurance premiums only at your Establishments in the United States. You must not accept the Optima℠ Card for these Charges.

### 3. LODGING

Assured Reservations

If you have elected to participate in the Assured Reservations program, you must accept the Card to reserve accommodations until the published check-out time on the day following the scheduled arrival date (Assured Reservations). For each Assured Reservation, you must confirm the reservation and record the Cardmember's name, address, Card account number and expiration date.

When accepting an Assured Reservation, you must advise the Cardmember that, if the Cardmember does not claim the Assured Reservation, or cancel it within the time specified in your stated cancellation policy, the Cardmember may be charged for one night's lodging plus applicable taxes. If the Cardmember does not claim or cancel the Assured Reservation, and you decide to charge the one night's lodging, you must submit a completed Charge Record with the words "Assured Reservations - No Show" on the Cardmember signature line or transmit the appropriate no-show description on the Charge Data. If the Cardmember cancels, you must provide the Cardmember with a cancellation number and maintain a record of such cancellation number and the date provided.

Failure by you to comply with the above requirements will result in our exercising our right to Full Recourse if the No-Show Charge is disputed by the Cardmember.

If you do not honor an Assured Reservation, you must: 1) pay for a one night stay at comparable accommodations nearby; 2) pay for transportation to the alternate location; 3) pay for a three minute telephone call, if requested by the Cardmember; and 4) forward all communications to the alternate location.

If your cancellation policies and practices result in a disproportionate number of disputes with respect to No-Show Charges, you agree to cooperate with us in efforts to reduce the number of such disputes. In the event that such efforts fail to reduce the number of such disputes, we reserve the right to exercise our right to Full Recourse immediately for all such disputes without first sending you an inquiry.

CARDeposit®

If you have elected to participate in the CARDeposit® program, to the extent you require room deposits you must accept the Card for payment of these deposits (CARDeposits). Only Cardmembers with a billing address in the United States, Canada, Puerto Rico or the U.S. Virgin Islands may use the Card for the payment of CARDeposits. A CARDeposit may not exceed the cost of a fourteen (14) night stay plus applicable taxes.

For each CARDeposit, you must complete a Charge Record except with the word "CARDeposit" on the Cardmember signature line. You must also indicate on the Charge Record the scheduled arrival date. Within three (3) business days from the date of the CARDeposit Charge you must send the Cardmember written confirmation of the arrival and departure dates, the amount of the CARDeposit, a confirmation number and the cancellation policy.

If a CARDeposit is canceled, you must send a written cancellation notice showing the cancellation number to the Cardmember within three (3) business days. If a refund is due, you must submit a Credit Record with the words "CARDeposit Cancellation" on the Cardmember signature line.

If an arrival date of a CARDeposit is changed, you will send the Cardmember a written confirmation of the change within three (3) business days.

Upon arrival the Cardmember must show the Card. If the Cardmember does not have the Card, other identification must be shown.

If you do not honor a CARDeposit you must: 1) issue a Credit for the CARDeposit; 2) pay for comparable accommodations nearby for the duration of the original reservation (not to exceed 14 nights) or until the original location accommodations are available, whichever occurs first; 3) pay for the Cardmember's transportation to the alternate location and for a return to the original location once each day until the original accommodations are available; and 4) pay for two three-minute telephone calls for the Cardmember to inform of the alternate location and to advise of being moved back to the original location.

Emergency Check-In

If a Cardmember whose Card is lost or stolen requests check-in, you must call our toll-free authorization number, ask for an "Authorizer," request Authorization for an "Emergency Check-In" and follow the Authorizer's Instructions. You may then submit a Charge Record for the approved amount with the words "Emergency Check-In" under the Cardmember's signature.

Check Cashing

You must cash personal checks up to $250 per stay for Cardmembers who are paying for their stay with the Card, subject to cash availability. We will reimburse you for checks which are returned to you unpaid if you have followed our instructions.

Promotional Materials

You must display prominently American Express signs, decals or other identification, including our "Take-One" containers filled with Card application forms, in all high traffic areas, such as front desks, cashiers' locations and restaurants. You must also put our "In-Room" applications on desk tops in at least 90% of your rooms.

## 4. MOTOR VEHICLE SALES

We will accept Charges for the down payment or the entire purchase price of new and used motor vehicles only if: 1) you provide a full warranty on the motor vehicle of at least one year or 12,000 miles; 2) you transfer title and physical possession of the motor vehicle to the Cardmember; 3) the amount of the Charge does not exceed the total price of the motor vehicle after applicable discounts, rebates, cash down payments, and trade-in values have been deducted; and 4) you obtain Authorization for the entire amount of the Charge. You must not accept the Optima$^{sm}$ Card for these Charges. If within ninety (90) days after delivery of the motor vehicle, the Cardmember refuses to pay us due to a dispute regarding the quality of the motor vehicle, we will have Full Recourse for the Charge. We will not exercise our rights of Full Recourse until the Cardmember has returned the motor vehicle to you.

## 5. PARKING/TAXIS

When the number of parking days is agreed upon when the Cardmember leaves the motor vehicle with you, you must submit the Charge immediately.

When you provide a parking pass valid for a pre-determined number of parking days, you must submit the Charge immediately.

When the number of parking days is not known when the Cardmember leaves the motor vehicle with you, you must not submit the Charge until the last day of parking.

If (1) you do not have an electronic authorization terminal and (2) you are submitting Charges for taxis (not including limousine or car service) or parking, then you are not required to obtain Authorization for those Charges smaller than $50 for taxis and $75 for parking lots, each such amount being a *Floor Limit*. You must not attempt to avoid the Authorization requirement by submitting two or more charges for a single transaction. We have the right to change, or eliminate such Floor Limits, at any time.

## 6. TELECOMMUNICATIONS

We will exercise Full Recourse immediately for all Disputed Charges without first sending you an inquiry. For telephone call Charges, you will furnish a complete description of each call to the Cardmember.

## 7. INTERNET

You may submit Charges for the sale of goods or services via the Internet only if you conform with our requirements. We will exercise Full Recourse immediately for all Disputed Charges without first sending you an inquiry.

## 8. TIMESHARE

You represent that for at least 2 years you have been in the business of: 1) selling Timeshare Units; or 2) listing Timeshare Units for sale, rental or exchange. "Timeshare Unit" means the exclusive right to occupy a unit in a real estate development located in the United States, U.S. Virgin Islands and Puerto Rico for vacation and resort use for a period of time each year not exceeding 4 weeks.

You may accept the Card only for: 1) no more than 20% of the purchase price of an ownership interest or other annual occupancy right in a Timeshare Unit; or 2) membership fees to register or list a Timeshare Unit for sale, rental or exchange.

You may not submit any Charges until you have the irrevocable right to retain the payment under applicable law and under a written agreement signed by the Cardmember. You may not accept the Card for: 1) maintenance fees; 2) campground memberships; 3) recreational fees; or 4) interests in real property other than Timeshare Units.

## 9. CHARITABLE DONATIONS

You represent that you are a non-profit organization incorporated or registered as such under applicable law and recognized by the U.S. Internal Revenue Service *(IRS)* as an entity qualifying for tax exemption under Section 501 of the IRS Code (the *Code*). You may accept the Card only for charitable donations: 1) which are 100% tax-deductible to the payor as a charitable contribution under the Code; or 2) which include the receipt of an item or service of value (such as a meal or admission to an event or other incentive) where at least 75% of the amount is tax-deductible to the payor as a charitable contribution under the Code.

## AUTHORITY TO SIGN

You represent that the individual who signs this Agreement has authority to sign and to bind you to the terms of the Agreement. You further represent that you have read it and kept a copy for your file. We represent that American Express Travel Related Services Company, Inc. is authorized to sign and enter into the Agreement on its own behalf and on behalf of its subsidiaries, affiliates and licensees that issue Cards.

American Express Travel Related Services Company, Inc.

By: *David C. House* (signature)

David C. House
**President, Establishment Services**