# Exhibit B



**GLOBAL MERCHANT SERVICES**

AGGRESSIVE NATURE   FPO for Variable Data
Aggressive Nature
145 Thain Rd Ste J
Lewiston, ID 83501-4871

**Merchant Number**
1110425238

October 2015

Dear Business Owner or Manager,

We are committed to enhancing your merchant experience, so we are highlighting this year's changes to your American Express® Card Acceptance Agreement. Please read the enclosed amendments, which go into effect on November 30, 2015*. Note: you do not have to respond to this letter to accept the updated agreement.

In addition to the changes to your Card Acceptance Agreement that we are communicating today, we publish policy updates online twice each year. You can visit us at americanexpress.com/merchantpolicy and log-in with your merchant number to review updates to the Merchant Regulations.

If you have any questions or concerns, please call us at 1-800-528-5200, Monday through Friday, 8AM to 8PM Eastern Time, or contact your American Express representative.

As always, thank you for welcoming American Express Cards. We value and appreciate your business.

Sincerely,

*Anré Williams*

**Anré Williams**
President, Global Merchant Services
American Express

*There may be some cases where this contractual change does not apply to particular merchants due to specific terms and conditions of their Card Acceptance Agreement. If you believe that any of these changes would not be applicable under your agreement with American Express, please contact your American Express representative.

© 2015 American Express. All rights reserved.

**AMERICAN EXPRESS** | **GLOBAL MERCHANT SERVICES**

# Amendment to American Express® Card Acceptance Agreement

The agreement whereby you accept the American Express® Card ("Agreement") is amended, effective as of November 30, 2015, as set forth below. All terms that are not defined below have the same meaning as in the Agreement.

**The definitions of** *Agreement, American Express Cards, Cardmember, Chargeback, General Provisions, Merchant Number, Merchant Regulations, We, our* **and** *us,* **and** *You* **and** *Your* **in Section 1.c of the General Provisions (regarding Definitions) are replaced with the following definitions, respectively:**

*Agreement* means the General Provisions, the Merchant Regulations, and any accompanying schedules and exhibits, collectively (sometimes referred to as the Card Acceptance Agreement in our materials).

*American Express Card* or *Cards* mean (i) any card, account access device, or payment device or service in each case bearing our or our Affiliates' Marks and issued by an Issuer or (ii) a Card Number.

*Cardmember* means an individual or Entity (i) that has entered into an agreement establishing a Card account with an Issuer or (ii) whose name appears on the Card. (Cardmember is sometimes referred to as "Card Member" in our materials.)

*Chargeback* when used as a verb, means (i) our reimbursement from you for the amount of a Charge subject to such right or (ii) our reversal of a Charge for which we have not paid you; when used as a noun, means the amount of a Charge subject to reimbursement from you or reversal. (Chargeback is sometimes called "full recourse" or "Full Recourse" in our materials.)

*General Provisions* means the provisions set out in the Agreement other than the provisions in the Merchant Regulations or any accompanying schedule and exhibit hereto.

*Merchant Number* means a unique number we assign to your Establishment.

*Merchant Regulations* means the American Express Merchant Regulations – U.S., which are available at www.americanexpress.com/merchantpolicy and can be accessed by entering your online Merchant Account user ID and password.

*We*, *our*, and *us* mean American Express Travel Related Services Company, Inc., a New York corporation.

*You* and *your* mean the individual or Entity accepting the Card under the Agreement and (as applicable) its Affiliates conducting business in the same industry (sometimes called the "Merchant", "Service Establishment," or "SE" in our materials).

**Subsection (iv) of Section 2.b.iv of the General Provisions (regarding Payment for Charges) is replaced as follows:**
(iv) any amounts for which you have submitted Credits.

**Subsection (i) of Section 2.b.v of the General Provisions (regarding Chargeback) is replaced as follows:**
(i) deducting, withholding, recouping from, or <u>otherwise</u> offsetting against our payments to you or debiting your Bank Account, or we may notify you of your obligation to pay us, which you must do promptly and fully;

**Subsection (v) of Section 3.b of the General Provisions (regarding Triggering Events for Reserve) is replaced as follows:**
(v) your becoming or threatening to become insolvent;

**Section 6.b of the General Provisions (regarding Grounds for Termination) is amended by deleting the last sentence so that Section 6.b reads as follows:**
b. <u>Grounds for Termination</u>. In addition to our rights in sections 3.a and 6.a of the General Provisions, we may terminate the Agreement at any time without notice to you and without waiving our other rights and remedies if you have not submitted a Charge within any twelve month period.

**Section 6.d of the General Provisions (regarding Effect of Termination) is replaced with the following:**
d. <u>Effect of Termination</u>. Termination of the Agreement for any reason does not relieve the parties of their respective rights and duties arising prior to the effective date of termination that by their nature are intended to survive termination, including the provisions of sections 1, 3, 5, 6, 7, and 8 of these General Provisions, our Chargeback rights, and your duties set forth in the Merchant Regulations to: (i) protect Cardmember Information, (ii) indemnify us, (iii) retain documents evidencing Transactions, and (iv) notify your Recurring Billing customers of such termination. Our right of direct access to the Bank Account will also survive until such time as all credits and debits permitted by the Agreement, and relating to Transactions prior to the effective date of termination, have been made.

**Section 7.b.i of the General Provisions (regarding Initiation of Mediation) is replaced as follows:**
i. <u>Initiation of Mediation</u>. Before beginning a mediation, you or we must first provide the Claim notice described above and attempt to resolve the Claim in good faith through informal negotiations. If the parties are unable to resolve the Claim through informal negotiations within sixty days of receiving the Claim notice, you or we will then have ninety days to submit the Claim to JAMS (1-800-352-5267, jamsadr.com) or the American Arbitration Association (AAA) (1-800-778-7879, adr.org) for mediation, or to an alternative mediator mutually agreed upon in writing by you and us.

**Section 7.b.iv of the General Provisions (regarding Effect) is replaced as follows:**
iv. <u>Effect</u>. If neither party elects mediation within ninety days after the completion of the sixty day informal negotiations period, or we do not reach a resolution within a period of ninety days from the first meeting of the parties in mediation, then the parties will settle the Claim through binding arbitration as set forth in section (c) below.

**Section 7.c.vii of the General Provisions (regarding Governing Law, Arbitration Procedures and Entry of Judgment) is amended by replacing the subsection numbers "(a)", "(x)", "(b)" and "(y)" with "(A)", "(1)", "(B)" and "(2)", respectively.**

**Section 7.c.x of the General Provisions (regarding Additional Arbitration Awards) is replaced as follows:**
x. <u>Additional Arbitration Awards</u>. If the arbitrator rules in your favor for an award in an amount greater than any final offer we made to you before any arbitration award is announced, that arbitrator's award will include: (A) any money to which you are entitled pursuant to the award, but in no case less than $5,000; plus (B) any reasonable attorneys' fees, costs and expert and other witness fees.

**Section 8.c of the General Provisions (regarding Your Representations and Warranties) is amended by replacing the subsection numbers "(1)", "(2)" and "(3)" with "(A)", "(B)" and (C)", respectively.**

**Second sentence of Section 8.e of the General Provisions (regarding Governing Law, Jurisdiction and Venue) is replaced as follows:**
Subject to section 7 of the General Provisions, any action by either party hereunder shall be brought only in the appropriate federal or state court located in the County and State of New York. Each party consents to the exclusive jurisdiction of such court and waives any Claim of lack of jurisdiction or forum non conveniens.

**First sentence of Section 8.j of the General Provisions (regarding Amendments) is replaced as follows:**
We reserve the right to change the Agreement at any time (including by amending any of its provisions, adding new provisions, or deleting or modifying existing provisions) on at least ten days' prior notice to you, provided that we shall change the Merchant Regulations pursuant to the provisions set forth below.

**Section 8.j of the General Provisions (regarding Amendments) is amended by replacing the subsection numbers "(1)" and "(2)" with "(i)" and "(ii)".**

\* \* \* \* \* \* \* \* \* \*

In the event of any conflict between the provisions of this Amendment and the provisions of the Agreement, the provisions of this Amendment shall govern. Except as changed by this Amendment, the provisions of the Agreement shall remain unchanged and the Agreement shall remain in full force and effect.

© 2015 American Express. All rights reserved.

**AMERICAN EXPRESS | GLOBAL MERCHANT SERVICES**

# Questions Related to the Card Acceptance Agreement ("CAA") Amendment

**We want to make sure you understand the changes to your Card Acceptance Agreement, and the answers below should offer some clarity.**

A full list of definitions is set out in the glossary to the Merchant Regulations – U.S. You can access a copy online on our secure website at www.americanexpress.com/merchantpolicy using your American Express Merchant Number. As always, please read the definitions carefully as they explain the meanings of capitalized terms in the CAA, which includes the Merchant Regulations – U.S.

**Q:** **The condition under which American Express can create a Reserve under Section 3.b of the General Provisions has been changed. What has changed?**

**A:** This section generally sets out our rights to take protective actions to cover risks under the CAA, including the right to establish and/or increase Reserves. Those rights have not changed. Subsection (v) of Section 3.b has been clarified so that we can also set up the Reserve if your business is in danger of becoming insolvent.

**Q:** **The process for initiating mediation under Section 7.b of the General Provisions has changed. What has changed?**

**A:** The process has been changed to include provisions encouraging merchants to attempt to resolve disputes through informal negotiations as the first step before going to mediation or arbitration.

**If you have any questions or concerns, please call us at 1-800-528-5200, Monday through Friday, 8AM to 8PM Eastern Time, or contact your American Express representative.**

© 2015 American Express. All rights reserved.

## GET STARTED TODAY

at americanexpress.com/merchant

3. Have your **ABA Routing Number** and **DDA Account Number** ready

2. Enter your email address and **Merchant Account Number** (found on the top right of your paper statement)

1. Visit **americanexpress.com/merchant** and click "**Register now**"

## IT'S EASY TO REGISTER!



# SAVE TIME
## MANAGE YOUR MERCHANT ACCOUNT ONLINE

# TAKE YOUR MERCHANT ACCOUNT ONLINE FOR FASTER, EASIER MANAGEMENT

We heard your feedback and have been making improvements so that we can provide you with the tools you need. And now when you log-in to manage your merchant account online, you gain access to tools and resources that can help make it easier to reconcile payments, resolve disputes, get account updates, and more.



**FASTER PAYMENT RECONCILIATION**
- Track pending payments and stay on top of cash flow
- See a clear breakdown of fees and deposits
- Get email alerts when a payment has posted



**ENHANCED DISPUTE MANAGEMENT**
- Learn about new disputes as soon as they are posted
- Set email alerts to help you take action and avoid Chargebacks
- Respond to multiple disputes at one time



**ALL YOUR ACCOUNT INFORMATION IN ONE PLACE**
- Add new locations per your business needs
- Set up user preferences
- Update account information easily



**DEDICATED ONLINE SUPPORT**
- Our secure email channel is available for all your servicing requests, at your convenience (24/7)
- The online help desk offers one-on-one support, and representatives can even help you register



© 2015 American Express. All rights reserved.

Visit **americanexpress.com/merchant** to activate your account today