# Exhibit G

October 2010

**updates to your account**

Merchant Number:

Dear Business Owner or Manager,

Enclosed is the amendment to your **American Express® Card Acceptance Agreement**. It updates several sections of your current agreement, effective November 30, 2010. Please read it carefully, as the updates affect your Card acceptance obligations. Highlights include:

- **Revised terms of our rights to take protective actions under the agreement**
- **Revised terms for interpreting general or illustrative statements in the agreement**

As a reminder, we communicate our policies online in the following manner:

- **American Express Merchant Regulations - U.S.:** This document provides detailed policies and procedures governing your acceptance of the American Express Card. The Merchant Regulations - U.S. are incorporated by reference in your Card Acceptance Agreement and will be published twice each year, in April and October. You can access a copy of this document online on our secure website at **americanexpress.com/merchantpolicy** using your American Express Merchant Number.

- **American Express Notification of Changes - U.S.:** This document describes changes to the Merchant Regulations - U.S. It will be published in advance of changes to the Merchant Regulations - U.S., also every April and October or otherwise as indicated in the new Agreement. You can access a copy of this document online on our secure website at **americanexpress.com/merchantpolicy** using your American Express Merchant Number.

In addition, please note the following information:

**Credit Processing**

We are revising the description in the American Express Merchant Regulations – U.S. of how we process Credits. The description is revised to state: "If you issue a Credit, we will not refund the Discount or any other fees or assessments previously applied on the corresponding Charge." Certain merchants may be exempt from this policy based on their Charge volume. Please contact Merchant Services if you have questions about how this policy applies to you. Also, as of July 1, 2011, Merchants who do not receive a refund of the Discount in the event of a Credit will have the option to have the applicable Discount refunded in exchange for an increase in their Discount Rate by 40 basis points (0.40%). The amount of the Discount refunded will be calculated based on the amount of the Credit. To elect this option once it is available, Merchants must notify us by visiting our website at americanexpress.com/merchant, or by contacting Merchant Services, on or after July 1, 2011.

**Point of Sale Disclosure and Data Pass Policy**

We are updating the American Express Merchant Regulations – U.S. to include a new data pass policy. Merchants must clearly disclose at the point of sale all material terms of a sales offer, and must not share Transaction Data with any third parties other than their Covered Parties, a practice commonly known as "data pass." Merchants found to have violated this policy may be subject to the data pass violation fee. See Sections 4.4 and 14.2 of the American Express Merchant Regulations – U.S. and the American Express Notification of Changes – U.S.

(over, please)



PM10

**1099-K Reporting**

Beginning with the 2011 tax year, Section 6050W of the Internal Revenue Code will require all "merchant acquiring entities", including American Express, to annually report on Form 1099-K, the "gross amounts" of payment card transactions they make to participating merchants. As a result of this new reporting law, American Express is required to:

• Collect and verify the tax identification number (TIN), legal name, and address of all merchants in the U.S.

• File a Form 1099-K reporting the total annual dollar amount of all transactions at each of our merchants

• Beginning on January 1, 2012, we may collect 28% federal backup withholding on Settlement, on behalf of the IRS, from any merchant who does not supply legal name or TIN or in response to a B-Notice of mismatched legal name/TIN. All withholdings will be remitted to the IRS as required by law.

To avoid potential backup withholdings, you should notify us any time there is a change to your TIN, legal name, and/or business address, and ensure you respond to any requests for verification and record update from us.

We recognize that there may be some cases where particular merchants may not be required to comply with these contractual changes because the terms and conditions of their agreement for Card acceptance do not provide for this type of unilateral amendment. If you believe that you are not required to comply with these changes, please contact your American Express client manager to discuss it with them.

See below for answers to frequently asked questions. If you have additional questions, please call Merchant Services at (800) 528-5200.

Thank you for accepting American Express Cards. We appreciate and value your business.

Sincerely,

*[signature]*

Kim Goodman
President, Merchant Services Americas
American Express



# Amendment to American Express® Card Acceptance Agreement

The agreement whereby you accept the American Express® Card ("Agreement") is amended, effective as of November 30, 2010, as set forth below. All terms that are not defined below have the same meaning as in the Agreement.

**The word "below" in the fifth sentence of Section 1.b.i of the General Provisions (regarding Merchant Regulations) is replaced with "of the General Provisions".**

**The definitions of *Card Present Charge* and *Card Not Present Charge* in Section 1.c of the General Provisions (regarding Definitions) are deleted and the definition of *Discount* in that section is replaced as follows:**

*Discount* means an amount that we charge you for accepting the Card, which amount is: (i) a percentage (*Discount Rate*) of the face amount of the Charge that you submit; or a flat Transaction fee, or a combination of both; and/or (ii) a Monthly Flat Fee (if you meet our requirements).

**The words "PCI Standard" in Section 2.b.vi of the General Provisions (regarding Protecting Cardmember Information) are replaced with "PCI DSS".**

**The sixth sentence of Section 3.a of the General Provisions (regarding Creating a Reserve) is replaced as follows:**

We may increase the amount of the Reserve at any time so long as the amount of the Reserve does not exceed an amount sufficient, in our reasonable judgment, to satisfy any financial exposure or risk to us under the Agreement (including Charges submitted by you for goods or services not yet received by Cardmembers and our costs of handling Disputed Charges).

**Section 3.c.iii of the General Provisions (regarding Application of Reserve) is replaced as follows:**

(iii) any costs incurred by us as a result of your failure to fulfill any obligations to us, any of our Affiliates, or to Cardmembers, including attorneys' fees and our costs of handling Disputed Charges.

**The word "above" in the last sentence of Section 6.a of the General Provisions (regarding Effective Date/Termination Date), in the first sentence of Section 6.b of the General Provisions (regarding Grounds for Termination), and in the first sentence of Section 8.i of the General Provisions (regarding Savings Clause) is replaced with "of the General Provisions".**

**The following clause is added at the end of the first sentence of Section 8.f of the General Provisions (regarding Interpretation):**

; and (vii) where specific language is used to illustrate by example or clarify a general statement, such specific language shall not be interpreted to modify, limit, or restrict the construction of the general statement.

**Section 8.K of the General Provisions (regarding Entire Agreement) is replaced as follows:**

**k.** <u>Entire Agreement</u>. The Agreement is the complete and exclusive expression of the agreement between you and us regarding the subject matter hereof and supersedes any prior or contemporaneous agreements, understandings, or courses of dealing regarding the subject matter hereof.

---

In the event of any conflict between the provisions of this Amendment and the provisions of the Agreement, the provisions of this Amendment shall govern. Except as changed by this Amendment, the provisions of the Agreement shall remain unchanged and the Agreement shall remain in full force and effect.

## frequently asked questions

**Q: Does the enclosed Agreement replace my current Card Acceptance Agreement?**
A: No. It simply amends your current American Express Card Acceptance Agreement.

**Q: I don't have a computer and/or internet access. How can I get a copy of the Merchant Regulations - U.S. and Notification of Changes - U.S.?**
A: Upon request, we can provide you with a paper copy or CD-ROM containing the Merchant Regulations - U.S. and Notification of Changes - U.S.  Call Merchant Services at 1-800-528-5200 to request a copy. We may charge you a fee for each copy you request.

**Q: Are the changes listed in this letter the only changes to my current Card Acceptance Agreement and American Express policies?**
A: No, this letter only contains highlights of the changes. Please review the enclosed amendment and Notification of Changes - U.S. for a list of important changes (www.americanexpress.com/merchantpolicy).

**Q: I have multiple businesses/locations that accept American Express Cards. Does this communication apply to all of them?**
A: Yes.

**Q: I no longer accept American Express Cards. Why did I receive this?**
A: You may have received this notice if you recently cancelled your Merchant Account or did not notify us that you wished to cancel your Merchant Account. If you notified us of your cancellation more than 3 months ago, please contact Merchant Services at 1-800-528-5200.

### Questions Related to the Card Acceptance Agreement Amendment (CAA)

**Q: The definitions of "Card Present Charge" and "Card Not Present Charge" are deleted from section 1.c of the General Provisions. Does this mean American Express will no longer accept these Charges?**
A: No. American Express still will accept Card Present Charges and Card Not Present Charges, subject to the terms of the CAA.   We made these deletions to shorten section 1.c, because they are not used in the General Provisions of the CAA. They are used throughout the Merchant Regulations – U.S. and their definitions are still set out in its glossary. You can access a copy online on our secure website at americanexpress.com/merchantpolicy using your American Express Merchant Number.

**Q: The definition of "Discount" in section 1.c of the General Provisions has changed. Does this change affect my pricing?**
A: No. The Discount is one of the amounts that we charge you for accepting the American Express® Card.  You also may be subject to other fees and assessments, listed in the American Express Merchant Regulations – U.S. You can access a copy online on our secure website at americanexpress.com/merchantpolicy using your American Express Merchant Number.

**Q: Two sentences in the "Protective Actions" section, section 3 of the General Provisions, have been replaced entirely.  What has changed?**
A: This section generally sets out American Express' rights to take protective actions to cover its risks under the CAA, including the right to set up Reserves.  A sentence in section 3.a (regarding "Creating a Reserve") and a clause in section 3.c.iii (regarding "Application of Reserve") now provide that American Express may include in the Reserve our costs of handling Disputed Charges and may offset against those costs.

**Q: A new clause has been added in section 8.f of the General Provisions.  What has changed for me?**
A: Section 8.f (regarding "Interpretation") describes various rules of interpretation for construing the CAA.  This new clause says that when specific language is used to give an example or clarify a general statement elsewhere in the CAA, that specific language is illustrative and cannot be interpreted to modify, limit, or restrict the general statement.



(over, please)

PM10

## Questions Related to Credit Processing

**Q: My notice says that I may be exempt from the Credit policy based on my Charge volume. How do I know if the policy applies to my Establishments?**
A: You can contact Merchant Services to find out if the policy applies to your Merchant Account(s).

**Q: How can I elect to receive a refund of the Discount on Charges that are later Credited?**
A: Effective July 1, 2011, Merchants for whom the Discount is currently not refunded in the event of a Credit will have the option to increase their Discount Rate by 40 basis points (0.40%) and, in return, we will refund the Discount applicable to Charges that are later Credited. For example, if your Discount Rate is currently 2.9 percent, enrolling in this option would increase your Discount Rate to 3.3 percent, but would entitle you to a refund of 3.3 percent of any Credits you submit. We do not refund any other fees or assessments, or any amounts that are the subject of a Chargeback. If you would like to elect this option once it is available, please notify us by visiting our website at americanexpress.com/merchant, or by contacting Merchant Services, on or after July 1, 2011.

**Q: The cover letter describes an option that I can make regarding my Discount when processing Credits. How do I decide whether to elect this option?**
A: As of July 1, 2011, we will be offering an online tool to help you decide whether to make this election. You will be able to use this tool and elect this option, if you choose to do so, by visiting our website at americanexpress.com/merchant, or by contacting Merchant Services, on or after July 1, 2011.

## Questions Related to Point of Sale and Data Pass Policy

**Q: My notice describes a new data pass policy. What is this policy?**
A: At the point of sale, merchants must clearly and conspicuously disclose all material terms of sale, and clearly differentiate themselves from any third parties involved in the sale (e.g., vendors, rewards providers), so that the Cardmember can make an informed decision about whether to initiate the Transaction. Merchants must not engage in "data pass" by sharing Transaction Data with any third parties other than their Covered Parties (e.g., their Processor, Terminal Provider, or other vendors engaged to facilitate Transaction processing). If a merchant is found to have violated this prohibition, it may be subject to data pass violation fees. See Sections 4.4 and 14.2 of the American Express Merchant Regulations - U.S. and the American Express Notification of Changes - U.S. for more information. You can access copies online on our secure website at americanexpress.com/merchantpolicy using your American Express Merchant Number.

## Questions Related to 1099-K Filing

**Q: When was Section 6050W of the Internal Revenue Code enacted?**
A: In 2008, Congress passed the Housing and Economic Recovery Act. As part of the Act, new Section 6050W of the Internal Revenue Code was enacted, which requires "merchant acquiring entities" (like American Express) to report gross amounts of payment card transactions to the IRS for each of their merchant customers starting 2011.

**Q: When does Section 6050W of the Internal Revenue Code take effect?**
A: Annual information reporting under the new law will be required for payment card transactions made on or after January 1, 2011. As such, beginning with the 2011 tax year, American Express is required to file information returns (Form 1099-K) reporting the total annual dollar amount of payment card transactions for each of our merchants. Starting 2012, American Express will also be required to withhold 28% of payment card transactions (known as "federal backup withholding") for merchant customers who have not provided their legal name and federal tax identification number ("TIN"), or whose TIN and/or legal name do not match what is on file with the IRS. As required by law, all monies withheld are remitted to the IRS.

**Q: Which Tax ID number should I use, my Social Security Number (SSN) or the employer's identification number (EIN)?**
A: If you are an individual or sole proprietor filing your tax returns under your Social Security Number, the name and Social Security Number in our merchant account records must be identical to what is on file with the Social Security Administration. If you are a Corporation, Partnership, or L.L.C., your federal employer identification number (EIN) and name in our merchant account records must match to what is on file with the Internal Revenue Service.

**Q: If my business receives settlements for both the US and Canada to the US merchant payee, will the 1099-K reflect the Canadian volume or break that out separately?**
A: Under the IRS regulations, acquirers are not required to split or differentiate the reporting. American Express will report the total volume paid to US merchant payees.

**Q: How does this law affect franchise versus company-owned merchants?**
A: Under the IRS regulations, if a merchant is a franchise of a larger organization but not owned by that larger organization, then the franchise's "reportable payment transactions" would be reported to the IRS at the ownership level and would be separate from the larger organization. However, if the merchant location is owned by a larger organization this merchant's "reportable payment transactions" would be included in the totals for the larger organization.

**Q: Is this law specific to American Express?**
A: No. This law applies to all banks or other organizations contractually obligated to make payment to merchants in settlement of payment card transactions.

**Q: Is American Express required to report on the amount that a merchant submits for payment or is American Express required to report on the amount that is actually paid to the merchant?**
A: American Express will report the total dollar amount of aggregated transactions in which a payment card is accepted as payment for each merchant without regard to any adjustments for credits, cash equivalents, discount amounts, fees, refunded amounts, or any other amounts.