Certificate of Service

I hereby certify that on April 18, 2016, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants included on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 18, 2016.

                                        CRAVATH, SWAINE & MOORE LLP,

                                        s/ Rowan D. Wilson
                                        ROWAN D. WILSON
                                        LAUREN K. ROSS

                                        825 Eighth Avenue
                                        New York, NY 10019
                                        Telephone:  (212) 474-1000
                                        Fax: (212) 474-3700

                                        *Attorneys for Defendant*
                                        *American Express Company*

# Mailing Information for a Case 3:16-cv-01150-WHA B & R Supermarket, Inc., et al v. Visa, Inc. et al
## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sean D. Meenan**
  smeenan@winston.com,lschuh@winston.com,recordssf@winston.com,pacercourtfile@winston.com,docketsf@winston.com,lpearce@winston.com
- **Mikael A. Abye**
  mabye@shearman.com,ron.cheatham@shearman.com,bhunter@shearman.com
- **Courtney Bedell Averbach**
  caverbach@reedsmith.com
- **Scott D. Baker**
  sbaker@reedsmith.com,cmosqueda@reedsmith.com,etaglang@reedsmith.com,cshanahan@reedsmith.com,drothschild@reedsmith.com
- **Randi D. Bandman**
  randib@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **Paul Belonick**
  pbelonick@sidley.com,sfefilingnotice@sidley.com,jhiwa@sidley.com,sfdocket@sidley.com
- **Craig A Benson**
  CBenson@paulweiss.com,wmcauliffe@paulweiss.com,mao_fednational@paulweiss.com
- **Jane Petersen Bentrott**
  jbentrott@mofo.com
- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com,E_File_SD@rgrdlaw.com,jkusy@rgrdlaw.com,AZohrabian@rgrdlaw.com
- **Boris Bershteyn**
  boris.bershteyn@skadden.com
- **Daniel I Booker**
  dbooker@reedsmith.com,dalioto@reedsmith.com
- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com,hanson.katheryn@dorsey.com
- **Lonnie Anthony Browne**
  LBrowne@rgrdlaw.com
- **Brian Calandra**
  brian.calandra@shearman.com
- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com
- **Erica M Connolly**
  erica.connolly@aporter.com,terry.metasavage@aporter.com,sfcalendar@aporter.com
- **Patrick J. Coughlin**
  PatC@rgrdlaw.com,SusanM@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Ethan Craig**
  ecraig@btlaw.com

- **John William Devine**
  jdevine@devinegoodman.com
- **William Yates Durbin**
  WDurbin@paulweiss.com,fvella@paulweiss.com,cyang@paulweiss.com,abaniel-stark@paulweiss.com
- **Howard Feller**
  hfeller@mcguirewoods.com
- **Tiffani B Figueroa**
  TFigueroa@mofo.com
- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com
- **Kenneth A. Gallo**
  kgallo@paulweiss.com
- **Cheryl Ann Galvin**
  cgalvin@tcolaw.com
- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,alopez@devinegoodman.com,smallet@devinegoodman.com
- **David F. Graham**
  dgraham@sidley.com,efilingnotice@sidley.com
- **Peter E Greene**
  peter.greene@skadden.com
- **Alexander Guney**
  alexander.guney@sedgwicklaw.com
- **D. Bruce Hoffman**
  bhoffman@hunton.com,acordero@hunton.com
- **Peter K. Huston**
  phuston@sidley.com,sfefilingnotice@sidley.com,sfdocket@sidley.com,hebalogi@sidley.com
- **Susan S. Joo**
  sjoo@hunton.com,jocampo@hunton.com
- **J. Brent Justus**
  bjustus@mcguirewoods.com
- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com,alissa.turnipseed@skadden.com,james.schaefer@skadden.com,sarah.wood@skadden.com
- **Benjamin Klebanoff**
  benjamin.klebanoff@shearman.com
- **Leslie Kostyshak**
  lkostyshak@hunton.com,jbeerbower@hunton.com
- **Harry P Koulos**
  harry.koulos@skadden.com
- **Evan R Kreiner**
  evan.kreiner@skadden.com
- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,nflemingnolen@mofo.com,stice@mofo.com,docketny@mofo.com
- **Alexandra Eve Laks**
  alaks@mofo.com,ggerrish@mofo.com
- **Angel Puimei Lau**
  alau@rgrdlaw.com,tdevries@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Richard Qiguang Liu**
  liu.richard@dorsey.com,buresh.cassie@dorsey.com
- **Bradley Robert Love**
  bradley.love@btlaw.com,deb.adams@btlaw.com
- **Casey Erin Lucier**
  clucier@mcguirewoods.com
- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com,luemers.martha@dorsey.com,hobbs.wendy@dorsey.com
- **Michelle Ann Mantine**
  mmantine@reedsmith.com,dsharp@reedsmith.com,docketingecf@reedsmith.com,jeremy.feinstein@pnc.com,sament@reedsmith.com
- **Sharon D. Mayo**
  sharon.mayo@aporter.com,Joanna.Lee@aporter.com,Emily.Clark@aporter.com,sfcalendar@aporter.com,Jill.Hernandez@aporter.com
- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com,slandry@rgrdlaw.com,E_File_SD@rgrdlaw.com,ckopko@rgrdlaw.com
- **Mark R Merley**
  Mark.Merley@APORTER.COM
- **Kendall Millard**
  kmillard@btlaw.com,kristin.johnson@btlaw.com,lroberts@btlaw.com
- **Michael B. Miller**
  mbmiller@mofo.com,docketny@mofo.com
- **David W. Mitchell**
  davidm@rgrdlaw.com,e_file_sd@rgrdlaw.com
- **Joseph Laurence Motto**
  JMotto@winston.com,ahodgson@winston.com
- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com
- **Benjamin Robert Nagin**
  bnagin@sidley.com,nyefiling@sidley.com
- **Karen C Otto**
  karen.otto@aporter.com
- **Elizabeth P Papez**
  epapez@winston.com
- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com,hhammon@winston.com,docketsf@winston.com
- **Angela Maryssa Porter**
  porter.angela@dorsey.com,vallant.tammy@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com,ladocket@mcguirewoods.com,shorne@mcguirewoods.com,mbetti@mcguirewoods.com,mdylak@mcguirewoods.com
- **Penelope Athene Preovolos**
  ppreovolos@mofo.com,lroiz@mofo.com
- **Alicia M Raines**
  araines@btlaw.com,pflynn@btlaw.com
- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com,stilson.jaime@dorsey.com,fairbairn.mary@dorsey.com,Kelly.Laurie@dorsey.com
- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com,SDMAcalendaring@sedgwicklaw.com,phyllis.flynn@sedgwicklaw.com
- **Patrick David Robbins**
  probbins@shearman.com,rcheatham@shearman.com
- **Lauren Kelley Ross**
  lross@cravath.com,mao@cravath.com
- **Conor Michael Shaffer**
  cshaffer@reedsmith.com
- **Ashley Lynn Shively**
  ashively@reedsmith.com,dkelley@reedsmith.com
- **Ryan A Shores**
  rshores@hunton.com,gjenkins@hunton.com
- **Robert Yale Sperling**
  rsperling@winston.com
- **James Patrick Tallon**
  jtallon@shearman.com,iwiener@shearman.com
- **Stephen E. Taylor**
  staylor@tcolaw.com,cdunbar@tcolaw.com
- **Robert John Vizas**
  robert.vizas@aporter.com,marie.zambrano@aporter.com,SFCalendar@aporter.com
- **Jamie Danielle Wells**
  jwells@mcguirewoods.com,ladocket@mcguirewoods.com,dmolakides@mcguirewoods.com
- **Rowan D. Wilson**
  rwilson@cravath.com,mao@cravath.com,kkaplan@cravath.com
- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com,nyefiling@sidley.com
- **Catherine M Yang**
  CYang@paulweiss.com
- **Armen Zohrabian**
  AZohrabian@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy

    this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`