Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

B & R Supermarket, Inc., et al.,

            Plaintiff(s),

v.

VISA, Inc., et al.,

            Defendant(s).

Case No: 3:16-cv-01150

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Catherine M. Yang, an active member in good standing of the bar of Appellate Division of the Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: MasterCard International Incorporated in the above-entitled action. My local co-counsel in this case is Stephen E. Taylor, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP 2001 K Street NW, Washington, DC 20006 | Taylor & Company Law Offices, LLP, One Ferry Building # 355, San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: (202) 223-7486 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 788-8200 |
| MY EMAIL ADDRESS OF RECORD: cyang@paulweiss.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: staylor@tcolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5319736.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/18/16

                                              Catherine M. Yang
                                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Catherine M. Yang is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 18, 2016.

                                           UNITED STATES DISTRICT/MAGISTRATE JUDGE