Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 058452)
staylor@tcolaw.com
Cheryl A. Galvin (SBN 252262)
cgalvin@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel. (415) 788-8200
Fax. (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED

*[ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGES]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

vs.

*[CAPTION CONTINUED ON NEXT PAGE]*

Case No.: 3:16-cv-01150-WHA

**CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS**

Date: June 2, 2016
Time: 8:00 a.m.
Place: Courtroom 8, 19th Floor

Honorable William H. Alsup

VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; USAA SAVINGS BANK; U.S. BANCORP NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO. LTD; and UNIONPAY,

Defendants.

CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS: Case No. 3:16-cv-01150 (WHA)

TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 2, 2016, at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 8 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants MasterCard International Incorporated, Visa, Inc., Visa USA, Inc., American Express Company, Discover Financial Services, Bank of America, N.A., Chase Bank USA, National Association, U.S. Bank National Association, sued herein as U.S. Bancorp National Association, and EMVCo, LLC (collectively "Defendants") will, and hereby do, jointly move this Court for an order dismissing the Complaint of Plaintiffs B & R Supermarket, Inc., d/b/a Milam's Market, and Grove Liquors LLC on the grounds that Plaintiffs' Complaint:

(1)     does not meet the basic requirements for pleading a conspiracy claim under either federal or state antitrust law because it (a) fails to allege any direct evidence of a conspiracy and (b) makes only conclusory allegations from which the Court cannot plausibly infer the existence of a conspiracy;

(2)     seeks damages for indirect injuries, which cannot be recovered under federal antitrust law;

(3)     seeks redress under California antitrust law, even though Plaintiffs have not alleged sufficient connection or contacts with California; and

(4)     seeks damages for "unjust enrichment"—a claim that does not exist under California law—while at the same time conceding some Defendants obtained no financial benefit from the alleged conduct and failing to allege any wrongful conduct at all by other Defendants.

Certain Defendants' Joint Motion to Dismiss Plaintiffs' Complaint in this action is based upon this Joint Notice of Motion and Motion, the supporting Memorandum of Law, and the [Proposed] Order filed concurrently herewith; upon the pleadings, records, and files in this action; and on such oral argument and documentary evidence as may be presented at the time of the hearing of this Motion, as well as all other matters this Court deems to be appropriate.

Dated: April 18, 2016

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Kenneth A. Gallo*
Kenneth A. Gallo (admitted *pro hac vice*)
Craig A. Benson (admitted *pro hac vice*)
William Y. Durbin (admitted *pro hac vice*)

2001 K Street, NW
Washington, DC 20006-1047
Tel. 202.223.7300
Fax. 202.223.7420
KGallo@paulweiss.com
CBenson@paulweiss.com
WDurbin@paulweiss.com

Stephen E. Taylor (SBN 058452)
Cheryl A. Galvin (SBN 252262)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel. 415.788.8200
Fax. 415.788.8208
staylor@tcolaw.com
cgalvin@tcolaw.com

Attorneys for Defendant
MASTERCARD INTERNATIONAL INCORPORATED


Dated: April 18, 2016

ARNOLD & PORTER LLP

By: *__/s/ Robert J. Vizas__*

Robert J. Vizas
robert.vizas@aporter.com
Sharon D. Mayo
sharon.mayo@aporter.com
Erica M. Connolly
erica.connolly@aporter.com
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111-4024
Telephone: 415.471.3100
Facsimile: 415.471.3400

Mark R. Merley (admitted *pro hac vice*)
mark.merley@aporter.com
Karen C. Otto (admitted *pro hac vice*)
karen.otto@aporter.com
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: 202.942.5000
Facsimile: 202.942.5999

Attorneys for Defendants
VISA INC. and VISA U.S.A. INC.

Dated: April 18, 2016

CRAVATH, SWAINE & MOORE LLP

By: *__/s/ Rowan D. Wilson__*

Rowan D. Wilson
Lauren K. Ross
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: 212.474.1000
Facsimile: 212.474.3700
Email: rwilson@cravath.com
Email: lross@cravath.com

Attorneys for Defendant
AMERICAN EXPRESS COMPANY

Dated: April 18, 2016

WINSTON & STRAWN LLP

By: *__/s/ Elizabeth P. Papez______________*

Elizabeth P. Papez (admitted *pro hac vice*)
1700 K Street, N.W.
Washington, DC 20006
Telephone: 202.282.5000
Facsimile: 202-282.5100
epapez@winston.com

Sean D. Meenan
Jeanifer E. Parsigian
101 California Street
San Francisco, CA 94111
Telephone: 415.591.1000
Facsimile: 415.591.1400
smeenan@winston.com
jparsigian@winston.com

Robert Y. Sperling (admitted *pro hac vice*)
Joseph L. Motto (admitted *pro hac vice*)
35 West Wacker Drive
Chicago, IL 60601
Telephone: 312.558.5600
Facsimile: 312.558.5700
rsperling@winston.com
jmotto@winston.com

Attorneys for Defendant
DISCOVER FINANCIAL SERVICES

Dated: April 18, 2016

MORRISON & FOERSTER LLP

By: *__/s/ Penelope A. Preovolos__________*

Penelope A. Preovolos
425 Market Street
San Francisco, CA 94105
Telephone: 415.268.7000
Facsimile: 415.276.7187
Email: PPreovolos@mofo.com

Mark. P. Ladner (admitted *pro hac vice*)
Michael B. Miller (admitted *pro hac vice*)
Natalie Fleming Nolen (admitted *pro hac vice*)
250 West 55th Street
New York, New York 10019

Telephone: 212.468.8000
Facsimile: 212.468.7900
mladner@mofo.com
mbmiller@mofo.com
nflemingnolen@mofo.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

Dated: April 18, 2016

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: *\/s/ Raoul D. Kennedy*

Raoul D. Kennedy
525 University Avenue
Palo Alto, CA 94301
Telephone: 650.470.4500
Facsimile: 650.470.4570
Email: raoul.kennedy@skadden.com

Peter E. Greene (admitted *pro hac vice*)
Boris Bershteyn (admitted *pro hac vice*)
Evan R. Kreiner (admitted *pro hac vice*)
Harry P. Koulos (admitted *pro hac vice*)
4 Times Square
New York, New York 10036
Telephone: 212.735.3000
Facsimile: 212.735.2000

Attorneys for Defendant
CHASE BANK USA, NATIONAL ASSOCIATION

Dated: April 18, 2016

DORSEY & WHITNEY LLP

By: */s/ F. Matthew Ralph*

F. Matthew Ralph (admitted *pro hac vice*)
Email: ralph.matthew@dorsey.com
Andrew Brantingham (admitted *pro hac vice*)
Email: brantingham.andrew@dorsey.com
Angela Porter (admitted *pro hac vice*)
Email: porter.angela@dorsey.com
Richard Q. Liu
Email: liu.richard@dorsey.com
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612.340.2600

Facsimile: 612.340.2868

Martha C. Luemers
Email: luemers.martha@dorsey.com
305 Lytton Avenue
Palo Alto, CA 94301
Telephone: 650.857.1717
Facsimile: 650.857.1288

Attorneys for Defendant
U.S. BANK NATIONAL ASSOCIATION
sued herein as U.S. BANCORP NATIONAL ASSOCIATION

Dated:  April 18, 2016                    SEDGWICK LLP

By:  */s/ Paul Riehle*
Paul Riehle (SBN 115119)
paul.riehle@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone: 415.781.7900
Facsimile: 415.781.2635

Attorneys for Defendant
EMVCo, LLC

- 6 -
CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS:
Case No. 3:16-cv-01150 (WHA)

**ATTESTATION**

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the above CERTAIN DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION TO DISMISS. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each listed counsel above has concurred in this filing.

*/s/ Kenneth A. Gallo*