Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 058452)
staylor@tcolaw.com
Cheryl A. Galvin (SBN 252262)
cgalvin@tcolaw.com
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Tel. (415) 788-8200
Fax. (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br>*[CAPTION CONTINUED ON NEXT PAGE]* | Case No.: 3:16-cv-01150-WHA<br><br>**[PROPOSED] ORDER GRANTING CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS**<br><br>Date: June 2, 2016<br>Time: 8:00 a.m.<br>Place: Courtroom 8, 19th Floor<br><br>Honorable William H. Alsup |

| | |
|---|---|
| 1 | VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; USAA SAVINGS BANK; U.S. BANCORP NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO. LTD; and UNIONPAY,

    Defendants. |

1 Certain Defendants' Joint Motion To Dismiss Plaintiffs' Complaint in the above-captioned action came on regularly for hearing in Courtroom 8 of this Court on June 2, 2016. All parties were represented by counsel of record at the time of the hearing.

Having read and considered Certain Defendants' Joint Notice of Motion and Motion and the supporting Memorandum of Law, and all other papers filed by the parties in support of and in opposition to Certain Defendants' Joint Motion, as well as the oral arguments of counsel at the hearing, and good cause appearing therefor,

IT IS HEREBY ORDERED that Certain Defendants' Joint Motion to Dismiss Plaintiffs' Complaint in this action is GRANTED.

**SO ORDERED.**

DATED: _____   _____
HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE