IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br><br>       Defendants. | No. C 16-01150 WHA<br><br>**ORDER RE MOTION TO INTERVENE** |

       As stated in plaintiffs' letter (Dkt. No. 253), the motion to intervene shall be filed by **NOON ON MAY 10, 2016**. Defendants may respond by **May 15, 2016**. Plaintiffs may address defendants' responses in their opposition to the pending motions to dismiss.

       **IT IS SO ORDERED.**

Dated: May 9, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE