# EXHIBIT A

# CONNECTED PAYMENTS

## EMV Certification Update: January 14, 2016

Dear Valued Connected Payments Customer:

The NCR Connected Payments and EMV® (Europay, MasterCard, and Visa) Liability Shift teams continue to work with all necessary third parties to certify solutions for use in the field with the NCR Connected Payments solution.

The chart below details the updated targeted certification dates for EMV solutions.

For more information regarding EMV, including a NCR whitepaper detailing implementation procedures and other FAQs, please click here to be directed to the Connected Payments Portal.

| EMV Certifications | First Data Concord H&C | First Data Rapid Connect | First Data ATL-105 | Vantiv Tandem | WorldPay | Chase | Elavon |
|---|---|---|---|---|---|---|---|
| VeriFone Mx915, Mx925 | Certified | Certified | Jan 22, 2016 | Certified | Certified | Certified | Certified |
| VeriFone TAVE/VSP Mx915, Mx925 | Certified | n/a | n/a | n/a | TBD | n/a | n/a |
| VeriFone Mx850, 860, 870, 880 | Certified | Certified | Jan 22, 2016 | Certified | Jan 29, 2016 | Certified | Certified |
| VeriFone TAVE/VSP Mx850, 860, 870, 880 | TBD | n/a | n/a | n/a | TBD | n/a | n/a |
| VeriFone e335 (for Mobile) | Mar 11, 2016 | Mar 11, 2016 | n/a | n/a | n/a | n/a | n/a |
| Equinox L5200, L5300 | Jan 29, 2015 | Roadmap 2016 | Feb 5, 2016 | Jan 29, 2016 | TBD | Jan 29, 2016 | Feb 5, 2016 |
| Ingenico iSC250, iSC480 | Jan 29, 2015 | Roadmap 2016 | TBD | Certified | Mar 4, 2016 | TBD | TBD |



© 2015 NCR Corporation - All rights reserved. NCR Corporation 3097 Satellite Blvd. Duluth, GA 30096. NCR respects your privacy.



To unsubscribe, click here.

# EXHIBIT B-1

 **worldpay**

January 04, 2016



0003446224

2778

**Respond By: 01/14/2016**

MARIE DIXON
B & R SUPERMARKET, INC
11 N ROYAL POINCIANA BLVD STE 100
MIAMI SPRINGS FL  33166-4423

## NOTIFICATION OF CHARGEBACK

A chargeback debit has been processed to your account via ACH for the below transaction under the
following Visa regulation:

**Counterfeit Transaction**

Definition: The card issuer received a complaint from the cardholder claiming that he or she did not authorize or
participate in the transaction.

| | | |
|---|---|---|
| Cardholder Account Nbr: | 478433******9569 | Terminal ID: LK453992 |
| Reference Number: | 24224435318101040383383 | Merchant ID: |
| Transaction Date: | 11/13/2015 | Batch Nbr: 113285 |
| Transaction Amount: | $91.17 | Batch Amount: |
| Chargeback Amount: | $91.17 | Sequence Nbr: 6020 |
| Invoice Number: | 08235449 | POS Entry Mode: Swiped |
| Device ID: | 8 | CVM Code: |

### MOST COMMON CAUSES FOR CHARGEBACK:

❖ The merchant failed to compare the first four digits of the embossed account number on the card with the
   preprinted digits below the embossed number for a card present transaction.
❖ The merchant received an authorization without transmission of the the required data.

### POSSIBLE REMEDIES TO REFUTE THE CHARGEBACK:

❖ If the POS entry mode stated above is a "90" provide a copy of the signed sales receipt.

Please fax your supporting documentation along with a copy of this notification to the fax number provided below
before 01/14/2016.

WorldPay Chargeback Department
**TOLL FREE FAX NUMBER: 1-866-834-5965**

If you have any questions regarding this chargeback notification, please call the Chargeback Department at
1-800-859-5965 option 8.

# EXHIBIT B-2

 **worldpay**


0003446224

February 01, 2016

475 |||||||||||||||||||||||||||||

MARIE DIXON
B & R SUPERMARKET, INC
11 N ROYAL POINCIANA BLVD STE 100
MIAMI SPRINGS FL  33166-4423

## DENIAL OF CHARGEBACK REVERSAL

The request to reverse the chargeback for the transaction detailed below has been denied.

| | | | |
|---|---|---|---|
| Cardholder Account Nbr: | 478433******9569 | Terminal ID: | LK453992 |
| Reference Number: | 24224435318101040383383 | Merchant ID: | |
| Transaction Date: | 11/13/2015 | Batch Nbr: | 113285 |
| Transaction Amount: | $91.17 | Batch Amount: | |
| Chargeback Amount: | $91.17 | Sequence Nbr: | 6020 |
| Invoice Number: | 08235449 | POS Entry Mode: | Swiped |
| Device ID: | 8 | CVM Code: | |
| Chargeback Reason: | Counterfeit Transaction | | |

WorldPay as your processor is obligated to follow the rules and regulations of the Mastercard and Visa Association.  The denial for the request was based on the following information:

The bank stated the EMV chip card was processed. The transaction was not processed through a chip reader terminal, therefore the chargeback will stand.

If you have any questions regarding this chargeback notification, please call the Chargeback Department at 1-800-859-5965 option 8.

# EXHIBIT B-3



February 05, 2016

Marie Dixon                                              **Respond By: 02/15/2016**
B & R Supermarket, Inc
11 N Royal Poinciana Blvd Ste100
Miami Springs FL 33166

## NOTIFICATION OF CHARGEBACK

**A chargeback debit has been processed to your account via ACH today for the below transaction under the following MasterCard regulation:**

**Chip Liability Shift**

Definition: Under Chip liability shift, a U.S. region acquirer may represent a chargeback for reason code 4870 (Chip Liability Shift) in which the issuer alleges counterfeit fraud, if the acquirer can prove that the disputed transaction occurred at a hybrid POS terminal or involved a magnetic stripe-only card.

| | | | |
|---|---|---|---|
| Cardholder Account Nbr: | 542418******0775 | Terminal ID: | LK200917 |
| Reference Number: | 25536065364101010332749 | Merchant ID: | |
| Transaction Date: | 12/29/2015 | Batch Nbr: | 229811 |
| Transaction Amount: | $108.97 | Batch Amount: | |
| Chargeback Amount: | $108.97 | Sequence Nbr: | 9033 |
| Invoice Number: | 01026297 | POS Entry Mode: | Swiped |
| Device ID: | 1-0001 | | |

In order for WorldPay to assist you in refuting this case, please provide the below information:

Please fax your supporting documentation along with a copy of this notification to the fax number provided below before 02/15/2016.

WorldPay Chargeback Department
TOLL FREE FAX NUMBER: 1-866-834-5965

If you have any questions regarding this chargeback notification, please call the Chargeback Department at 1-800-859-5965 option 8.

# EXHIBIT B-4



March 07, 2016


0003538762

759 

MARIE DIXON
B & R SUPERMARKET, INC
11 N ROYAL POINCIANA BLVD STE 100
MIAMI SPRINGS FL 33166-4423

## DENIAL OF CHARGEBACK REVERSAL

The request to reverse the chargeback for the transaction detailed below has been denied.

| | | | |
|---|---|---|---|
| Cardholder Account Nbr: | 542418******0775 | Terminal ID: | LK200917 |
| Reference Number: | 25536065364101010332749 | Merchant ID: | |
| Transaction Date: | 12/29/2015 | Batch Nbr: | 229811 |
| Transaction Amount: | S108.97 | Batch Amount: | |
| Chargeback Amount: | S108.97 | Sequence Nbr: | 9033 |
| Invoice Number: | 01026297 | POS Entry Mode: | Swiped |
| Device ID: | 1-0001 | CVM Code: | |
| Chargeback Reason: | Chip Liability Shift | | |

WorldPay as your processor is obligated to follow the rules and regulations of the Mastercard and Visa Association. The denial for the request was based on the following information:

The bank states this an d EMV card and the transaction was not processed using chip reader terminal. Cardholder states fraudulent transaction.

If you have any questions regarding this chargeback notification, please call the Chargeback Department at 1-800-859-5965 option 8.

# EXHIBIT C



February 25, 2016

Marie Dixon                                                    Respond By: 03/07/2016
B & R Supermarket, Inc
11 N Royal Poinciana Blvd Ste100
Miami Springs FL 33166

## NOTIFICATION OF CHARGEBACK

A chargeback debit has been processed to your account via ACH for the below transaction under the
following Discover regulation:

### UA05 Fraud-Chip Card Counterfeit Transaction

Definition: The UA05 reason code is valid for a chargeback on a card present card sale or cash
advance involving a chip card and the issuer or cardholder alleges that a counterfeit
card was used to conduct a card sale or cash advance and the merchant's POS
device did not support and use EMV technology.

| | |
|---|---|
| Cardholder Name: | Exception Ref #: 3612631 |
| Cardholder Account Nbr: 601149******2814 | Terminal ID: LK453985 |
| Reference Number: 28100166012101027352055 | |
| Transaction Date: 01/11/2016 | Batch Nbr: 111344 |
| Transaction Amount: $140.47 | Batch Amount: |
| Chargeback Amount: $140.47 | Sequence Nbr: 1150 |
| Invoice Number: 08298262 | POS Entry Mode: Swiped |
| Device ID: 8-0008 | |

In order for WorldPay to assist you in refuting this case, please provide all requested information:

Please fax your supporting documentation along with a copy of this notification to the fax number provided below
before 03/07/2016.

WorldPay Chargeback Department
**TOLL FREE FAX NUMBER: 1-866-562-8672**

If you have any questions regarding this chargeback notification, please call the Chargeback Department at
1-800-859-5965 option 8.



February 25, 2016

Marie Dixon                                                    Respond By: 03/07/2016
B & R Supermarket, Inc
11 N Royal Poinciana Blvd Ste100
Miami Springs FL 33166

## NOTIFICATION OF CHARGEBACK

A chargeback debit has been processed to your account via ACH for the below transaction under the following Discover regulation:

### UA05 Fraud-Chip Card Counterfeit Transaction

Definition: The UA05 reason code is valid for a chargeback on a card present card sale or cash advance involving a chip card and the issuer or cardholder alleges that a counterfeit card was used to conduct a card sale or cash advance and the merchant's POS device did not support and use EMV technology.

| | |
|---|---|
| Cardholder Name: | Exception Ref #: 3612654 |
| Cardholder Account Nbr: 601149******2814 | Terminal ID: LK453885 |
| Reference Number: 26100186006102010832557 | |
| Transaction Date: 01/05/2016 | Batch Nbr: 105338 |
| Transaction Amount: $44.98 | Batch Amount: |
| Chargeback Amount: $44.98 | Sequence Nbr: 357 |
| Invoice Number: 08287261 | POS Entry Mode: Swiped |
| Device ID: 8-0006 | |

In order for WorldPay to assist you in refuting this case, please provide all requested information:

Please fax your supporting documentation along with a copy of this notification to the fax number provided below before 03/07/2016.

WorldPay Chargeback Department
**TOLL FREE FAX NUMBER: 1-866-562-8672**

If you have any questions regarding this chargeback notification, please call the Chargeback Department at 1-800-859-5965 option 8.

# EXHIBIT D

American Express: Disputes

https://www209.americanexpress.com/merchant/services/disputes?lo...

milam's market # 4
Phone number: 305-884-4870
Fax number: 305-884-5590
Pages including cover:

Subject: Respond for PP91642

Reason:

Additional comments:

support is being fax

Fax to: 623-444-3003
Mail to: PO BOX 981541 EL PASO, TX 79998

American Express: Disputes                    https://www209.americanexpress.com/merchant/services/disputes?lo...

## Chargeback details

Fraud Liability Shift - Counterfeit

Additional Information:  MILAM'S MARKETS 208310591 3059451890

| | |
|---|---|
| **Disputed amount** | **0.00** |
| **Chargeback amount** | **-155.12** |
| Charge amount | 155.12 |

| | | | |
|---|---|---|---|
| Case number | PP91542 | Status | Please respond |
| Date received | 1/2/2016 | Reply by | 1/22/2016 |
| Days Left | 19 | Reply By - Days Left | 01/22/2016-19 |
| Responded on | N/A | Case type | Fraud |
| Reason | Fraud | Reason Code | F30 |
| Card Number at transaction | | Charge amount | 155.12 |
| Dispute Amount | 0.00 | Resolution | N/A |
| | | Submitting location ID | N/A |
| | | Payee location ID | N/A |
| Charge reference number | 208310591 | Airline ticket number | N/A |
| Adjustment number | 779871 | Adjustment date | 1/1/2016 |
| Chargeback amount | -155.12 | Settlement date | 1/4/2016 |
| Settlement amount | | Response code | N/A |
| Reason and Code | Fraud-F30 | Amount | -155.12 |
| Dispute Type | CB | Industry location number | 542929603582239 |
| Terminal ID | N/A | SE Tracking number | N/A |
| SE Reference number | N/A | SOC Amount | 0.00 |
| SOC Date | N/A | First Presentment Amount | 0.00 |
| Acquirer Reference number | N/A | Microfilm Sequence Code | N/A |
| Inland Chargeback Code | N/A | Case Update date | N/A |
| Resolution Code | N/A | Inquiry Initials | N/A |
| Chargeback Initials | N/A | | |

| | | | |
|---|---|---|---|
| Card Number | | Tracking number | N/A |
| Card Number | | Case type | FRAUD |
| Card Number at transaction | | Charge date | 12/8/2015 |
| Assured Reservation | N/A | Merchandise type | N/A |
| Reservation cancellation | N/A | Return location | N/A |
| Reservation cancellation date | N/A | Return name | N/A |
| Cancellation zone | N/A | Return date | N/A |
| Reservation name | N/A | Type of return | N/A |
| Reservation location | N/A | Return reason | N/A |
| Reservation date | N/A | Credit received | N/A |
| Cancellation date | N/A | Card deposit | N/A |
| Cancellation number | N/A | Reference number | 208310591 |
| ROC invoice number | N/A | Dept code | XX2048A |
| Transaction number | N/A | Passenger name | N/A |
| Passenger first name | N/A | Passenger middle name | N/A |
| Passenger last name | N/A | SE process | 342 |

1 of 2                                                          1/3/2016 7:36 AM

01/04/2016   13:03      3059458223            MILANS #4        PP91642    PAGE 01/02

Printed on 01-04-2016

Milans Market # 4 - Electronic Journal Transaction Report

```
****************************************************************************************
Transaction: 07716269 *** ONLINE ***                                          Page  1
Cashier: 414 Margea M                                            Date: 12-08-15 Time: 20:27:06
                                                                              Lane: 07
----------------------------------------------------------------------------------------
00000000000007616149   HOEY NECTAR ROSE    1        $65.99    T1    Scanned Unit
000000000000007616149   HOEY NECTAR ROSE    1        $65.99    T1    Scanned Unit
00000000000000050071   FERRERO ROCHER       1        $4.59 F1 T1    Scanned Unit
----------------------------------------------------------------------------------------
                       Item Sub Total       $146.57
                       Total Time Disc. Taken   $0.00
                       Sub Total            $146.57
                       Tax One              $10.13
                       Tax Two              $0.00
                       Tax Three            $0.00
                       Transaction Total    $158.12
----------------------------------------------------------------------------------------
                                                                    Item Count:   3
                       American Express     $155.12       Acct #  00000373166XXXXX1001
----------------------------------------------------------------------------------------
Additional Receipt Data
----------------------------------------------------------------------------------------
Customer Number # 000000000000
Customer Restriction Approved - Compared to Birthdate: 11-08-94       Origin: ScanMaster
                                                           Verification ID: 000000000000000000000
----------------------------------------------------------------------------------------
Statistical Data
----------------------------------------------------------------------------------------
Transaction Started at : 12-08-2015 20:27:06        Total Ringing Time   : 00:00:16
Transaction Finished at: 12-08-2015 20:27:35        Total Tender Time    : 00:00:15
Total Transaction Time : 00:00:29                   Effective Scan Rate  : 290.00 items per minute
Idle Time between Sales: 00:00:19                   Scanned entries      : 3
                                                    Keyed entries        : 0
                                                    Open department entries: 0
```

---

01/04/2016   13:03      3059458223            MILANS #4                       PAGE 02/02

```
                          Milan's Market #4
                          17100 Collins Avenue
                          Sunny Isle, Fl 33160

                    ScanMaster Electronic Journal Signature Image
                          01/04/2016   08:29 AM
--------------------------------------------------------------------------------
Store   Reg   Cashier   Transaction   Date      Time       Customer      Sale Total
0004    07    414       07716269      12-08-15   20:27:06   00000000000    $155.12

Tender
American Express        Account #              Exp    Transit    Check #   Amount
                        ---------------                                    $155.12

Service Description      Authorization #
Groceries                560951
--------------------------------------------------------------------------------
```