Robert J. Vizas (No. 56187)
robert.vizas@aporter.com
Sharon D. Mayo (No. 150469)
sharon.mayo@aporter.com
Erica Connolly (No. 288822)
erica.connolly@aporter.com
ARNOLD & PORTER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone:    415.471.3100
Facsimile:    415.471.3400

Mark R. Merley (*admitted pro hac vice*)
mark.merley@aporter.com
Karen C. Otto (*admitted pro hac vice*)
karen.otto@aporter.com
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001-3743
Telephone:    202.942.5000
Facsimile:    202.942.5999

Attorneys for Defendants VISA INC. and
VISA U.S.A. INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> VISA, INC., et al. <br><br> Defendants. | Case No.: 3:16-cv-01150-WHA <br><br> **CLASS ACTION** <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]** |

**STIPULATION**

WHEREAS Plaintiffs B&R Supermarket, Inc., d/b/a Milam's Market, Grove Liquors LLC, Strouk Group LLC, d/b/a Monsieur Marcel, rue21, Inc., and Palero Food Corp. and Cagueyes Food Corp., d/b/a Fine Fare Supermarket filed an Amended Complaint and a Motion to Intervene in this action on July 15, 2016, pursuant to this Court's June 24, 2016 Order;

WHEREAS Plaintiffs' Motion to Intervene is set for hearing on September 22, 2016, and Defendants' responses to the Motion to Intervene would be due on July 29, 2016 pursuant to Local Rule 7-3(a);

WHEREAS Defendants' responses to the Amended Complaint are due on August 5, 2016 pursuant to this Court's June 24, 2016 Order;

WHEREAS the parties agree that efficiency and judicial economy would be served by setting the hearing on Defendants' Motions to Dismiss for the same hearing date – September 22, 2016 – as Plaintiffs' already-scheduled Motion to Intervene, and by briefing those motions on the same schedule;

WHEREAS the parties previously stipulated to an extension of time for Defendants to respond to the original Complaint, extending the deadline by 19 days from the original due date for the earliest-served defendant.

NOW, THEREFORE, the parties stipulate and agree on the following briefing schedule:

Defendants shall have an extension of seven days, until **August 5, 2016,** to respond to Plaintiffs' Motion to Intervene, and shall file such responses along with their Motions to Dismiss Plaintiffs' Amended Complaint on the schedule set by the Court in its June 24, 2016 Order.

Plaintiffs shall have an extension of four days, until **August 23, 2016,** to oppose Defendants' Motions to Dismiss, and to submit their reply in support of their Motion to Intervene.

Defendants shall have an extension of three days, until **September 2, 2016,** to submit replies in support of their Motions to Dismiss.

Plaintiffs' Motion to Intervene and Defendants' motions to dismiss shall be heard on **September 22, 2016** at 8:00 a.m. or at such other time as is convenient for the Court.

- 2 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

1 **IT IS SO STIPULATED, through counsel of record.**

2 DATED: July 26, 2016                *Plaintiffs B & R Supermarket, Inc., d/b/a Milam's Market, et al.*

By:  /s/ Alexandra A. Bernay

ROBBINS GELLER RUDMAN
  & DOWD LLP
ALEXANDRA S. BERNAY (SBN 211068)
PATRICK J. COUGHLIN
DAVID W. MITCHELL
CARMEN A. MEDICI

655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
xanb@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
ARMEN ZOHRABIAN

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
RANDI D. BANDMAN

120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

DEVINE GOODMAN RASCO &
  WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.

2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL  33134
Telephone:  305/374-8200
305/374-8208 (fax)

| | |
|---|---|
| DATED: July 26, 2016 | *Defendants Visa Inc. and Visa U.S.A. Inc.* |
| | By: /s/ Sharon D. Mayo |
| | ARNOLD & PORTER LLP<br>ROBERT J. VIZAS<br>SHARON D. MAYO<br>ERICA M. CONNOLLY |
| | Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415/471-3100<br>415.471-3400 (fax)<br>robert.vizas@aporter.com<br>sharon.mayo@aporter.com<br>erica.connolly@aporter.com |
| | ARNOLD & PORTER LLP<br>MARK R. MERLEY (*pro hac vice*)<br>KAREN C. OTTO (*pro hac vice*) |
| | 601 Massachusetts Avenue, NW<br>Washington, DC 20001-3743<br>Telephone: 202/942-5000<br>202/942-5999 (fax)<br>mark.merley@aporter.com<br>karen.otto@aporter.com |
| DATED: July 26, 2016 | *Defendant MasterCard International Incorporated* |
| | By: /s/ Craig A. Benson |
| | PAUL, WEISS, RIFKIND, WHARTON<br>  & GARRISON LLP<br>KENNETH A. GALLO (*pro hac vice*)<br>CRAIG A. BENSON (*pro hac vice*)<br>WILLIAM Y. DURBIN (*pro hac vice*)<br>CATHERINE M. YANG (*pro hac vice*) |
| | 2001 K Street, NW<br>Washington, DC 20006-1047<br>Telephone: 202/223-7300<br>202/223-7420 (fax)<br>KGallo@paulweiss.com<br>CBenson@paulweiss.com<br>WDurbin@paulweiss.com<br>CYang@paulweiss.com |

- 4 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

| | |
|---|---|
| | TAYLOR & COMPANY LAW OFFICES, LLP<br>STEPHEN E. TAYLOR<br>CHERYL A. GALVIN<br><br>One Ferry Building, Suite 355<br>San Francisco, CA 94111<br>Telephone: 415/788-8200<br>415/788-8208 (fax)<br>staylor@tcolaw.com<br>cgalvin@tcolaw.com |
| DATED: July 26, 2016 | *Defendant American Express Company* |
| By: /s/ Rowan D. Wilson | |
| | CRAVATH, SWAINE & MOORE LLP<br>ROWAN D. WILSON<br>LAUREN K. ROSS<br><br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: 212/474-1000<br>212/474-3700 (fax)<br>rwilson@cravath.com<br>lross@cravath.com |
| DATED: July 26, 2016 | *Defendant Discover Financial Services* |
| By: /s/ Sean D. Meenan | |
| | WINSTON & STRAWN LLP<br>ELIZABETH P. PAPEZ (*pro hac vice*)<br><br>1700 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202/282-5000<br>202/282-5100 (fax)<br>epapez@winston.com |

- 5 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

WINSTON & STRAWN LLP
SEAN D. MEENAN
JEANIFER E. PARSIGIAN

101 California Street
San Francisco, CA 94111
Telephone: 415/591-1000
415/591-1400 (fax)
smeenan@winston.com
jparsigian@winston.com

WINSTON & STRAWN LLP
JOSEPH L. MOTTO (*pro hac vice*)
ROBERT Y. SPERLING (*pro hac vice*)

35 W. Wacker Drive
Chicago, IL 60601
Telephone: 312/558-5600
312/558-5700 (fax)
rsperling@winston.com
jmotto@winston.com

DATED: July 26, 2016                *Defendant Bank of America, N.A.*

By:  /s/ Mark P. Ladner

MORRISON & FOERSTER LLP
PENELOPE A. PREOVOLOS

425 Market Street
San Francisco, CA 94105
Telephone: 415/268-7000
415/276-7187 (fax)
PPreovolos@mofo.com

MORRISON & FOERSTER LLP
MARK P. LADNER (*pro hac vice*)
MICHAEL B. MILLER (*pro hac vice*)
NATALIE FLEMING NOLEN (*pro hac vice*)

250 West 55th Street
New York, NY 10019
Telephone: 212/468-8000
212/468-7900 (fax)
mladner@mofo.com
mbmiller@mofo.com
nflemingnolen@mofo.com

- 6 -

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

| | |
|---|---|
| DATED:  July 26, 2016 | *Defendant Capital One Financial Corporation* |

By:  /s/ Leslie Kostyshak

HUNTON & WILLIAMS LLP
D. BRUCE HOFFMAN (*pro hac vice*)
RYAN SHORES (*pro hac vice*)
LESLIE KOSTYSHAK (*pro hac vice*)
JOHN BEERBOWER (*pro hac vice*)

2200 Pennsylvania Avenue, NW
Washington, DC  20037
Telephone:  202/955-1500
202/778-2201 (fax)
bhoffman@hunton.com
rshores@hunton.com
lkostyshak@hunton.com
jbeerbower@hunton.com

HUNTON & WILLIAMS LLP
SUSAN S. JOO (SBN 260369)

575 Market Street, Suite 3700
San Francisco, CA  94105
Telephone:  415/975-3700
415/975-3701 (fax)
sjoo@hunton.com

| | |
|---|---|
| DATED:  July 26, 2016 | *Defendant Chase Bank USA, National Association* |

By:  /s/ Boris Bershteyn

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
PETER E. GREENE (*pro hac vice*)
BORIS BERSHTEYN (*pro hac vice*)
EVAN R. KREINER (*pro hac vice*)
HARRY P. KOULOS (*pro hac vice*)

4 Times Square
New York, NY  10036
Telephone:  212/735-3000
212/735-2000 (fax)
peter.greene@skadden.com
boris.bershteyn@skadden.com
evan.kreiner@skadden.com
harry.koulos@skadden.com

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

| | |
|---|---|
| | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | RAOUL D. KENNEDY (SBN 40892) |
| | |
| | 525 University Avenue |
| | Palo Alto, CA  94301 |
| | Telephone:  650/470-4500 |
| | 650/470-4570 (fax) |
| | raoul.kennedy@skadden.com |

DATED:  July 26, 2016            *Defendant Citibank, N.A., for itself and as successor in interest to Citibank (South Dakota), N.A.*

By:  /s/ Benjamin R. Nagin

SIDLEY AUSTIN LLP
PETER K. HUSTON (SBN 150058)

555 California Street, Suite 2000
San Francisco, CA  94104
Telephone:  415/772-1200
415/722-7400 (fax)
phuston@sidley.com

SIDLEY AUSTIN LLP
DAVID GRAHAM (*pro hac vice*)

One South Dearborn
Chicago, IL  60603
Telephone: 312/ 853-7000
312/853-7036 (fax)
dgraham@sidley.com

SIDLEY AUSTIN LLP
BENJAMIN R. NAGIN (*pro hac vice*)
MELISSA COLON-BOSOLET (*pro hac vice*)

787 Seventh Avenue
New York, NY  10019
Telephone: 212/ 839-5300
212/839-5599 (fax)
bnagin@sidley.com
mcolon-bosolet@sidley.com

DATED: July 26, 2016                               *Defendant PNC Bank, National Association*

                                         By:     /s/ Michelle A. Mantine

REED SMITH LLP
DANIEL I. BOOKER (*pro hac vice*)
MICHELLE A. MANTINE (*pro hac vice*)
CONOR M. SHAFFER (*pro hac vice*)
COURTNEY B. AVERBACH (*pro hac vice*)

225 Fifth Avenue
Pittsburgh, PA  15222
Telephone:  412/288-3131
412/288-3063 (fax)
dbooker@reedsmith.com
mmantine@reedsmith.com
cshaffer@reedsmith.com
caverbach@reedsmith.com

REED SMITH LLP
SCOTT D. BAKER
ASHLEY L. SHIVELY

Scott D. Baker (SBN 84923)
Ashley L. Shively (SBN 264912)
sbaker@reedsmith.com
ashively@reedsmith.com

101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: 415-543-8700
Fax:  415-391-8269

| | | |
|---|---|---|
| 1 | DATED:  July 26, 2016 | *Defendant U.S. Bank National Association* |
| 2 | | |
| 3 | | By:   /s/ F. Matthew Ralph |
| 4 | | DORSEY & WHITNEY LLP |
| | | F. MATTHEW RALPH (*pro hac vice*) |
| 5 | | ANDREW BRANTINGHAM (*pro hac vice*) |
| | | ANGELA PORTER (*pro hac vice*) |
| 6 | | RICHARD LIU |
| 7 | | 50 South Sixth Street, Suite 1500 |
| | | Minneapolis, MN  55402-1498 |
| 8 | | Telephone:  612/340-2600 |
| | | 612/340-2868 (fax) |
| 9 | | ralph.matthew@dorsey.com |
| | | brantingham.andrew@dorsey.com |
| 10 | | porter.angela@dorsey.com |
| | | liu.richard@dorsey.com |
| 11 | | |
| | | DORSEY & WHITNEY LLP |
| 12 | | MARTHA C. LUEMERS |
| 13 | | 305 Lytton Avenue |
| | | Palo Alto, CA  94301 |
| 14 | | Telephone:  650/857-1717 |
| | | 650/857-1288 (fax) |
| 15 | | luemers.martha@dorsey.com |

- 10 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]

| | | |
|---|---|---|
| 1 | DATED: July 26, 2016 | *Defendant Wells Fargo Bank, N.A.* |
| 2 | | |
| 3 | | By: /s/ J. Brent Justus |
| 4 | | McGUIREWOODS LLP |
| 5 | | DAVID C. POWELL (SBN 129781)<br>JAMIE D. WELLS (SBN 290827) |
| 6 | | |
| 7 | | 505 Sansome Street, Suite 700<br>San Francisco, CA  94111<br>Telephone:  415/844-1970 |
| 8 | | 415/844-1912 (fax)<br>dpowell@mcguirewoods.com |
| 9 | | jwells@mcguirewoods.com |
| 10 | | McGUIREWOODS LLP |
| 11 | | HOWARD FELLER (*pro hac vice*)<br>J. BRENT JUSTUS (*pro hac vice*)<br>CASEY E. LUCIER (*pro hac vice*) |
| 12 | | |
| 13 | | 800 E. Canal Street, Gateway Plaza<br>Richmond, VA  23219<br>Telephone:  804/775-1000 |
| 14 | | 804/775-1061 (fax)<br>hfeller@mcguirewoods.com |
| 15 | | bjustus@mcguirewoods.com<br>clucier@mcguirewoods.com |
| 16 | | |
| 17 | DATED: July 26, 2016 | *Defendant EMVCo, LLC* |
| 18 | | |
| 19 | | By: /s/ Paul Riehle |
| 20 | | SEDGWICK LLP |
| 21 | | PAUL RIEHLE (SBN 115119) |
| 22 | | 333 Bush Street, 30th Floor<br>San Francisco, CA  94104<br>Telephone:  415/781-7900 |
| 23 | | 415/781-2635 (fax)<br>paul.riehle@sedgwicklaw.com |
| 24 | | |
| 25 | | |
| 26 | **PURSUANT TO STIPULATION, IT IS SO ORDERED**. | |
| 27 | DATED:  July 28, 2016. | _____ |
| 28 | | THE HONORABLE WILLIAM H. ALSUP<br>UNITED STATES DISTRICT JUDGE |

- 11 -

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE
ON MOTIONS TO DISMISS AND MOTION TO INTERVENE [LOCAL RULE 6-2]