IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br><br>Defendants. | No. C 16-01150 WHA<br><br>**ORDER RE REQUEST TO EXCEED PAGE LIMITS** |

The Court has received the stipulation to allow plaintiffs to exceed applicable page limits. In lieu of filing separate briefs, plaintiffs may file a single 45-page brief in opposition to defendants' motions to dismiss.

**IT IS SO ORDERED.**

Dated: August 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE