IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC.; GROVE LIQUORS, LLC,<br><br>   Plaintiffs,<br><br>  v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL, INC.; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; BARCLAYS BANK DELAWARE; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, N.A.; CITIBANK (SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, N.A.; USAA SAVINGS BANK; U.S. BANCORP, N.A.; WELLS FARGO BANK, N.A.; EMVCo, LLC; JCB CO., LTD; and UNIONPAY, a Chinese bank association,<br><br>   Defendants.<br> | No. C 16-01150 WHA<br><br>**ORDER REGARDING LETTER FROM PLAINTIFFS** |

    The Court has received plaintiff's letter concerning defendant Discover's motion to compel arbitration as to intervening plaintiff Rue21 (Dkt. No. 312). The letter asks for "guidance regarding whether a response to the improper motion is required" and asks the Court to "strike the improper filing." Plaintiffs' letter does not conform with Local Rule 7-1(a), among other rules, and will be disregarded. The deadline for responding to the motion to compel remains in effect. Intervening plaintiff Rue 21 shall raise all appropriate arguments in

its response.  Likewise, Discover shall raise all appropriate counter-arguments in its reply.

**IT IS SO ORDERED.**

Dated:  August 26, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2