IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., *et al.*,

    Plaintiffs,

  v.

VISA, INC., *et al.*,

    Defendants.

No. C 16-01150 WHA

**ORDER GRANTING LEAVE TO FILE MOTION**

    The Court is in receipt of defendant American Express's letter dated October 17, 2016, requesting leave to file an unopposed motion to sever and transfer Monsieur Marcel's claims against American Express to the Southern District of New York. Leave is granted. American Express shall please file the motion by **OCTOBER 25 AT NOON**.

    **IT IS SO ORDERED.**

Dated: October 18, 2016.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE