IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

B & R SUPERMARKET, INC., *et al.*,

    Plaintiffs,

  v.

VISA, INC., *et al.*,

    Defendants.

No. C 16-01150 WHA

**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER VENUE**

    On October 25, defendant American Express Company filed an unopposed motion to sever and transfer Monsieur Marcel's claims against it to the Southern District of New York (Dkt. No. 352). The unopposed motion is **GRANTED**.

    **IT IS SO ORDERED.**

Dated: November 9, 2016.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE