**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| B&R SUPERMARKET, INC., et al.<br><br>　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>VISA, INC., et al.<br><br>　　　　　　　　Defendant(s). | Case No: 4:16-CV-1150<br><br>**APPLICATION FOR**<br>**ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Kelsie A. Docherty, an active member in good standing of the bar of Appellate Division of Supreme Court of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Express Company in the above-entitled action. My local co-counsel in this case is Christopher J. Steskal, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Fenwick & West<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 474-1000 | (415) 875-2439 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kdocherty@cravath.com | csteskal@fenwick.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5394622.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/18/16

　　　　　　　　　　　　　　　　　　　　　　　　Kelsie A. Docherty
　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　IT IS HEREBY ORDERED THAT the application of Kelsie A. Docherty is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER　　　　　　　　　　　　　　　　　　　　　*October 2012*