# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

B&R SUPERMARKET, INC., et al.  )
               Plaintiff(s),  )  Case No: __4:16-CV-1150__
    v.  )
VISA, INC., et al.  )  **APPLICATION FOR**
               Defendant(s).  )  **ADMISSION OF ATTORNEY**
                 )  **PRO HAC VICE**
                 )  (CIVIL LOCAL RULE 11-3)

I, __Damaris Hernández__, an active member in good standing of the bar of __Appellate Division of Supreme Court of New York__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __American Express Company__ in the above-entitled action. My local co-counsel in this case is __Christopher J. Steskal__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 | Fenwick & West<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD:<br>(212) 474-1000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 875-2439 |
| MY EMAIL ADDRESS OF RECORD:<br>dhernandez@cravath.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>csteskal@fenwick.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __4576450__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/18/16

                                        Damaris Hernández
                                        APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Damaris Hernández__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 21, 2016.



UNITED STATES DISTRICT/MAGISTRATE JUDGE