# EXHIBIT 1
# [Filed Under Seal]

# EXHIBIT 2
# [Filed Under Seal]

# EXHIBIT 3
# [Filed Under Seal]

# EXHIBIT 4
# [Filed Under Seal]

# EXHIBIT 5
# [Filed Under Seal]

# EXHIBIT 6
# [Filed Under Seal]

# EXHIBIT 7
# [Filed Under Seal]

# EXHIBIT 8
# [Filed Under Seal]

# EXHIBIT 9
# [Filed Under Seal]

# EXHIBIT 10
# [Filed Under Seal]

# EXHIBIT 11
# [Filed Under Seal]

# EXHIBIT 12
# [Filed Under Seal]

# EXHIBIT 13
# [Filed Under Seal]

# EXHIBIT 14
# [Filed Under Seal]

# EXHIBIT 15
# [Filed Under Seal]

# EXHIBIT 16
# [Filed Under Seal]

# EXHIBIT 17
# [Filed Under Seal]

# EXHIBIT 18
# [Filed Under Seal]

# EXHIBIT 19
# [Filed Under Seal]

# EXHIBIT 20
# [Filed Under Seal]

# EXHIBIT 21
# [Filed Under Seal]

# EXHIBIT 22
# [Filed Under Seal]

# EXHIBIT 23
# [Filed Under Seal]

# EXHIBIT 24
# [Filed Under Seal]