PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW                    WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7332

WRITER'S DIRECT FACSIMILE
(202) 204-7367

WRITER'S DIRECT E-MAIL ADDRESS
mparikh@paulweiss.com

March 8, 2017

**VIA Email**

Carmen Medici
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Suite 1900
San Diego, California 92101

Re:  *B & R Supermarket, Inc., et al v. Visa, Inc., et al*, No. 3:16-cv-01150-WHA (N.D. Cal.)

Dear Carmen:

Subject to and without waiver of any objections set forth in Mastercard's Responses to Plaintiffs' Request for Production Nos. 12, 13, and 32, we are providing via FTP a supplemental production of data bearing Bates numbers MC-BRN-00014933 through MC-BRN-00014952.  This production of data consists of supplemental chargeback data for October 2012 through December 2013, and revised transaction volume data.

Best regards,

Michelle Parikh