# EXHIBIT 32

## **Devine Goodman Rasco & Watts-FitzGerald, LLP**

DGRW is a 7-attorney, business litigation and transactional law firm based in Coral Gables, Florida. Throughout its nearly 20-year history, the firm has contended in the courtroom against, and closed transactions with, the largest law firms in the nation. The firm's lawyers are licensed to practice in every state and federal trial and appellate court in Florida and have litigated, arbitrated, and mediated across the country.

Our litigation practice includes the representation of plaintiffs in class actions advancing consumer and privacy rights. In the consumer area, we have achieved successful results in cases involving bank overdraft charge abuses (*In Re: Checking Account Overdraft Litigation MDL No. 2036 Anderson v. Compass Bank*, Case No. 1:09-M D-02036-JLK, S.D. Fla.) and lender and loan servicing abuses (*Coppolo v. Discover Financial Services, Inc.*, Case No. 99-0856-Civ-(Moreno/Brown), S.D. Fla.; *Spund v. Associates Financial Services Company, Inc.*, Case No. 00-19306 CA-25 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida; *Koffler v. Fairbanks Capital Corp.*, Case No. 02-12557-CA-01 in the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida; and *Curry v. Fairbanks Capital Corp.*, Case No. 03-10895 DPW, D. Mass.)

In addition, we protected privacy rights of Florida residents in class actions against data aggregators and Florida Department of Highway Safety and Motor Vehicles employees for obtaining, using, and conveying personal information of Florida-licensed drivers in violation of the Drivers Privacy Protection Act (*Brooks v. Softech International, Inc.*, Case No. 03-61063-Civ-Martinez/Dube, S.D. Fla.; *Collier v. Dickinson*, Case No. 04-21351-Civ-Martinez, S.D. Fla.; and *Fresco v. R.L. Polk & Co.*, Case No. 07-60695-Civ-Martinez/Brown, S.D. Fla.).

We zealously advocated on behalf of our clients in each of these cases, most of which were actively litigated for several years prior to resolution. Our firm has made that same commitment to our long-time clients B & R Supermarket, Inc. and Grove Liquors LLC, and to the other class member in the instant case.