# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B & R SUPERMARKET, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC., *et al.*, <br><br> Defendants. | No. C 16-01150 WHA <br><br> **ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

In connection with their motion for class certification, plaintiffs filed an administrative motion to file under seal materials that other parties had designated "Confidential" or "Highly Confidential" pursuant to the Stipulated Protective Order in this action (Dkt. No. 424). Pursuant to Civil Local Rule 79-5(e), the designating parties timely filed supporting declarations (Dkt. Nos. 426–31). The declarations, however, show that only some of the material in question is actually sealable. Plaintiffs shall please revise both the proposed order on their sealing motion and the redacted version of their class certification motion accordingly, and file both revised documents by **MARCH 20 AT NOON**.

**IT IS SO ORDERED.**

Dated: March 16, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE