Kenneth A. Gallo (admitted *pro hac vice*)
KGallo@paulweiss.com
Craig A. Benson (admitted *pro hac vice*)
CBenson@paulweiss.com
Michelle K. Parikh (admitted *pro hac vice*)
MParikh@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Tel. (202) 223-7300
Fax. (202) 223-7420

Stephen E. Taylor (SBN 58452)
E-mail: staylor@taylorpatchen.com
Cheryl A. Cauley (SBN 252262)
E-mail: ccauley@taylorpatchen.com
TAYLOR & PATCHEN, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208

Attorneys for Defendant
MASTERCARD INTERNATIONAL
INCORPORATED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET; and GROVE LIQUORS LLC, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC.; VISA USA, INC.; MASTERCARD INTERNATIONAL INCORPORATED; AMERICAN EXPRESS COMPANY; DISCOVER FINANCIAL SERVICES; BANK OF AMERICA, N.A.; CAPITAL ONE FINANCIAL CORPORATION; CHASE BANK USA, NATIONAL ASSOCIATION; CITIBANK | Case No.: 16-CV-01150-WHA<br><br>**DECLARATION OF MICHELLE K. PARIKH IN SUPPORT OF DEFENDANTS MASTERCARD AND VISA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Honorable William Alsup |

(SOUTH DAKOTA), N.A.; CITIBANK, N.A.; PNC BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION; WELLS FARGO BANK, N.A.; and EMVCo, LLC,

   Defendants.

I, MICHELLE K. PARIKH, hereby declare as follows:

1. I am an attorney with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison, LLP, and counsel for Defendant Mastercard International Incorporated ("Mastercard") in the above-captioned action. I am a member in good standing of the bar of the District of Columbia Court of Appeals and the bar of the State of New York, Appellate Division, Third Judicial Department, and I am also admitted to practice before this Court *pro hac vice*. I make this declaration based upon my personal knowledge, except as to those matters that are stated on information and belief and, as to those matters, I have a good faith basis to believe them to be true. If called upon to testify as a witness, I could and would testify competently under oath to the matters set forth in this declaration.

2. This declaration is submitted in support of Defendants Mastercard and Visa Inc. and Visa U.S.A. Inc.'s Administrative Motion to File Documents Under Seal ("Motion to Seal").

3. On April 3, 2015, the Court in the Eastern District of New York action *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 05-MD-1720 (the "MDL 1720 Action"), entered a Stipulated Protective Order in that case. A true and correct copy of that order is attached to this declaration as Exhibit A.

4. The Memorandum of Points and Authorities in Support of Defendants Mastercard and Visa's Motion to Transfer to the Eastern District of New York or Stay This Action ("Motion to Transfer") makes reference to two pleadings that contain information that has been designated "Confidential" or "Highly Confidential" in the MDL 1720 Action and information that is expected to be so designated later this month. Additionally, Exhibits 1-4 to the Declaration of Michelle K. Parikh in Support of the Motion to Transfer (the "Parikh Transfer Motion Declaration") contain

2.

DECLARATION OF MICHELLE K. PARIKH IN SUPPORT OF DEFENDANTS MASTERCARD AND VISA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL: CASE NO. 16-CV-01150-WHA

references to those pleadings' information and data that have been designated "Confidential" or "Highly Confidential" in the MDL 1720 Action.

5. Exhibit 3 to the Parikh Transfer Motion Declaration is a true and correct copy of The Equitable Relief Class Action Complaint in *In re Payment Card*, No. 05-MD-1720, ECF No. 6858 (E.D.N.Y. Feb. 8, 2017). Pursuant to this Court's March 9, 2017 Order (Dkt. No. 423), Defendants are lodging this document with the Court in its entirety. Good cause exists to place Exhibit 3 under seal in this action because that document is currently under seal in the Eastern District of New York pursuant to that court's February 10, 2017 Minute Order Granting ECF No. 6858 Motion for Leave to Electronically File Document under Seal, a true and correct copy of which is attached as Exhibit B to this declaration. A public, redacted version of Exhibit 3 has not yet been filed in the Eastern District of New York. I am informed and believe that Exhibit 3 may include the confidential information of multiple parties in the MDL 1720 Action. I am further informed and believe that the parties in the MDL 1720 Action are in the process of proposing redactions to portions of the amended Complaint that contain information that will be designated as "Confidential" or "Highly Confidential" pursuant to the relevant protective order in the MDL 1720 Action (Exhibit A). Once that process is complete and a public, redacted version of the Complaint has been filed in the Eastern District of New York on or about March 31, 2017, Defendants will file that document in this action, as well.

4. Exhibit 4 to the Parikh Transfer Motion Declaration is The Proposed Third Consolidated Amended Class Action Complaint for the damage relief class in *In re Payment Card*, No. 05-MD-1720 (E.D.N.Y. Feb. 8, 2017). Pursuant to this Court's March 9, 2017 Order (Dkt. No. 423), Defendants are also lodging an unredacted copy of this document with the Court. Good cause exists to place Exhibit 4 under seal because this document has not yet been filed (either publicly or under seal) in the Eastern District of New York. Rather, it has been served on all of the relevant parties in the MDL 1720 Action. I am informed and believe that Exhibit 4 may include the confidential information of multiple parties in the MDL 1720 Action. I am further informed and believe that the parties in that action are also in the process of proposing redactions to those portions of the proposed Third Amended Complaint that contain information that will be

designated as "Confidential" or "Highly Confidential" pursuant to the relevant protective order (Exhibit A). I am further informed and believe that the court in the Eastern District of New York has ordered that the Third Amended Complaint and all related "bundled motion papers shall be filed on March 31, 2017." *See* February 10, 2017 Minute Order (a true and correct copy of which is attached as Exhibit C to this declaration). Once a public, redacted version of the Third Amended Complaint has been filed in the Eastern District of New York, Defendants will file that document in this action as well.

5. Exhibits 1 and 2 to the Parikh Transfer Motion Declaration are two charts, prepared by Defendants at the Court's request, which compare the similarities and differences between the Amended Complaint in this action and the two amended complaints in the MDL 1720 Action. For the same reasons set forth in paragraphs three and four, above, good cause exists to place these two charts under seal, as they quote very heavily from the MDL 1720 Action complaints (Exhibits 3 & 4 to the Parikh Transfer Motion Declaration), one of which already has been sealed by the Eastern District of New York and neither of which is currently publicly available.

6. Portions of Defendants' Memorandum of Points and Authorities in support of their Motion to Transfer also cite heavily to the MDL 1720 Action complaints discussed in paragraphs three and four, above. For the same reasons set forth in paragraphs three and four, above, there is good cause to redact those portions of Defendants' memorandum as follows: page i, lines 8-9; page 2, lines 6-7, 12-17, 27; page 3, lines 1, 19-21; page 6, lines 1-2, 3-14, 16-21; page 7, lines 1-3, 4-11; page 8, lines 17-24; page 9, lines 1-4; page 11, lines 19-20; page 15, line 27; page 16, line 1; page 17, lines 11-13, 17-22, 26-28; and page 20, lines 8-11, 13-14.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 20th day of March, 2017, at New York, New York.

*/s/ Michelle K. Parikh*
MICHELLE K. PARIKH

DECLARATION OF MICHELLE K. PARIKH IN SUPPORT OF DEFENDANTS MASTERCARD AND VISA'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL: CASE NO. 16-CV-01150-WHA

# CIVIL LOCAL RULE 5-1(I)(3) ATTESTATION

I, Kenneth A. Gallo, am the ECF user whose ID and password are being used to file the above Declaration of Michelle K. Parikh in Support of Defendants Mastercard and Visa's Administrative Motion to File Documents Under Seal. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Michelle Parikh has concurred in this filing.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By:   */s/Kenneth A. Gallo*
         Kenneth A. Gallo

Attorneys for Defendant MASTERCARD INTERNATIONAL INCORPORATED