IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| B & R SUPERMARKET, INC., *et al.*, | | No. C 16-01150 WHA |
| Plaintiffs, | | |
| v. | | **ORDER DENYING LEAVE TO FILE MOTION TO STRIKE** |
| VISA, INC., *et al.*, | | |
| Defendants. | | |

Defendants' request for leave to file a motion to strike expert testimony proffered in support of plaintiffs' motion for class certification (Dkt. No. 443) is **DENIED**. Any challenges to said expert testimony should be raised in defendants' opposition brief. Likewise, any challenges to expert testimony proffered in support of defendants' opposition should be raised in plaintiffs' reply brief. To that end, each side may exceed the applicable page limitation for their brief by **THREE PAGES**.

**IT IS SO ORDERED.**

Dated: April 3, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE