UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>VISA, INC. *et al.*,<br><br>    Defendants. | Civ. Act. No. 1:17-cv-02738 (MKB)(JO)<br><br>**DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

I, Michael B. Miller, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.   I am a partner with the law firm Morrison & Foerster LLP. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of the motion for the withdrawal of Penelope A. Preovolos as counsel of record for defendant Bank of America, N.A. ("Defendant") from the above referenced action.

2.   I, along with Mark P. Ladner, Natalie A. Fleming Nolen, and Jane P. Bentrott, also of Morrison & Foerster LLP, will continue to represent Defendant.

3.   I hereby certify that Ms. Preovolos's withdrawal will not cause or result in any delay or prejudice.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        May 22, 2017

MORRISON & FOERSTER LLP

By:   /s/ Michael B. Miller
      Michael B. Miller
      250 West 55th Street
      New York, New York 10019-9601
      Telephone:  (212) 468-8000
      Facsimile:  (212) 468-7900
      MBMiller@mofo.com

*Attorneys for Defendant Bank of America, N.A.*

-1-

ny-1284283