UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:17-cv-02738-MKB-JO<br><br>CLASS ACTION<br><br>DECLARATION OF PATRICK J. COUGHLIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD |

1284490_1

I, PATRICK J. COUGHLIN, declare as follows:

1.  I am an attorney duly licensed to practice before the Eastern District of New York. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, one of the counsel of record for B & R Supermarket, Inc. and Grove Liquors LLC (d/b/a Milam's Market), Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, the "Clients") in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.  I submit this declaration pursuant to Local Civil Rule 1.4.

3.  I, along with Robbins Geller Rudman & Dowd LLP and the following attorneys from Robbins Geller Rudman & Dowd LLP (collectively, "Attorneys of Record"), request leave to withdraw as counsel from the above-captioned case: Alexandra S. Bernay; Carmen A. Medici; Thomas E. Egler; David W. Mitchell; Armen Zohrabian; Eugene Mikolajczyk; Angel P. Lau; Lonnie A. Browne; and Randi D. Bandman.

4.  Competent counsel remains, including attorneys from Devine Goodman Rasco & Watts-FitzGerald, LLP, original co-counsel in this litigation, as well as attorneys from Robbins Arroyo LLP, whose attorneys have been working on this case for many months.

5.  Clients consent to the attorneys from Robbins Geller Rudman & Dowd LLP withdrawing from the above-captioned case.

6.  The posture of this litigation is detailed in the Joint Status Report. *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.), Dkt. No. 6985 at 1-4.

- 1 -

7. Attorneys of Record are not asserting a retaining or charging lien.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 7th day of July, 2017, at San Diego, California.

s/ Patrick J. Coughlin<br>
PATRICK J. COUGHLIN

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 7, 2017.

                                                                   s/ Patrick J. Coughlin
                                                                    PATRICK J. COUGHLIN

                                                                    ROBBINS GELLER RUDMAN
                                                                           & DOWD LLP
                                                                   655 West Broadway, Suite 1900
                                                                   San Diego, CA  92101-8498
                                                                   Telephone:  619/231-1058
                                                                   619/231-7423 (fax)

                                                                   E-mail: patc@rgrdlaw.com

1284490_1

# Mailing Information for a Case 1:17-cv-02738-MKB-JO B & R Supermarket, Inc., et al v. Visa, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **George C. Aguilar**
  gaguilar@robbinsarroyo.com,notice@robbinsarroyo.com

- **Courtney Bedell Averbach**
  caverbach@reedsmith.com

- **Scott D. Baker**
  sbaker@reedsmith.com

- **Randi D. Bandman**
  randib@rgrdlaw.com

- **Peter T. Barbur**
  pbarbur@cravath.com,mao@cravath.com

- **John Eliot Beerbower**
  jbeerbower@hunton.com

- **Paul Belonick**
  pbelonick@sidley.com

- **Craig Benson**
  cbenson@paulweiss.com,mao_fednational@paulweiss.com

- **Craig A Benson**
  CBenson@paulweiss.com

- **Jane Petersen Bentrott**
  jbentrott@mofo.com

- **Alexandra S. Bernay**
  xanb@csgrr.com,jkusy@csgrr.com

- **Alexandra Senya Bernay**
  xanb@rgrdlaw.com

- **Boris Bershteyn**
  boris.bershteyn@skadden.com

- **Daniel I Booker**
  dbooker@reedsmith.com

- **Andrew Baldwin Brantingham**
  brantingham.andrew@dorsey.com

- **Lonnie Anthony Browne**
  lbrowne@rgrdlaw.com

- **Cheryl Ann Cauley**
  ccauley@taylorpatchen.com

- **Isaac Daniel Chaput**
  ichaput@cravath.com

- **Eva W. Cole**
  ewcole@winston.com,docketny@winston.com

- **Melissa Colon-Bosolet**
  mcolon-bosolet@sidley.com,nyefiling@sidley.com

- **Dana Lynn Cook-Milligan**
  dlcook@winston.com

- **Patrick Joseph Coughlin**
  patc@rgrdlaw.com

- **Gregory E. Del Gaizo**
  gdelgaizo@robbinsarroyo.com,notice@robbinsarroyo.com

- **John William Devine**
  jdevine@devinegoodman.com,smallet@devinegoodman.com

- **Kelsie A Docherty**
  kdocherty@cravath.com

- **Thomas E. Egler**
  tome@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Matthew A. Eisenstein**
  matthew.eisenstein@aporter.com

- **Howard Feller**
  hfeller@mcguirewoods.com,dcarver@mcguirewoods.com

- **Stephanie Ilana Fine**
  stephanie.fine@aporter.com

- **Natalie Anne Fleming Nolen**
  nflemingnolen@mofo.com

- **Kenneth A. Gallo**
  kgallo@paulweiss.com,arclark@paulweiss.com,mlaramie@paulweiss.com

- **Adam Owen Glist**
  oglist@constantinecannon.com,kmorrison@constantinecannon.com,aoglist@gmail.com

- **Lawrence Dean Goodman**
  lgoodman@devinegoodman.com,smallet@devinegoodman.com

- **David Graham**
  dgraham@sidley.com,efilingnotice@sidley.com

- **David F. Graham**
  dgraham@sidley.com

- **Peter E Greene**
  peter.greene@skadden.com

- **Alexander Guney**
  alexander.guney@sedgwicklaw.com

- **James Franklin Herbison**
  jherbison@winston.com

- **Damaris Hernandez**
  dhernandez@cravath.com,mao@cravath.com

- **D. Bruce Hoffman**
  bhoffman@hunton.com

- **Johanna Rae Hudgens**
  jhudgens@winston.com,johanna.hudgens@gmail.com

- **Susan S. Joo**
  sjoo@hunton.com

- **J. Brent Justus**
  bjustus@mcguirewoods.com,bdbrown@mcguirewoods.com

- **Raoul Dion Kennedy**
  raoul.kennedy@skadden.com

- **Jeffrey L. Kessler**
  jkessler@winston.com,docketny@winston.com

- **Ali Klein**
  aklein@cravath.com

- **Leslie Kostyshak**
  lkostyshak@hunton.com

- **Harry P Koulos**
  harry.koulos@skadden.com

- **Evan R Kreiner**
  evan.kreiner@skadden.com

- **Robert J Kuntz , Jr**
  rkuntz@devinegoodman.com,vcerra@devinegoodman.com

- **Mark P. Ladner**
  mladner@mofo.com,docketny@mofo.com,mark-ladner-4922@ecf.pacerpro.com

- **Angel Puimei Lau**
  alau@rgrdlaw.com

- **Adrienne J Lighten**
  alighten@paulweiss.com

- **Casey Erin Lucier**
  clucier@mcguirewoods.com

- **Martha Corcoran Luemers**
  eFilingPA@dorsey.com

- **Michelle Ann Mantine**
  mmantine@reedsmith.com

- **Sharon D. Mayo**
  sharon.mayo@apks.com

- **Carmen A. Medici**
  cmedici@csgrr.com

- **Carmen Anthony Medici**
  cmedici@rgrdlaw.com

- **Sean D. Meenan**
  smeenan@winston.com,docketny@winston.com

- **Mark R. Merley**
  mark.merley@apks.com

- **Eugene Mikolajczyk**
  genem@rgrdlaw.com

- **Michael B. Miller**
  mbmiller@mofo.com,mike-miller-9381@ecf.pacerpro.com,docketny@mofo.com

- **David W. Mitchell**
  davidm@csgrr.com,slandry@csgrr.com

- **Joseph Laurence Motto**
  JMotto@winston.com

- **Dennis Francis Murphy**
  dennis.murphy@sedgwicklaw.com

- **Benjamin Robert Nagin**
  bnagin@sidley.com

- **Karen C Otto**
  karen.otto@aporter.com

- **Elizabeth P Papez**
  epapez@winston.com,ecf_dc@winston.com

- **Michelle Parikh**
  MParikh@paulweiss.com

- **Michelle Katherine Parikh**
  mparikh@paulweiss.com,mao_fednational@paulweiss.com

- **Jeanifer Ellen Parsigian**
  jparsigian@winston.com

- **Angela Maryssa Porter**
  porter.angela@dorsey.com

- **David Carlyle Powell**
  dpowell@mcguirewoods.com

- **Frederick Matthew Ralph**
  ralph.matthew@dorsey.com

- **Paul Jeffrey Riehle**
  paul.riehle@sedgwicklaw.com

- **Lauren Kelley Ross**
  lross@cravath.com

- **Michael Adam Rubin**
  michael.rubin@apks.com

- **Conor Michael Shaffer**
  cshaffer@reedsmith.com

- **Ashley Lynn Shively**
  ashively@reedsmith.com

- **Ryan A Shores**
  rshores@hunton.com

- **Robert Yale Sperling**
  rsperling@winston.com

- **Christopher James Steskal**
  csteskal@fenwick.com

- **Stephen E. Taylor**
  staylor@taylorpatchen.com

- **Diana Viggiano Valdivia**
  dvaldivia@paulweiss.com

- **Robert John Vizas**
  robert.vizas@aporter.com

- **Ross E Weingarten**
  RWeingarten@paulweiss.com

- **Jamie Danielle Wells**
  jwells@mcguirewoods.com

- **Jennifer Michelle Wong**
  jennifer.wong@sidley.com

- **Catherine M Yang**
  CYang@paulweiss.com

- **Armen Zohrabian**
  azohrabian@rgrdlaw.com,schateauneuf@rgrdlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and

copy this list into your word processing program in order to create notices or labels for these recipients.

**Tiffani            B Figueroa**
Morrison Foerster
250 W 55th Street
New York, NY 10019

**Peter              K. Huston**
Latham & Watkins
505 Montgomery Street, Suite 1900
San Francisco, CA 94111