PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
TELEPHONE (202) 223-7300
WASHINGTON, DC 20006-1047

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 3601, OFFICE TOWER A
BEIJING FORTUNE PLAZA
NO. 7 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT
BEIJING 100020
PEOPLE'S REPUBLIC OF CHINA
TELEPHONE (86-10) 5828-6300

12TH FLOOR, HONG KONG CLUB BUILDING
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, U.K.
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
202-223-7356

WRITER'S DIRECT FACSIMILE
202-204-7356

WRITER'S DIRECT E-MAIL ADDRESS
kgallo@paulweiss.com

October 27, 2017

**VIA ECF**

The Honorable Margo K. Brodie
United States District Court for the Eastern District of New York
225 Cadman Plaza East, Room N 626
Brooklyn, NY 11201

   Re: *B&R Supermarket, Inc., et al.* v. *Visa, Inc., et al.*, Case No. 1:17-cv-02738-MKB-JO

Dear Judge Brodie:

  Defendants Mastercard, Visa, and Discover write to seek clarification of the Court's October 17, 2017 Minute Order. In that order, the Court set the class certification hearing date as November 29, 2017, and separately noted that it "will also address Defendants' request for an evidentiary hearing." Oct. 17, 2017 Minute Order. Because an evidentiary hearing involves advance preparation of witnesses as well as preparation for cross-examination, we wish to inquire whether the Court wants the parties to have expert witnesses ready and available for an evidentiary hearing on November 29, in the event the Court decides such a hearing would be desirable.

         Respectfully submitted,

         */s/ Kenneth A. Gallo*

         Kenneth A. Gallo (admitted *pro hac vice*)

cc: All Counsel (via ECF)