**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:17-cv-02738-MKB-JO |
| | CLASS ACTION |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | **Conference Date: February 27, 2018** |
| VISA, INC., a Delaware corporation, et al., | |
| Defendants. | |

Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") and defendants Mastercard International Inc. ("Mastercard"), Discover Financial Services ("Discover"), Visa Inc. and Visa U.S.A. Inc. (together, "Visa"), and American Express Company ("American Express") (collectively, "Defendants") respectfully submit this joint report in advance of the status conference scheduled for February 27, 2018.

The following matters are currently pending for the Court's consideration as of the date of this joint report.

**Plaintiffs' Motion for Class Certification.** Plaintiffs' Motion for Class Certification has been fully briefed, (Dkt. Nos. 433, 460, 463, 503, 588, 589, 619), and oral argument on the motion was held before Judge Brodie on November 29, 2017, (Dkt. No. 622). The parties are awaiting Judge Brodie's ruling.

**Discover's Motion for Judgment Pursuant to Fed. R. Civ. Proc. 12(c).** Discover's Rule 12(c) motion was fully briefed and filed on November 2, 2017. (Dkt. No. 611.) The next day, Judge Brodie referred the motion to Magistrate Judge Orenstein for report and recommendation. Oral argument on the motion was held before Magistrate Judge Orenstein on January 23, 2018. The parties are awaiting Judge Orenstein's report and recommendation.

**Discover's Motion to Compel Arbitration.** As set forth in previous Joint Status Reports, it is Discover's position that it is proper to wait until Plaintiff's Class Certification motion is decided before moving to compel arbitration against the approximately 1,200 putative class members with which Discover has valid, enforceable arbitration agreements.

Respectfully submitted this 20th day of February, 2018, by:

| | |
|---|---|
| **ROBBINS ARROYO LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| *s/ George C. Aguilar* | *s/ Peter T. Barbur* |
| GEORGE C. AGUILAR | PETER T. BARBUR |
| GREGORY E. DEL GAIZO | DAMARIS HERNÁNDEZ |
| JENNY L. DIXON | 825 Eighth Avenue |
| MICHAEL J. NICOUD | New York, NY 10019 |
| 600 B Street, Suite 1900 | Telephone: (212) 474-1000 |
| San Diego, CA 92101 | Facsimile: (212) 474-3700 |
| Telephone: (619) 525-3990 | pbarbur@cravath.com |
| Facsimile: (619) 525-3991 | dhernandez@cravath.com |
| gaguilar@robbinsarroyo.com | |
| gdelgaizo@robbinsarroyo.com | *Attorneys for Defendant American Express Company* |
| jdixon@robbinsarroyo.com | |
| mnicoud@robbinsarroyo.com | |
| | |
| **DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| JOHN W. DEVINE | |
| LAWRENCE D. GOODMAN | *s/ Robert J. Vizas* |
| ROBERT J. KUNTZ, JR. | ROBERT J. VIZAS |
| 2800 Ponce De Leon Blvd., Suite 1400 | SHARON D. MAYO |
| Coral Gables, FL 33134 | STEPHANIE FINE |
| Telephone: (305) 374-8200 | Three Embarcadero Center, Tenth Floor |
| Facsimile: (305) 374-8208 | San Francisco, CA 94111 |
| jdevine@devinegoodman.com | Telephone: (415) 471-3100 |
| lgoodman@devinegoodman.com | Facsimile: (415) 471-3400 |
| rkuntz@devinegoodman.com | robert.vizas@arnoldporter.com |
| | sharon.mayo@arnoldporter.com |
| **LAW OFFICES OF THOMAS G. AMON** | stephanie.fine@arnoldporter.com |
| THOMAS G. AMON | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| PETER B. PATTERSON, JR. | MARK R. MERLEY |
| 733 3rd Avenue, 15th Floor | MATTHEW A. EISENSTEIN |
| New York, NY 10017 | KAREN C. OTTO |
| Telephone: (212) 810-2430 | LAURA J. BUTTE |
| Facsimile: (212) 810-2427 | 601 Massachusetts Avenue, NW |
| tamon@amonlaw.com | Washington, DC 20001 |
| ppatterson@amonlaw.com | Telephone: (202) 942-5000 |
| | Facsimile: (202) 942-5999 |
| *Counsel for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket)* | mark.merley@arnoldporter.com |
| | matthew.eisenstein@arnoldporter.com |
| | karen.otto@arnoldporter.com |
| | laura.butte@arnoldporter.com |

**ARNOLD & PORTER**
 **KAYE SCHOLER LLP**
ROBERT C. MASON
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
robert.mason@arnoldporter.com

*Attorneys for Defendants Visa Inc. and Visa U.S.A. Inc.*

**WINSTON & STRAWN LLP**

*s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER
EVA W. COLE
JOHANNA RAE HUDGENS
KELLI L. LANSKI
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
jhudgens@winston.com
klanski@winston.com

**WINSTON & STRAWN LLP**
ELIZABETH P. PAPEZ
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
epapez@winston.com

**WINSTON & STRAWN LLP**
JAMES F. HERBISON
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbiso@winston.com

**WINSTON & STRAWN LLP**
SEAN D. MEENAN
JEANIFER E. PARSIGIAN
DANA L. COOK-MILLIGAN
101 California Street

San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com
jparsigian@winston.com
dlcook@winston.com

*Attorneys for Defendant Discover Financial Services*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*s/ Kenneth A. Gallo*
KENNETH A. GALLO
CRAIG A. BENSON
MICHELLE K. PARIKH
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
cbenson@paulweiss.com
mparikh@paulweiss.com

**TAYLOR & COMPANY LAW OFFICES, LLP**
STEPHEN E. TAYLOR
CHERYL A. GALVIN
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@tcolaw.com
cgalvin@tcolaw.com

*Attorneys for Defendant Mastercard International Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties and attorneys of record.

        *s/ George C. Aguilar*
        GEORGE C. AGUILAR

        **ROBBINS ARROYO LLP**
        600 B Street, Suite 1900
        San Diego, CA 92101
        Telephone: (619) 525-3990
        Facsimile: (619) 525-3991
        gaguilar@robbinsarroyo.com

1243067