# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC., a Delaware corporation, et al., <br><br> Defendants. | Case No. 1:17-cv-02738-MKB-JO <br><br> <u>CLASS ACTION</u> <br><br> NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE* |

TO:     ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the annexed affidavit of Lindsey C. Herzik in support of this motion and the Certificates of Good Standing annexed thereto, we will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Lindsey C. Herzik, a member of the firm of Robbins Arroyo LLP and a member in good standing of the bars of the State of California and the State of Arizona, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket). There are no pending proceedings against Lindsey C. Herzik in any State or Federal court.

Dated: February 27, 2018

Respectfully submitted,

ROBBINS ARROYO LLP

LINDSEY C. HERZIK
GEORGE C. AGUILAR

JENNY L. DIXON
GREGORY E. DEL GAIZO
MICHAEL J. NICOUD
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
lherzik@robbinsarroyo.com
gaguilar@robbinsarroyo.com
jdixon@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com
mnicoud@robbinsarroyo.com


DEVINE GOODMAN RASCO &
   WATTS-FITZGERALD, LLP
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: 305/374-8200
305/374-8208 (fax)


LAW OFFICES OF THOMAS G. AMON
THOMAS G. AMON
PETER B. PATTERSON, JR.
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
tgamon@amonlaw.com
ppatterson@amonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, I authorized the electronic filing of the foregoing, including all attachments thereto, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties and attorneys of record.

LINDSEY C. HERZIK

ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
lherzik@robbinsarroyo.com

1241828