**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ────────────────────────── X | |
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:17-cv-02738-MKB-JO |
| Plaintiff, | CLASS ACTION |
| v. | **JOINT STATUS REPORT** |
| VISA, INC., a Delaware corporation, et al., | **Conference Date: April 19, 2018** |
| Defendants. X | |

Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") and defendants Mastercard International Inc. ("Mastercard"), Discover Financial Services ("Discover"), Visa Inc. and Visa U.S.A. Inc. (together, "Visa"), and American Express Company ("American Express") (collectively, "Defendants") respectfully submit this joint report in advance of the status conference scheduled for April 19, 2018.

The following matters are currently pending for the Court's consideration as of the date of this joint report.

**Proposed Amended Order Regarding Case Schedule.** On March 14, 2018, Judge Brodie entered an order denying Plaintiffs' motion for class certification without prejudice. (Dkt. No. 644.) Plaintiffs anticipate filing a renewed motion for class certification and continue to seek certain additional discovery to address issues raised by Judge Brodie's Order. The parties have met and conferred and have agreed, subject to Court approval, to modify the case schedule to accommodate the filing and briefing of the renewed class certification motion and certain additional fact and expert discovery. The parties have agreed to an extension of the deadlines set forth in the Court's October 16, 2017 Scheduling Order as follows:

| Event | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery Cut-off[1] | April 30, 2018 | June 14, 2018 |
| Renewed Class Certification Motion | None | July 16, 2018 |

---

[1] The forty-five (45) day extension of the current fact discovery deadline of April 30, 2018 is for the completion of: (1) non-party (non-named B&R Plaintiffs or Defendants) discovery in whatever form; and (2) meet and confer and document production on the currently served discovery on Defendants Visa, AMEX and Discover relating to network and acquirer data through October 2017. Notwithstanding the foregoing, the parties may agree to a reasonable postponement of depositions noticed only in this Action, if requested.

| Event | Previous Deadline | Proposed New Deadline |
|---|---|---|
| Response to Renewed Class Certification Motion | None | No earlier than September 14, 2018 |
| Reply to Renewed Class Certification Motion | None | No earlier than October 15, 2018 |
| Hearing on Renewed Class Certification Motion | None | To be determined by the Court |
| Opening Expert Reports | May 31, 2018 | To be determined, but in no event later than August 31, 2018 |
| Expert Opposition Reports | September 28, 2018 | To be determined |
| Expert Reply Reports | October 31, 2018 | To be determined |
| Expert Discovery Cut-Off | December 28, 2018 | To be determined, but in no event later than August 30, 2019 |
| Filing of Dispositive Motions | February 15, 2019 | To be determined |
| Responses to Dispositive Motions | March 29, 2019 | To be determined |
| Replies to Dispositive Motions | April 30, 2019 | To be determined |
| Hearing on Dispositive Motions | To be determined by the Court | To be determined by the Court |

After the renewed motion for class certification is filed, the parties shall meet and confer regarding Defendants' requests for fact and expert discovery in response thereto. The parties shall also meet and confer regarding new dates for the remaining deadlines for expert merits reports and dispositive motions. Defendants Visa and Mastercard have agreed to this condition with the understanding that the deadlines for expert merits reports should not be later than the dates in the MDL 1720 action.

**Plaintiffs' Motion for Class Certification.** As set forth above, Judge Brodie entered an order denying Plaintiffs' motion for class certification without prejudice. (Dkt. No. 644.) Plaintiffs anticipate filing a renewed motion for class certification on July 16, 2018.

**Discover's Motion for Judgment Pursuant to Fed. R. Civ. Proc. 12(c).** Discover's Rule 12(c) motion was fully briefed and filed on November 2, 2017. (Dkt. No. 611.) The next day, Judge Brodie referred the motion to Magistrate Judge Orenstein for report and recommendation. Oral argument on the motion was held before Magistrate Judge Orenstein on January 23, 2018. The parties are awaiting Judge Orenstein's report and recommendation.

**Discover's Motion to Compel Arbitration.** In light of the Court's denial of Plaintiffs' motion for class certification on March 11, 2018, (Dkt. No. 611), and consistent with Discover's position as set forth in previous Joint Status Reports, it is Discover's position that it is proper to wait until Plaintiffs have filed a renewed motion for class certification and the Court has decided that motion before moving to compel arbitration against the approximately 1,200 putative class members with which Discover has valid, enforceable arbitration agreements.

**Third-Party Discovery.** Plaintiffs have issued subpoenas to numerous third parties, including those that Plaintiffs believe have served as acquirers and/or processors with respect to merchant transactions identified in Defendants' production of transaction data. Plaintiffs are in the process of meeting and conferring with these third parties, which is in various stages, and anticipate that motion practice may become necessary. The data and information sought by these subpoenas will be utilized in Plaintiffs' forthcoming renewed motion for class certification.

Respectfully submitted this 12th day of April, 2018, by:

| **ROBBINS ARROYO LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| *s/ George C. Aguilar* | *s/ Peter T. Barbur* |
| GEORGE C. AGUILAR | PETER T. BARBUR |
| GREGORY E. DEL GAIZO | DAMARIS HERNÁNDEZ |
| JENNY L. DIXON | 825 Eighth Avenue |
| MICHAEL J. NICOUD | New York, NY 10019 |
| LINDSEY C. HERZIK | Telephone: (212) 474-1000 |
| 600 B Street, Suite 1900 | Facsimile: (212) 474-3700 |
| San Diego, CA 92101 | pbarbur@cravath.com |

Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com
jdixon@robbinsarroyo.com
mnicoud@robbinsarroyo.com
lherzik@robbinsarroyo.com

**DEVINE GOODMAN RASCO &**
  **WATTS-FITZGERALD, LLP**
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com
lgoodman@devinegoodman.com
rkuntz@devinegoodman.com

**LAW OFFICES OF**
  **THOMAS G. AMON**
THOMAS G. AMON
PETER B. PATTERSON, JR.
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com
ppatterson@amonlaw.com

*Counsel for Plaintiffs B & R Supermarket,*
*Inc. (d/b/a Milam's Market), Grove Liquors*
*LLC, Strouk Group LLC (d/b/a Monsieur*
*Marcel), and Palero Food Corp. and*
*Cagueyes Food Corp. (d/b/a Fine Fare*
*Supermarket)*

dhernandez@cravath.com

*Attorneys for Defendant American Express*
*Company*

**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**

*s/ Robert J. Vizas*
ROBERT J. VIZAS
SHARON D. MAYO
STEPHANIE FINE
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
robert.vizas@arnoldporter.com
sharon.mayo@arnoldporter.com
stephanie.fine@arnoldporter.com

**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
MARK R. MERLEY
MATTHEW A. EISENSTEIN
KAREN C. OTTO
LAURA J. BUTTE
RON A. GHATAN
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com
karen.otto@arnoldporter.com
laura.butte@arnoldporter.com
ron.ghatan@arnoldporter.com

**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
ROBERT C. MASON
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
robert.mason@arnoldporter.com

*Attorneys for Defendants Visa Inc. and Visa*
*U.S.A. Inc.*

**WINSTON & STRAWN LLP**

*s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER
EVA W. COLE
JOHANNA RAE HUDGENS
KELLI L. LANSKI
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
jhudgens@winston.com
klanski@winston.com

**WINSTON & STRAWN LLP**
ELIZABETH P. PAPEZ
1700 K Street, N.W.
Washington, DC 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
epapez@winston.com

**WINSTON & STRAWN LLP**
JAMES F. HERBISON
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbiso@winston.com

**WINSTON & STRAWN LLP**
SEAN D. MEENAN
JEANIFER E. PARSIGIAN
DANA L. COOK-MILLIGAN
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com
jparsigian@winston.com
dlcook@winston.com

*Attorneys for Defendant Discover Financial Services*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*s/ Kenneth A. Gallo*
KENNETH A. GALLO
CRAIG A. BENSON
MICHELLE K. PARIKH
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
cbenson@paulweiss.com
mparikh@paulweiss.com

**TAYLOR & PATCHEN, LLP**
STEPHEN E. TAYLOR
CHERYL A. CAULEY
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
staylor@taylorpatchen.com
ccauley@taylorpatchen.com

*Attorneys for Defendant Mastercard
International Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties and attorneys of record.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**ROBBINS ARROYO LLP**
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com

1254837