**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:17-cv-02738-MKB-JO |
| | <u>CLASS ACTION</u> |
| Plaintiffs, | **AMENDED ORDER REGARDING CASE SCHEDULE** |
| v. | |
| VISA, INC., a Delaware corporation, et al., | |
| Defendants. | |

The parties provide the following proposed amendments to the Court's October 16, 2017 Scheduling Order in this action:

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Fact Discovery Cut-off[1] | April 30, 2018 | June 14, 2018 |
| Renewed Class Certification Motion | None | July 16, 2018 |
| Response to Renewed Class Certification Motion | None | No earlier than September 14, 2018 |
| Reply to Renewed Class Certification Motion | None | No earlier than October 15, 2018 |
| Hearing on Renewed Class Certification Motion | None | To be determined by the Court |
| Opening Expert Reports | May 31, 2018 | To be determined, but in no event later than August 31, 2018 |
| Expert Opposition Reports | September 28, 2018 | To be determined |
| Expert Reply Reports | October 31, 2018 | To be determined |
| Expert Discovery Cut-Off | December 28, 2018 | To be determined, but in no event later than August 30, 2019 |

---

[1] The forty-five-day day extension of the current fact discovery deadline of April 30, 2018, is for the completion of: (i) non-party discovery (non-named B&R Plaintiffs or Defendants) in whatever form; and (ii) meet and confer and document production on the currently served discovery on Defendants Visa, American Express, and Discover relating to network and acquirer data through October 2017. Notwithstanding the foregoing, the parties may agree to a reasonable postponement of depositions noticed only in this action, if requested.

| EVENT | PREVIOUS DEADLINE | NEW DEADLINE |
|---|---|---|
| Filing of Dispositive Motions | February 15, 2019 | To be determined |
| Responses to Dispositive Motions | March 29, 2019 | To be determined |
| Replies to Dispositive Motions | April 30, 2019 | To be determined |
| Hearing on Dispositive Motions | To be determined by the Court | To be determined by the Court |

**IT IS SO ORDERED.**

DATED:   April 13, 2018                                              /s/
                                                        THE HONORABLE JAMES ORENSTEIN
                                                        UNITED STATES MAGISTRATE JUDGE