# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

JOHN W. WHITE, EVAN R. CHESLER, RICHARD W. CLARY, STEPHEN L. GORDON, ROBERT H. BARON, DAVID MERCADO, CHRISTINE A. VARNEY, PETER T. BARBUR, THOMAS G. RAFFERTY, MICHAEL S. GOLDMAN, RICHARD HALL, JULIE A. NORTH, ANDREW W. NEEDHAM, STEPHEN L. BURNS, KATHERINE B. FORREST, KEITH R. HUMMEL, DAVID J. KAPPOS, DANIEL SLIFKIN, ROBERT I. TOWNSEND, III, WILLIAM J. WHELAN, III, PHILIP J. BOECKMAN, WILLIAM V. FOGG, FAIZA J. SAEED, RICHARD J. STARK, THOMAS E. DUNN, MARK I. GREENE, DAVID R. MARRIOTT, MICHAEL A. PASKIN, ANDREW J. PITTS, MICHAEL T. REYNOLDS, ANTONY L. RYAN, GEORGE E. ZOBITZ, GEORGE A. STEPHANAKIS, DARIN P. MCATEE, GARY A. BORNSTEIN, TIMOTHY G. CAMERON, KARIN A. DEMASI, DAVID S. FINKELSTEIN, DAVID GREENWALD, RACHEL G. SKAISTIS, PAUL H. ZUMBRO, ERIC W. HILFERS, GEORGE F. SCHOEN, ERIK R. TAVZEL, CRAIG F. ARCELLA, DAMIEN R. ZOUBEK, LAUREN ANGELILLI, TATIANA LAPUSHCHIK, ALYSSA K. CAPLES, JENNIFER S. CONWAY, MINH VAN NGO, KEVIN J. ORSINI, MATTHEW MORREALE, JOHN D. BURETTA, J. WESLEY EARNHARDT, YONATAN EVEN, BENJAMIN GRUENSTEIN, JOSEPH D. ZAVAGLIA, STEPHEN M. KESSING, LAUREN A. MOSKOWITZ, DAVID J. PERKINS, JOHNNY G. SKUMPIJA, J. LEONARD TETI, II, D. SCOTT BENNETT, TING S. CHEN, CHRISTOPHER K. FARGO, KENNETH C. HALCOM, DAVID M. STUART, AARON M. GRUBER, O. KEITH HALLAM, III, OMID H. NASAB, DAMARIS HERNÁNDEZ, JONATHAN J. KATZ, MARGARET SEGALL D'AMICO, RORY A. LERARIS, KARA L. MUNGOVAN, NICHOLAS A. DORSEY, ANDREW C. ELKEN, JENNY HOCHENBERG, VANESSA A. LAVELY, G.J. LIGELIS JR., MICHAEL E. MARIANI, LAUREN R. KENNEDY, SASHA ROSENTHAL-LARREA, ALLISON M. WEIN

SPECIAL COUNSEL
SAMUEL C. BUTLER

OF COUNSEL
MICHAEL L. SCHLER

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1058

WRITER'S EMAIL ADDRESS
pbarbur@cravath.com

March 15, 2019

B & R Supermarket, Inc., et al. v. Visa Inc., et al.,
Case No. 1:17-cv-02738-MKB-JO

Dear Counsel:

Pursuant to Section 3(D) of Judge Brodie's Individual Practices and Rules, and the Court's January 31, 2019 Amended Order Regarding Case Schedule (Dkt. No. 682), American Express Company hereby provides Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs"), and Defendants Mastercard International Inc., Visa Inc. and Visa U.S.A. Inc., and Discover Financial Services with notice of the following: (1) American Express Company's Opposition to Plaintiffs' Renewed Motion for Class Certification; (2) Declaration of Kelsie A. Docherty in Support of American Express's Opposition to Plaintiffs' Renewed Motion for Class Certification and Exhibits 1-8 thereto.

The above-listed documents will be served on all parties on the attached service list via email.

Respectfully,

*s/ Peter T. Barbur*

Peter T. Barbur

*B & R Supermarket, Inc., et al. v. Visa, Inc., et al.,*
Case No. 1:17-cv-02738-MKB-JO

| FIRM | EMAIL ADDRESS | ATTORNEYS FOR: |
|---|---|---|
| George C. Aguilar<br>Jenny L. Dixon<br>Gregory E. Del Gaizo<br>ROBBINS ARROYO LLP<br>5040 Shoreham Place<br>San Diego, CA 92122<br><br>John W. Devine<br>Robert J. Kuntz, Jr.<br>DEVINE GOODMAN RASCO & WATTS-FITZGERALD, LLP<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, FL 33134<br><br>Thomas G. Amon<br>Peter B. Patterson, Jr.<br>LAW OFFICES OF THOMAS G. AMON<br>733 3rd Avenue, 15th Floor<br>New York, NY 10017 | gaguilar@robbinsarroyo.com;<br>jdixon@robbinsarroyo.com;<br>gdelgaizo@robbinsarroyo.com;<br>jdevine@devinegoodman.com;<br>rkuntz@devinegoodman.com;<br>tamon@amonlaw.com;<br>ppatterson@amonlaw.com | Plaintiffs |
| James F. Herbison<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive.<br>39th Floor<br>Chicago, IL 60601<br><br>Sean D. Meenan<br>Jeanifer E. Parsigian<br>Dana L. Cook-Milligan<br>WINSTON & STRAWN LLP<br>101 California St., 35th Floor<br>San Francisco, CA 94111 | jherbiso@winston.com;<br>smeenan@winston.com;<br>jparsigian@winston.com;<br>dlcook@winston.com | Discover Financial Services |

*B & R Supermarket, Inc., et al. v. Visa, Inc., et al.,*
Case No. 1:17-cv-02738-MKB-JO

| FIRM | EMAIL ADDRESS | ATTORNEYS FOR: |
|---|---|---|
| Kenneth A. Gallo<br>Craig A. Benson<br>Michelle K. Parikh<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>　2001 K Street, NW<br>　　Washington, DC 20006 | kgallo@paulweiss.com;<br>cbenson@paulweiss.com;<br>mparikh@paulweiss.com | Mastercard International Incorporated |
| Robert J. Vizas<br>Sharon D. Mayo<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>　Three Embarcadero Center, 10th Floor<br>　　San Francisco, CA 94111<br><br>Mark Merley<br>Matthew A. Eisenstein<br>Michael A. Rubin<br>Karen C. Otto<br>Laura J. Butte<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>　601 Massachusetts Ave., NW<br>　　Washington, DC 20001 | robert.vizas@arnoldporter.com;<br>sharon.mayo@arnoldporter.com;<br>mark.merley@arnoldporter.com;<br>matthew.eisenstein@arnoldporter.com;<br>michael.rubin@arnoldporter.com;<br>karen.otto@arnoldporter.com;<br>laura.butte@arnoldporter.com | Visa Inc. and Visa U.S.A. Inc. |