

5040 Shoreham Place
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsarroyo.com

June 12, 2019

<u>VIA CM/ECF AND OVERNIGHT DELIVERY</u>

Honorable Margo K. Brodie
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Room N626
Brooklyn, NY 11201

    Re: *B&R Supermarket, Inc., et al. v. Visa, et al.*, Case No. 1:17-cv-02738-MKB-JO

Dear Judge Brodie:

    Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") respectfully submit herewith courtesy copies of Plaintiffs' Reply in Response to Defendants Mastercard, Visa, and Discover's Opposition to Plaintiffs' Renewed Motion for Class Certification, Plaintiffs' Reply in Response to Defendant American Express Company's Opposition to Plaintiffs' Renewed Motion for Class Certification, and Declaration of George C. Aguilar in Support of Plaintiffs' Renewed Motion for Class Certification Reply, with Exhibits 1-26, in hard copy and electronically on the enclosed thumb drive.

    Sincerely,

    *s/ George C. Aguilar*
    George C. Aguilar
    (admitted *pro hac vice*)
    *Counsel for Plaintiffs*

cc:   All Counsel of Record (via CM/ECF)

1366414