**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | X | |
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | : : : : | Case No. 1:17-cv-02738-MKB-JO <u>CLASS ACTION</u> **NOTICE OF FIRM NAME CHANGE** |
| Plaintiff, | : : | |
| v. | : : : | |
| VISA, INC., a Delaware corporation, et al., | : : | |
| Defendants. | : | |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that the law firm of Devine Goodman Rasco & Watts-FitzGerald, LLP has changed its name to Devine Goodman & Rasco, LLP (the "Firm"). The Firm's website address is www.devinegoodman.com and e-mail addresses for the Firm's members and employees are firstinitiallastname@devinegoodman.com. The Firm's address, telephone number, and facsimile number remain the same. Please update your records accordingly.

DATED: June 26, 2019

Respectfully submitted,

**DEVINE GOODMAN & RASCO, LLP**

**By:** */s/ Robert J. Kuntz, Jr.*

JOHN W. DEVINE
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com
rkuntz@devinegoodman.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties and attorneys of record.

/s/ Robert J. Kuntz, Jr.
Robert J. Kuntz, Jr.

**DEVINE GOODMAN &
RASCO, LLP**
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd.,
Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
rkuntz@devinegoodman.com

1235769