**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
|  | X |  |
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | :<br>:<br>:<br>:<br>: | Case No. 1:17-cv-02738-MKB-JO<br><br>CLASS ACTION |
| Plaintiff, | :<br>: |  |
| v. | :<br>:<br>: |  |
| VISA, INC., a Delaware corporation, et al., | :<br>: |  |
| Defendants. | :<br>: | **ORAL ARGUMENT REQUESTED** |
|  | X |  |

### PLAINTIFFS' NOTICE OF RENEWED MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs"), by their counsel, will and hereby do move this Court, before the Honorable Margo K. Brodie, at the Brooklyn Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, Courtroom 6F, at a date and time to be determined by the Court, for an order: (i) certifying a class under Federal Rule of Civil Procedure 23(a) and (b)(3); (ii) appointing Plaintiffs as Class Representatives; and (iii) appointing Robbins Arroyo LLP and Devine Goodman Rasco & Watts-FitzGerald, LLP as Co-Lead Class Counsel pursuant to Rule 23(g) of the Federal Rules of Civil Procedure.

Plaintiffs' Motion is supported by the accompanying Memorandum of Law, the Declaration of George C. Aguilar, the pleadings, filings, and all prior proceedings before this Court, and all other argument or matters that may be properly presented to the Court.

Dated: July 16, 2018

Respectfully submitted,

**ROBBINS ARROYO LLP**

*s/ George C. Aguilar*
GEORGE C. AGUILAR (*pro hac vice*)
GREGORY E. DEL GAIZO (*pro hac vice*)
JENNY L. DIXON (*pro hac vice*)
MICHAEL J. NICOUD (*pro hac vice*)
LINDSEY C. HERZIK (*pro hac vice*)
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com
gdelgaizo@robbinsarroyo.com
jdixon@robbinsarroyo.com
mnicoud@robbinsarroyo.com
lherzik@robbinsarroyo.com

**DEVINE GOODMAN RASCO &
   WATTS-FITZGERALD, LLP**
JOHN W. DEVINE
LAWRENCE D. GOODMAN
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Boulevard., Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com
lgoodman@devinegoodman.com
rkuntz@devinegoodman.com

**LAW OFFICES OF
   THOMAS G. AMON**
THOMAS G. AMON
PETER B. PATTERSON, JR.
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com
ppatterson@amonlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2018, I caused a true and correct copy of the foregoing

**Notice of Renewed Motion for Class Certification** to be served via e-mail on the parties listed

on the attached service list.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on July 16, 2018.

*s/ George C. Aguilar*
GEORGE C. AGUILAR (*pro hac vice*)

ROBBINS ARROYO LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com

1275597

*B & R Supermarket, Inc., et al.  v. Visa, Inc., et al.,*
**Case No. 1:17-cv-02738-MKB-JO**

| FIRM | EMAIL ADDRESS | ATTORNEYS FOR: |
|---|---|---|
| Damaris Hernández<br>Kelsie A. Docherty<br>Ali Z. Klein<br>Isaac D. Chaput<br>Peter T. Barbur<br>Samantha Bui<br>CRAVATH, SWAINE<br>  & MOORE LLP<br>825 Eighth Avenue<br>New York, NY  10019 | dhernandez@cravath.com;<br>kdocherty@cravath.com;<br>aklein@cravath.com;<br>ichaput@cravath.com;<br>pbarbur@cravath.com;<br>sbui@cravath.com | American Express Company |
| Elizabeth P. Papez<br>WINSTON & STRAWN LLP<br>1700 K Street, N.W.<br>Washington, DC  20006<br><br>Jeanifer Ellen Parsigian<br>Sean D. Meenan<br>Dana L. Cook-Milligan<br>WINSTON & STRAWN LLP<br>101 California St., 35th Floor<br>San Francisco, CA  94111<br><br>James F. Herbison<br>Brett A. Walker<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive, 39th Floor<br>Chicago, IL  60601<br><br>Jeffrey L. Kessler<br>Eva W. Cole<br>Johanna R. Hudgens<br>Kelli L. Lanski<br>WINSTON & STAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | epapez@winston.com;<br>jparsigian@winston.com;<br>smeenan@winston.com;<br>dlcook@winston.com;<br>jherbiso@winston.com;<br>bwalker@winston.com<br>jkessler@winston.com;<br>ewcole@winston.com;<br>jhudgens@winston.com;<br>klanski@winston.com | Discover Financial Services |

*B & R Supermarket, Inc., et al.  v. Visa, Inc., et al.,*
**Case No. 1:17-cv-02738-MKB-JO**

| FIRM | EMAIL ADDRESS | ATTORNEYS FOR: |
|---|---|---|
| Kenneth A. Gallo<br>Craig A. Benson<br>Adrienne J. Lighten<br>Diana V. Valdivia<br>Michelle K. Parikh<br>Jessica Anne Morton<br>Rosa Victoria Gilcrease-Garcia<br>Melissa R. Alpert<br>Lina T. Dagnew<br>PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br><br>Gary R. Carney<br>Christopher Tom<br>PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>Stephen E. Taylor<br>Cheryl A. Cauley<br>TAYLOR & PATCHEN, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA  94111 | kgallo@paulweiss.com;<br>cbenson@paulweiss.com;<br>alighten@paulweiss.com;<br>dvaldivia@paulweiss.com;<br>mparikh@paulweiss.com;<br>jmorton@paulweiss.com;<br>rgilcreasegarcia@paulweiss.com;<br>malpert@paulweiss.com;<br>gcarney@paulweiss.com;<br>ctom@paulweiss.com;<br>ldagnew@paulweiss.com;<br>staylor@taylorpatchen.com;<br>ccauley@taylorpatchen.com | Mastercard International Incorporated |
| Mark Merley<br>Matthew A. Eisenstein<br>Karen C. Otto<br>Mike Rubin<br>Laura Butte<br>Ron Ghatan<br>ARNOLD & PORTER<br>   KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br><br>Robert J. Vizas<br>Sharon D. Mayo<br>Stephanie Fine<br>ARNOLD & PORTER | mark.merley@arnoldporter.com;<br>matthew.eisenstein@arnoldporter.com;<br>karen.otto@arnoldporter.com;<br>michael.rubin@arnoldporter.com;<br>laura.butte@arnoldporter.com;<br>robert.vizas@arnoldporter.com;<br>sharon.mayo@arnoldporter.com;<br>stephanie.fine@arnoldporter.com;<br>robert.mason@arnoldporter.com;<br>ron.ghatan@arnoldporter.com | Visa Inc. and Visa U.S.A. Inc. |

*B & R Supermarket, Inc., et al.  v. Visa, Inc., et al.,*
**Case No. 1:17-cv-02738-MKB-JO**

| FIRM | EMAIL ADDRESS | ATTORNEYS FOR: |
|------|---------------|----------------|
| KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA  94111<br><br>Robert C. Mason<br>ARNOLD & PORTER<br>   KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019 | | |