UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>VISA, INC., a Delaware corporation, et al.,<br><br>       Defendants. | Case No. 1:17-cv-02738-MKB-JO<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT**<br><br>**Conference Date: September 5, 2019** |

Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") and defendants Mastercard International Inc. ("Mastercard"), Discover Financial Services ("Discover"), Visa Inc. and Visa U.S.A. Inc. (together, "Visa"), and American Express Company ("AmEx") (collectively, "Defendants") respectfully submit this joint report in advance of the status conference scheduled for September 5, 2019. The parties agree that there are no issues ripe for discussion with the Court and respectfully request to cancel the September 5 status conference.

I.    **PENDING MOTIONS**

**Plaintiffs' Renewed Motion for Class Certification.** On January 31, 2019, the Court entered the third amended scheduling order (Dkt. No. 682), pursuant to which Plaintiffs' renewed motion for class certification was reinstated. Defendants' opposition was served March 15, 2019. On April 10, 2019, the parties submitted a joint letter motion requesting amendments to the operative scheduling order to extend the deadline for Plaintiffs' reply in support of their renewed motion for class certification and the briefing on the parties' respective motions to exclude expert

testimony (Dkt. No. 690). On April 11, 2019, the Court granted the parties' motion and entered the fourth amended scheduling order (Dkt. No. 692). On June 7, 2019, Plaintiffs served their reply briefs and filed the entire briefing provisionally under seal (Dkt. Nos. 698-1–698-39). The briefing was subsequently filed under seal and redacted public versions of the briefing were filed on July 9, 2019 (Dkt. Nos. 706, 707).

Pursuant to the fourth amended scheduling order, any oral argument on Plaintiffs' renewed motion for class certification is to be heard concurrently with Defendants' Motion to Exclude (defined below). As discussed below and per the fourth amended scheduling order, Defendants' Motion to Exclude was fully briefed on July 12, 2019.

**Defendants' Motion to Exclude Expert Testimony.** On March 15, 2019, along with their opposition to Plaintiffs' renewed motion for class certification, Defendants Mastercard, Visa, and Discover served a motion to exclude Plaintiffs' class certification expert ("Defendants' Motion to Exclude"). Pursuant to the operative fourth amended scheduling order, Plaintiffs served their opposition to Defendants' Motion to Exclude on June 7, 2019. On July 12, 2019, Defendants served their reply brief and filed the entire briefing provisionally under seal (Dkt. Nos. 708-1–708-13). Redacted public versions of the briefing were filed on July 30, 2019 (Dkt. No. 711).

Per the fourth amended scheduling order, any oral argument on Defendants' Motion to Exclude will be heard concurrent with the hearing on Plaintiffs' renewed motion for class certification (Dkt. No. 692).

**Discover's Motion to Compel Arbitration.** In light of the Court's denial of Plaintiffs' motion for class certification on March 11, 2018 (Dkt. No. 644), and consistent with Discover's position as set forth in previous Joint Status Reports, it is Discover's position that it is proper to

wait until the Court has decided Plaintiffs' renewed motion for class certification before moving to compel arbitration against the approximately 1,200 putative class members with which Discover has valid, enforceable arbitration agreements.

## II. STATUS OF DISCOVERY

No additional fact discovery is outstanding at this time.

Respectfully submitted this 27th day of August, 2019, by:

| | |
|---|---|
| **ROBBINS ARROYO LLP** | **CRAVATH, SWAINE & MOORE LLP** |
| *s/ George C. Aguilar* | *s/ Peter T. Barbur* |
| GEORGE C. AGUILAR | PETER T. BARBUR |
| JENNY L. DIXON | DAMARIS HERNÁNDEZ |
| ASHLEY R. RIFKIN | 825 Eighth Avenue |
| 5040 Shoreham Place | New York, NY 10019 |
| San Diego, CA 92122 | Telephone: (212) 474-1000 |
| Telephone: (619) 525-3990 | Facsimile: (212) 474-3700 |
| Facsimile: (619) 525-3991 | pbarbur@cravath.com |
| gaguilar@robbinsarroyo.com | dhernandez@cravath.com |
| jdixon@robbinsarroyo.com | |
| arifkin@robbinsarroyo.com | *Attorneys for Defendant American Express Company* |

**DEVINE GOODMAN & RASCO, LLP**
JOHN W. DEVINE
ROBERT J. KUNTZ, JR.
2800 Ponce De Leon Blvd., Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com
rkuntz@devinegoodman.com

**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**

*s/ Robert J. Vizas*
ROBERT J. VIZAS
SHARON D. MAYO
Three Embarcadero Center, Tenth Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
robert.vizas@arnoldporter.com
sharon.mayo@arnoldporter.com

**LAW OFFICES OF**
  **THOMAS G. AMON**
THOMAS G. AMON
PETER B. PATTERSON, JR.
733 3rd Avenue, 15th Floor
New York, NY 10017
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com
ppatterson@amonlaw.com

**ARNOLD & PORTER**
  **KAYE SCHOLER LLP**
MARK R. MERLEY
MATTHEW A. EISENSTEIN
KAREN C. OTTO

*Counsel for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket)*

LAURA J. BUTTE
RON A. GHATAN
601 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
mark.merley@arnoldporter.com
matthew.eisenstein@arnoldporter.com
karen.otto@arnoldporter.com
laura.butte@arnoldporter.com
ron.ghatan@arnoldporter.com

**ARNOLD & PORTER
   KAYE SCHOLER LLP**
ROBERT C. MASON
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
robert.mason@arnoldporter.com

*Attorneys for Defendants Visa Inc. and Visa U.S.A. Inc.*

**WINSTON & STRAWN LLP**

*s/ Jeffrey L. Kessler*
JEFFREY L. KESSLER
EVA W. COLE
JOHANNA RAE HUDGENS
KELLI L. LANSKI
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
jkessler@winston.com
ewcole@winston.com
jhudgens@winston.com
klanski@winston.com

**WINSTON & STRAWN LLP**
JAMES F. HERBISON
35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
jherbiso@winston.com

- 5 -

**WINSTON & STRAWN LLP**
SEAN D. MEENAN
JEANIFER E. PARSIGIAN
DANA L. COOK-MILLIGAN
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
smeenan@winston.com
jparsigian@winston.com
dlcook@winston.com

*Attorneys for Defendant Discover Financial Services*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*s/ Kenneth A. Gallo*
KENNETH A. GALLO
CRAIG A. BENSON
MICHELLE K. PARIKH
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
kgallo@paulweiss.com
cbenson@paulweiss.com
mparikh@paulweiss.com

*Attorneys for Defendant Mastercard International Incorporated*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties and attorneys of record.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**ROBBINS ARROYO LLP**
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsarroyo.com

1384505