UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B&R SUPERMARKET, INC., d/b/a/ MILAM'S MARKET, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VISA, INC., *et al.*,<br><br>　　　　　　　　　Defendants | No. 17-cv-02738 (MKB) (VMS)<br><br>**<u>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>** |

I, Mark R. Merley, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.　　I am an attorney with the law firm of Arnold & Porter Kaye Scholer LLP. Pursuant to Local Civil Rule 1.4, I submit this declaration in support of the motion to withdraw my appearance as counsel of record for Defendants Visa Inc. and Visa U.S.A. Inc. (collectively, "Visa") in the above-referenced action.

2.　　No delay of this action will result from my withdrawal as counsel. Arnold & Porter Kaye Scholer LLP shall remain counsel of record for Visa.

3.　　There is no retaining or charging lien being asserted.

2

4.       I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 30, 2020            Respectfully submitted,
        Washington, D.C.

                                     /s/ Mark R. Merley
                                     Mark R. Merley
                                     601 Massachusetts Ave., N.W.
                                     Washington, D.C. 20001
                                     Telephone: (202) 942-5000
                                     Facsimile: (202) 942-5999

                                     *Attorney for Defendants Visa Inc. and Visa U.S.A. Inc.*