**MANDATE**

E.D.N.Y.—Bklyn
17-cv-2738
Brodie, J.

# United States Court of Appeals

FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of January, two thousand twenty-one.

Present:

> Robert A. Katzmann,
> Michael H. Park,
> Steven J. Menashi,
> > *Circuit Judges*.

---

Visa Inc., Visa U.S.A. Inc., Mastercard International Incorporated, Discover Financial Services

>> *Petitioners*,

> v.                                                                                            20-3173 (L),
>                                                                                               20-3279 (Con)

American Express Company,

>> *Defendant*,

B & R Supermarket, Inc., et al.,

>> *Respondents*.

---

Petitioners request, pursuant to Federal Rule of Civil Procedure 23(f), leave to appeal the district court's order granting Respondents' motion for class certification.  Upon due consideration, it is hereby ORDERED that the petition is DENIED because an immediate appeal is not warranted. *See Sumitomo Copper Litig. v. Credit Lyonnais Rouse, Ltd.*, 262 F.3d 134, 139–40 (2d Cir. 2001).

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 01/20/2021