

5040 Shoreham Place
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

March 7, 2022

**VIA CM/ECF**

Honorable Vera M. Scanlon
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Room 1214 South
Brooklyn, NY 11201

      Re:    *B&R Supermarket, Inc., et al. v. Visa Inc., et al.*, Case No. 1:17-cv-02738-MKB-VMS

Dear Judge Scanlon:

      Pursuant to the Court's Order entered on February 10, 2022, we write on behalf of all parties in the above-entitled action to certify that all discovery, including expert depositions, has been completed, and discovery in this action is now closed.

      Respectfully submitted,

      *s/ George C. Aguilar*

      ROBBINS LLP
      *Class Counsel and Attorneys for Plaintiffs*

cc:    All Counsel of Record (via CM/ECF)