UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VISA INC., et al., <br><br> Defendants. | Case No. 1:17-cv-02738-MKB-VMS <br><br> <u>CLASS ACTION</u> <br><br> **[PROPOSED] ORDER REGARDING CASE SCHEDULE** |

The parties provide the following proposed briefing schedule in this action:

| EVENT | PREVIOUS SCHEDULE | NEW SCHEDULE |
|---|---|---|
| Summary judgment, *Daubert*, arbitration, and/or class-related motions | 45 days after Plaintiffs' deadline to provide Defendants a report on class exclusion requests [October 24, 2022] | November 30, 2022 |
| Oppositions to summary judgment, *Daubert*, arbitration, and/or class-related motions | 60 days after date for summary judgment, *Daubert*, arbitration, and/or class-related motions [December 23, 2022] | January 30, 2023 |
| Replies in support of summary judgment, *Daubert*, arbitration, and/or class-related motions | 60 days after date for oppositions to summary judgment, *Daubert*, arbitration, and/or class-related motions [February 21, 2023] | March 31, 2023 |

The requirement of filing pre-motion letters before submitting these motions is waived.

**IT IS SO ORDERED.**

DATED: _____