

5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

June 13, 2025

**VIA EMAIL & CM/ECF**

TO: ALL COUNSEL ON THE ATTACHED SERVICE LIST

  Re: *B & R Supermarket, Inc., et al. v. Visa, Inc., et al.*,
    No. 1:17-cv-02738-MKB-JAM

Dear Counsel:

  Pursuant to Section 3(D) of Judge Brodie's Individual Practices and Rules, plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs"), hereby provide defendants Mastercard International Inc. ("Mastercard"), Discover Financial Services ("Discover"), Visa Inc. and Visa U.S.A. Inc. ("Visa"), and American Express Company ("Amex") with notice of the following motion and supporting documents: (1) Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Discover and Amex; (2) Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex; (3) Declaration of George C. Aguilar in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex and exhibits 1-11 thereto; and (4) [Proposed] Order Granting Preliminary Approval of Settlement with Discover and Amex and Directing Notice to the Class.

  The above-listed documents are being served on all parties on the attached service list via email.

  Plaintiffs can represent that defendants Discover and Amex will not be filing any response to the motion. Plaintiffs will confer with defendants Visa and Mastercard within five business days and will thereafter submit either a proposed briefing schedule or a notice that no further briefing will be submitted.

                Sincerely,

                */s/ George C. Aguilar*

                George C. Aguilar
                (admitted *pro hac vice*)
                *Attorney for Plaintiffs*

cc: Hon. Margo K. Brodie (via CM/ECF)
   Hon. Joseph A. Marutollo (via CM/ECF)



**PLAINTIFFS' COUNSEL**

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| George C. Aguilar<br>Michael J. Nicoud<br>Jacob W. Ogbozo<br>ROBBINS LLP<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>John W. Devine<br>DEVINE GOODMAN & RASCO, LLP<br>2800 Ponce De Leon Blvd., Suite 1400<br>Coral Gables, FL 33134<br>Telephone: (305) 374-8200<br>Facsimile: (305) 374-8208<br><br>Thomas G. Amon<br>LAW OFFICES OF<br>  THOMAS G. AMON<br>420 Lexington Avenue, Suite 1402<br>New York, NY 10170<br>Telephone: (212) 810-2430 | gaguilar@robbinsllp.com;<br>mnicoud@robbinsllp.com;<br>jogbozo@robbinsllp.com;<br>jdevine@devinegoodman.com;<br>tamon@amonlaw.com | Class Counsel and Attorneys for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) |

**DEFENSE COUNSEL**

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Damaris Hernández<br>Peter T. Barbur<br>Rebecca Spendley<br>CRAVATH, SWAINE<br>  & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | dhernandez@cravath.com;<br>pbarbur@cravath.com;<br>rspendley@cravath.com | Defendant American Express Company |

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Jeanifer Ellen Parsigian<br>Dana L. Cook-Milligan<br>WINSTON & STRAWN LLP<br>101 California St., 35th Floor<br>San Francisco, CA 94111<br><br>James F. Herbison<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive, 39th Floor<br>Chicago, IL 60601<br><br>Jeffrey L. Kessler<br>Eva W. Cole<br>Johanna R. Hudgens<br>WINSTON & STAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | jparsigian@winston.com;<br>dlcook@winston.com;<br>jherbison@winston.com;<br>jkessler@winston.com;<br>ewcole@winston.com;<br>jhudgens@winston.com | Defendant Discover Financial Services |
| Kenneth A. Gallo<br>Craig A. Benson<br>Lina T. Dagnew<br>PAUL, WEISS, RIFKIND,<br>WHARTON<br>   & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br><br>Brette Tannenbaum<br>Yahonnes Cleary<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | kgallo@paulweiss.com;<br>cbenson@paulweiss.com;<br>ldagnew@paulweiss.com;<br>btannenbaum@paulweiss.com;<br>ycleary@paulweiss.com | Defendant Mastercard International Incorporated |

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Matthew A. Eisenstein<br>Karen C. Otto<br>Mike Rubin<br>Rosemary Szanyi<br>ARNOLD & PORTER<br>   KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br><br>Robert J. Vizas<br>Sharon D. Mayo<br>ARNOLD & PORTER<br>   KAYE SCHOLER LLP<br>Three Embarcadero Center,<br>10th Floor<br>San Francisco, CA 94111 | matthew.eisenstein@arnoldporter.com;<br>karen.otto@arnoldporter.com;<br>michael.rubin@arnoldporter.com;<br>rosemary.szanyi@arnoldporter.com;<br>robert.vizas@arnoldporter.com;<br>sharon.mayo@arnoldporter.com | Defendant Visa Inc. and Visa U.S.A. Inc. |