

5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

June 13, 2025

**VIA CM/ECF**

Honorable Margo K. Brodie
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Room N626
Brooklyn, NY 11201

   Re: *B & R Supermarket, Inc., et al. v. Visa, et al.*,
      Case No. 1:17-cv-02738-MKB-JAM

Dear Judge Brodie:

  We write on behalf of plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") to request an enlargement of the page limits for the memorandum in support of Plaintiffs' Motion for Preliminary Approval of Settlement with Discover Financial Services ("Discover") and American Express Company ("Amex") ("Motion").

  Plaintiffs have reached settlement agreements in this action with defendants Discover and Amex. The settlement agreements were reached separately and at different times. However, in the interest of efficiency and conservation of resources for the Court, the parties, and the class, Plaintiffs have elected to request preliminary approval of the settlement agreements in a single motion, rather than two separate motions at different times. Plaintiffs' Motion was served on the parties today. *See* Dkt. No. 972.

  Accordingly, in order to fully address both settlement agreements and provide the Court with all the relevant information for its consideration of the settlement agreements, Plaintiffs respectfully request leave to file a memorandum in support of the Motion of 47 pages.

  Plaintiffs can represent that Discover and Amex, the other parties to the settlement agreements, consent to this request.

               Sincerely,

               */s/ George C. Aguilar*

               George C. Aguilar
               (admitted *pro hac vice*)
               *Attorney for Plaintiffs*

cc: All Counsel of Record (via CM/ECF)

