UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | Case No. 1:17-cv-02738-MKB-JAM <br><br> CLASS ACTION |
| Plaintiffs, | |
| v. | |
| VISA, INC., et al., | |
| Defendants. | |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY
APPROVAL OF SETTLEMENT WITH DISCOVER AND AMEX**

PLEASE TAKE NOTICE THAT, on a date and time to be determined by the Court, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Margo K. Brodie, Courtroom 6F, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) ("Plaintiffs") will and hereby do move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order granting their Motion for Preliminary Approval of Settlement with Discover and Amex.

This motion is based on this notice and the accompanying memorandum in support thereof, the declaration of George C. Aguilar in support thereof and exhibits thereto ("Aguilar Decl."), the Amended Stipulation and Agreement of Settlement between Plaintiffs and defendant Discover Financial Services (Aguilar Decl., Ex. 1), the Stipulation and Agreement of Settlement between Plaintiffs and defendant American Express Company (Aguilar Decl., Ex. 2), the [proposed] order submitted herewith, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

Dated: June 13, 2025

Respectfully submitted,

ROBBINS LLP

*s/ George C. Aguilar*
GEORGE C. AGUILAR (*pro hac vice*)
MICHAEL J. NICOUD (*pro hac vice*)
JACOB W. OGBOZO (*pro hac vice*)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com
mnicoud@robbinsllp.com
jogbozo@robbinsllp.com

**DEVINE GOODMAN & RASCO, LLP**
JOHN W. DEVINE
2800 Ponce De Leon Boulevard, Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com

**LAW OFFICES OF
  THOMAS G. AMON**
THOMAS G. AMON
420 Lexington Avenue, Suite 1402
New York, NY 10170
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com

*Class Counsel and Attorneys for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket)*

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2025, I caused a true and correct copy of the foregoing Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Discover and Amex, to be served via e-mail on the parties listed on the attached service list.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 13, 2025.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**ROBBINS LLP**
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com

**PLAINTIFFS' COUNSEL**

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| George C. Aguilar<br>Michael J. Nicoud<br>Jacob W. Ogbozo<br>ROBBINS LLP<br>5060 Shoreham Place, Suite 300<br>San Diego, CA 92122<br>Telephone: (619) 525-3990<br>Facsimile: (619) 525-3991<br><br>John W. Devine<br>DEVINE GOODMAN & RASCO, LLP<br>2800 Ponce De Leon Blvd., Suite 1400<br>Coral Gables, FL 33134<br>Telephone: (305) 374-8200<br>Facsimile: (305) 374-8208<br><br>Thomas G. Amon<br>LAW OFFICES OF<br>  THOMAS G. AMON<br>420 Lexington Avenue, Suite 1402<br>New York, NY 10170<br>Telephone: (212) 810-2430 | gaguilar@robbinsllp.com;<br>mnicoud@robbinsllp.com;<br>jogbozo@robbinsllp.com;<br>jdevine@devinegoodman.com;<br>tamon@amonlaw.com | Class Counsel and Attorneys for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) |

**DEFENSE COUNSEL**

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Damaris Hernández<br>Peter T. Barbur<br>Rebecca Spendley<br>CRAVATH, SWAINE<br>  & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019 | dhernandez@cravath.com;<br>pbarbur@cravath.com;<br>rspendley@cravath.com | Defendant American Express Company |

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Jeanifer Ellen Parsigian<br>Dana L. Cook-Milligan<br>WINSTON & STRAWN LLP<br>101 California St., 35th Floor<br>San Francisco, CA 94111<br><br>James F. Herbison<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive, 39th Floor<br>Chicago, IL 60601<br><br>Jeffrey L. Kessler<br>Eva W. Cole<br>Johanna R. Hudgens<br>WINSTON & STAWN LLP<br>200 Park Avenue<br>New York, NY 10166 | jparsigian@winston.com;<br>dlcook@winston.com;<br>jherbison@winston.com;<br>jkessler@winston.com;<br>ewcole@winston.com;<br>jhudgens@winston.com | Defendant Discover Financial Services |
| Kenneth A. Gallo<br>Craig A. Benson<br>Lina Dagnew<br>PAUL, WEISS, RIFKIND, WHARTON<br>   & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br><br>Brette Tannenbaum<br>Yahonnes Cleary<br>PAUL, WEISS, RIFKIND,<br>  WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019 | kgallo@paulweiss.com;<br>cbenson@paulweiss.com;<br>ldagnew@paulweiss.com;<br>btannenbaum@paulweiss.com;<br>ycleary@paulweiss.com | Defendant Mastercard International Incorporated |

- S3 -

| FIRM | EMAIL ADDRESSES | ATTORNEYS FOR: |
|---|---|---|
| Matthew A. Eisenstein<br>Karen C. Otto<br>Mike Rubin<br>Rosemary Szanyi<br>ARNOLD & PORTER<br>    KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC 20001<br><br>Robert J. Vizas<br>Sharon D. Mayo<br>ARNOLD & PORTER<br>    KAYE SCHOLER LLP<br>Three Embarcadero Center,<br>10th Floor<br>San Francisco, CA  94111 | matthew.eisenstein@arnoldporter.com;<br>karen.otto@arnoldporter.com;<br>michael.rubin@arnoldporter.com;<br>rosemary.szanyi@arnoldporter.com;<br>robert.vizas@arnoldporter.com;<br>sharon.mayo@arnoldporter.com; | Defendant Visa Inc. and Visa U.S.A. Inc. |