# EXHIBIT 11

*B&R Supermarket, Inc., et al., v. Visa Inc., et al.*

## Banner & Social Media Advertisements

300x250 Online Display Banner

Frame 1 (Visible 9 seconds):

> If you are a merchant who incurred an unreimbursed EMV/chip Fraud Liability Shift chargeback on a Visa, Mastercard, American Express, or Discover credit or debit card transaction from

Frame 2 (Visible 6 seconds):

> October 1, 2015, to September 30, 2017, your rights may be affected by Settlements with two of the Defendants.

## *B&R Supermarket, Inc., et al., v. Visa Inc., et al.*

Frame 3 (Visible 4 seconds):



Facebook Newsfeed


# B&R Supermarket, Inc., et al., v. Visa Inc., et al.

Facebook Right Column



Instagram Newsfeed

