# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> VISA, INC., et al., <br><br> Defendants. | Case No. 1:17-cv-02738-MKB-VMS <br><br> <u>CLASS ACTION</u> <br><br> Judge Margo K. Brodie |

**DECLARATION OF JAMES F. HERBISON
ON IMPLEMENTATION OF CAFA NOTICE**

I, JAMES F. HERBISON, hereby declare and state as follows:

1. My name is James F. Herbison. I am over the age of 25, and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a partner at Winston & Strawn LLP and counsel for Defendant Discover Financial Services.

3. We have identified 57 Federal and State officials (the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and United States Territories) to receive CAFA notice of the proposed Settlement Agreement between Plaintiffs and Discover in the above-referenced action.

4. On July 3, 2025, Winston & Strawn LLP sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS Priority Mail to all 57 federal and state officials. The Notice is included as **Attachment 1**.

WINSTON
& STRAWN
LLP    North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

5.  The Notice was comprised of a cover letter, service list, and the following documents, which were made available electronically with an optional CD made available by request:

- **Per 28 U.S.C. § 1715(b)(1) –** Copies of the following complaints and the materials filed therewith, including:
    - Class Action Complaint, filed on March 8, 2016; and
    - Amended Class Action Complaint, filed on July 15, 2016.

- **Per 28 U.S.C. § 1715(b)(3) –** A copy of the Order Granting Unopposed Motion for Approval of Proposed Class Notice and Notice Plan, dated June 3, 2022, accompanied by all supporting documents and exhibits, including:
    - Postcard Form; and
    - Long Online Form.

- **Per 28 U.S.C. § 1715(b)(4) –** Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex filed on June 24, 2025, and pertinent exhibits attached thereto, including the following:
    - Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Discover and Amex;
    - Declaration of George C. Aguilar in Support of Motion for Preliminary Approval of Settlement with Discover and Amex and pertinent attachments; and
    - Plaintiffs' Letter to the Court regarding Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex.

WINSTON
& STRAWN
LLP   North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

- **Per 28 U.S.C. § 1715(b)(8) –** Copies of the following "written judicial opinion relating to" this "proposed . . . class action settlement":
    - Memorandum Opinion and Order denying Discover's Motion for Summary Judgment, issued on September 27, 2024.

- **Per 28 U.S.C. § 1715(b)(7) –** A reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of the members to the entire settlement was not feasible. An estimate of total nationwide Class Members was provided as part of the Notice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 10, 2025.

/s/ *James F. Herbison*
James F. Herbison

# Attachment 1

WINSTON
&STRAWN
LLP  North America  Europe  Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**JAMES F. HERBISON**
Partner
(312) 558-5909
JHerbison@winston.com

July 3, 2025

<u>**VIA U.S. CERTIFIED MAIL**</u>

Hon. Pamela J. Bondi
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20531

The State Attorneys General
and other "appropriate State officials,"
as defined by 28 U.S.C. § 1715(a)(2)
(*See* attached Distribution List)

Re: Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715
*B & R Supermarket, Inc. et al. v. Visa, Inc., et al.*, No. 1:17-cv-02738-MKB-JAM (E.D.N.Y.)

To Whom It May Concern:

I write on behalf of Discover Financial Services ("Discover") in relation to the above-referenced action currently pending in the United States District Court for the Eastern District of New York before the Honorable Chief Judge Margo K. Brodie.

Pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, please find enclosed information to advise you of a proposed class action settlement between named Plaintiffs B & R Supermarket, Inc., d/b/a Milam's Market ("Milam's Market"), Grove Liquors LLC ("Grove Liquors"), Strouk Group LLC, d/b/a Monsieur Marcel ("Monsieur Marcel"), and Palero Food Corp. and Cagueyes Food Corp., d/b/a Fine Fare Supermarket ("Fine Fare"), for themselves individually and on behalf of each member of the Class (as defined herein) (collectively, "Class Members") and Discover Financial Services ("Discover") in the above-referenced action.

On June 24, 2025, the Class filed a Motion for Preliminary Approval of Settlement with Discover and American Express ("Amex") in the above-referenced action.

In compliance with 28 U.S.C. § 1715(b), the following documents referenced below may be downloaded from Winston & Strawn LLP's secure Box site:

**URL**: ███████████████████████████████

WINSTON
& STRAWN
LLP     North America   Europe   Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

**Password**: ▮▮▮▮▮▮▮▮

Please note that this link will expire on ▮▮▮▮▮▮. We will also provide a CD containing electronic copies of all identified documents upon request.

- Copies of the following complaints and the materials filed therewith, including:

    o Class Action Complaint, filed on March 8, 2016 (Attachment 1-A); and

    o Amended Class Action Complaint, filed on July 15, 2016 (Attachment 1-B).

- Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex filed on June 24, 2025 (Attachment 2-A), accompanied by all supporting documents and exhibits, including the following:

    o Memorandum of Law in Support of Motion for Preliminary Approval of Settlement with Discover and Amex (Attachment 2-B);

    o Declaration of George C. Aguilar in Support of Motion for Preliminary Approval of Settlement with Discover and Amex (Attachment 2-C) and pertinent exhibits attached thereto (Attachments 2-D through 2-N); and

    o Plaintiffs' Letter regarding Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex (Attachment 2-O).

- A copy of the Order Granting Unopposed Motion for Approval of Proposed Class Notice and Notice Plan, dated June 3, 2022, (Attachment 3-A), accompanied by all supporting documents and exhibits, including:

    o Postcard Form (Attachment 3-B); and

    o Long Online Form (Attachment 3-C). *See* 28 U.S.C. § 1715(b)(3)(A).

- Copies of the following "written judicial opinion relating to" this "proposed . . . class action settlement":

    o Memorandum Opinion and Order denying Discover's Motion for Summary Judgment, issued on September 27, 2024 (Attachment 4-A). *See* 28 U.S.C. § 1715(b)(8).

The proposed settlement is with the certified Class, which is defined per the Court's August 28, 2020 Order granting the Plaintiffs' renewed motion for class certification (Attachment 5-A) as: "Merchants who incurred one or more unreimbursed chargeback(s) between October 1, 2015



through and including September 30, 2017, pursuant to the Fraud Liability Shift for the assessment of Mastercard, Visa, Discover and/or Amex payment card chargebacks (the "Class")."

Specifically excluded from the Class are: "members of the judiciary and government entities or agencies." *Id*. Also excluded from the Class are those who previously excluded themselves from this Action by filing a request for exclusion with the requirements set forth in the Order Granting Unopposed Motion for Approval of Proposed Class Notice and Notice Plan dated June 3, 2022, and the Class Notice pursuant thereto previously provided to Class Members.

It is not feasible for Discover to provide either "the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement." *See* 28 U.S.C. § 1715(b)(7)(A). The Memorandum of Law in Support of Motion for Preliminary Approval states that the Class consists of "approximately 400,000 merchants" (*see* Attachment 2-B at 2), so Discover's "reasonable estimate of the number of class members" is 400,000 Class Members in total. *See* 28 U.S.C. § 1715(b)(7)(B).

Given that the settlement consists of Discover waiving its rights to seek costs, fees, attorney's fees, or any other form of recovery against the Class in exchange for the Class agreeing that it will waive all appellate rights or further adjudication against Discover, it is not feasible for Discover to provide "the estimated proportionate share of the claims of such members to the entire settlement." *Id*. As stated in the Memorandum of Law in Support of Motion for Preliminary Approval, the settlement consideration is "significant" and "avoid[s] the further risk, expense, inconvenience, and distraction of burdensome and protracted litigation." *See* Attachment 2-B at 2.

The Court has not yet set a hearing date on Plaintiffs' Motion for Preliminary Approval of Settlement with Discover and Amex. *See* 28 U.S.C. § 1715(b)(2). As of the date of this correspondence, no other settlement or agreement has been entered into between the Class and Discover, there has not been any other approved notice of settlement, and no other final judgment or notice of dismissal by Plaintiffs has been entered. *See* 28 U.S.C. § 1715(b)(3)–(6).

This letter and the enclosed documents are intended to satisfy any and all notification obligations Discover has pursuant to CAFA with respect to this action. Please let me know if you have any questions regarding this notice, the settlement, how to access and view the documents on the enclosed Box link, or if you need to request a new Box link.

Sincerely,

James F. Herbison

*Counsel for Discover Financial Services*

Enclosures



**Distribution List**

| | |
|---|---|
| Hon. Steve Marshall<br>Attorney General State of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36104<br>334-242-7300 | Hon. Treg Taylor<br>Attorney General State of Alaska<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>907-269-5100 |
| Gwen Tauiliili-Langkilde<br>Attorney General of American Samoa<br>GHC Reid Bldg, Fagatogo,<br>Pago Pago, AS 96799<br>684-633-4163 | Hon. Kris K. Mayes<br>Attorney General State of Arizona<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926<br>602-542-5025 |
| Hon. J. Timothy Griffin<br>Attorney General State of Arkansas<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610<br>800-482-8982 | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Protection Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102-7004<br>415-510-4400 |
| Hon. Philip J. Weiser<br>Attorney General State of Colorado<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203<br>720-508-6000 | Hon. William M. Tong<br>Attorney General State of Connecticut<br>165 Capitol Avenue<br>Hartford, CT 06106<br>860-808-5318 |
| Hon. Kathy Jennings<br>Attorney General State of Delaware<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French Street<br>Wilmington, DE 19801<br>302-577-8400 | Hon. Brian L. Schwalb<br>Attorney General District of Columbia<br>Office of the Attorney General<br>400 6th Street, N.W.<br>Washington, DC 20001<br>202-727-3400 |
| Hon. James Uthmeier<br>Attorney General State of Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399-1050<br>850-414-3300 | Hon. Christopher M. Carr<br>Attorney General State of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>404-458-3600 |
| Hon. Douglas Moylan<br>Attorney General of Guam<br>Office of the Attorney General of Guam<br>134 W. Soledad Avenue,<br>4th Floor, Suite 412<br>Hagatna, GU 96910<br>671-475-2710 | Hon. Anne E. Lopez<br>Attorney General State of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813<br>808-586-1500 |
| Hon. Raúl R. Labrador | Hon. Kwame Raoul |

| | |
|---|---|
| Attorney General State of Idaho<br>700 W. Jefferson Street, Ste. 210<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>208-334-2400 | Attorney General State of Illinois<br>115 S. LaSalle St.<br>Chicago, IL 60603<br>312-814-3000 |
| Hon. Todd Rokita<br>Attorney General State of Indiana<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>317-232-6201 | Hon. Brenna Bird<br>Attorney General State of Iowa<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>515-281-5164 |
| Hon. Kris W. Kobach<br>Attorney General State of Kansas<br>120 S.W. 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597<br>785-296-2215 | Hon. Russell Coleman<br>Attorney General Commonwealth of Kentucky<br>Office of the Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, KY 40601-3449<br>502-696-5300 |
| Hon. Liz Murrill<br>Attorney General State of Louisiana<br>1885 N. 3rd Street<br>Baton Rouge, LA 70802<br>225-326-6079 | Hon. Andrea J. Campbell<br>Attorney General State of Massachusetts<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108<br>617-727-2200 |
| Hon. Anthony G. Brown<br>Attorney General State of Maryland<br>200 St. Paul Place<br>Baltimore, MD 21202<br>410-576-6300 | Hon. Aaron M. Frey<br>Attorney General State of Maine<br>6 State House Station<br>Augusta, ME 04333<br>207-626-8800 |
| Hon. Dana Nessel<br>Attorney General State of Michigan<br>G. Mennen Williams Building<br>525 W. Ottawa Street<br>Lansing, MI 48909<br>517-335-7622 | Hon. Keith Ellison<br>Attorney General State of Minnesota<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101<br>651-296-3353 |
| Hon. Andrew Bailey<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102<br>573-751-3321 | Hon. Lynn Fitch<br>Attorney General State of Mississippi<br>P.O. Box 220<br>Jackson, MS 39205<br>601-359-3680 |
| Hon. Austin Knudsen<br>Attorney General State of Montana | Hon. Jeff Jackson<br>Attorney General State of North Carolina |

WINSTON & STRAWN LLP

North America   Europe   Asia

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

| | |
|---|---|
| Office of the Attorney General<br>215 North Sanders, Third Floor<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>406-444-2026 | 114 West Edenton Street<br>Raleigh, NC 27603<br>919-716-6400 |
| Hon. Drew H. Wrigley<br>Attorney General State of North Dakota<br>Office of the Attorney General<br>600 E Boulevard Ave., Dept. 125<br>Bismarck, ND 58505-0040<br>701-328-2210 | Hon. Mike Hilgers<br>Attorney General State of Nebraska<br>1445 K Street, Room 2115<br>PO Box 98920<br>Lincoln, NE 68509<br>402-471-2683 |
| Hon. John M. Formella<br>Attorney General State of New Hampshire<br>NH Department of Justice<br>1 Granite Place South<br>Concord, NH 03301<br>603-271-3658 | Hon. Matthew J. Platkin<br>Attorney General State of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-0080<br>(609) 292-8740 |
| Hon. Raúl Torrez<br>Attorney General State of New Mexico<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501<br>505-490-4060 | Hon. Aaron D. Ford<br>Attorney General State of Nevada<br>100 N. Carson Street<br>Carson City, NV 89701<br>775-684-1100 |
| Hon. Letitia A. James<br>Office of the New York State Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>800-771-7755 | Hon. Dave Yost<br>Attorney General State of Ohio<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215<br>800-282-0515 |
| Hon. Gentner Drummond<br>Attorney General State of Oklahoma<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>405-521-3921 | Hon. Dan Rayfield<br>Attorney General State of Oregon<br>Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>503-378-4400 |
| Hon. David W. Sunday, Jr.<br>Attorney General of Pennsylvania<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>717-787-3391 | Hon. Peter F. Neronha<br>Attorney General State of Rhode Island<br>150 S. Main Street<br>Providence, RI 02903<br>401-274-4400 |
| Hon. Alan Wilson<br>Attorney General State of South Carolina | Hon. Marty Jackley<br>Attorney General State of South Dakota |

Winston & Strawn LLP

35 W. Wacker Drive
Chicago, IL 60601
T +1 312 558 5600
F +1 312 558 5700

North America  Europe  Asia

| | |
|---|---|
| P.O. Box 11549<br>Columbia, SC 29211<br>803-734-3970 | Office of the Attorney General<br>1302 E. Hwy 14, Ste. 1<br>Pierre, SD 57501-8501<br>605-773-3215 |
| Hon. Jonathan Skrmetti<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>615-741-3491 | Hon. Ken Paxton<br>Office of the Texas Attorney General<br>PO Box 12548<br>Austin, TX 78711-2548<br>512-463-2100 |
| Hon. Derek Brown<br>Attorney General State of Utah<br>Office of the Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>801-366-0260 | Hon. Jason S. Miyares<br>Attorney General Commonwealth of Virginia<br>202 North Ninth Street<br>Richmond, VA 23219<br>804-786-2071 |
| Hon. Charity R. Clark<br>Attorney General State of Vermont<br>109 State Street<br>Montpelier, VT 05609<br>802-828-3171 | Hon. Nicolas W. Brown<br>Attorney General State of Washington<br>1125 Washington St. SE<br>PO Box 40100<br>Olympia WA 98504-0100<br>360-753-6200 |
| Hon. Josh Kaul<br>Attorney General State of Wisconsin<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857<br>608-266-1221 | Hon. John B. McCuskey<br>Attorney General State of West Virginia<br>State Capitol Complex, Bldg. 1, Rm E-26<br>1900 Kanawha Blvd. E<br>Charleston, WV 25305<br>304-558-2021 |
| Hon. Ryan Schelhaas (Interim Attorney General)<br>Attorney General State of Wyoming<br>109 State Capitol<br>200 W. 24th Street<br>Cheyenne, WY 82002<br>307-777-7886 | Hon. Edward E. Manibusan<br>Attorney General of the Northern Mariana Islands<br>Commonwealth of The Northern Mariana Islands<br>Caller Box 10007<br>Saipan, MP 96950<br>670-237-7500 |
| Hon. Gordon C. Rhea<br>Attorney General of the Virgin Islands<br>Office of the Attorney General<br>3438 Kronprindsens<br>Gade GERS Bldg., 2nd Floor<br>St. Thomas, VI 00802<br>340-774-5666 | Hon. Pamela J. Bondi<br>Attorney General of the United States<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001<br>202-514-2000 |
| Hon. W. Stephen Muldrow<br>United States Attorney District of Puerto Rico | |




| | |
|---|---|
| Torre Chardón, Suite 1201<br>350 Carlos Chardón Street<br>San Juan, PR 00918<br>787-766-5656 | |