

5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

October 10, 2025

**VIA CM/ECF**

Honorable Margo K. Brodie
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Room N626
Brooklyn, NY 11201

   Re: ***B & R Supermarket, Inc., et al. v. Visa, et al.*,**
      **Case No. 1:17-cv-02738-MKB-JAM**

Dear Judge Brodie:

  We write on behalf of plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") regarding Plaintiffs' Motion for Preliminary Approval of Settlement with Visa and Mastercard ("Motion").

  Plaintiffs have conferred with all defendants regarding the Motion and have confirmed no defendant will be filing any response to Plaintiffs' Motion. Accordingly, as there will be no further briefing on the Motion and pursuant to Section 3(D) of the Court's Individual Practices and Rules, Plaintiffs are filing the Motion concurrently herewith. A courtesy copy of the Motion will be sent per the Court's rules.

                  Sincerely,

                  */s/ George C. Aguilar*

                  George C. Aguilar
                  (admitted *pro hac vice*)
                  *Attorney for Plaintiffs*

cc: Hon. Joseph A. Marutollo (via CM/ECF)
   All Counsel of Record (via CM/ECF)

