UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA, INC., et al.,<br><br>Defendants. | Case No. 1:17-cv-02738-MKB-JAM<br><br><u>CLASS ACTION</u> |

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY
<u>APPROVAL OF SETTLEMENT WITH VISA AND MASTERCARD</u>**

PLEASE TAKE NOTICE THAT, on a date and time to be determined by the Court, or as soon thereafter as the matter may be heard in the courtroom of the Honorable Margo K. Brodie, Courtroom 6F, United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) ("Plaintiffs") will and hereby do move this Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an order granting their Motion for Preliminary Approval of Settlement with Visa and Mastercard.

This motion is based on this notice and the accompanying memorandum in support thereof, the declaration of George C. Aguilar in support thereof and exhibits thereto ("Aguilar Decl."), the Stipulation and Agreement of Settlement between Plaintiffs and defendants Visa Inc. and Visa U.S.A. Inc. and Mastercard International, Incorporated (Aguilar Decl., Ex. 1), the [proposed] order submitted herewith, the pleadings and other files herein, and such other written and oral argument as may be presented to the Court.

Dated: October 10, 2025

Respectfully submitted,

ROBBINS LLP

*s/ George C. Aguilar*
GEORGE C. AGUILAR (*pro hac vice*)
MICHAEL J. NICOUD (*pro hac vice*)
JACOB W. OGBOZO (*pro hac vice*)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com
mnicoud@robbinsllp.com
jogbozo@robbinsllp.com

**DEVINE GOODMAN & RASCO, LLP**
JOHN W. DEVINE
2800 Ponce De Leon Boulevard, Suite 1400

Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com

**LAW OFFICES OF
  THOMAS G. AMON**
THOMAS G. AMON
420 Lexington Avenue, Suite 1402
New York, NY 10170
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com

*Class Counsel and Attorneys for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket)*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties and attorneys of record.

*s/ George C. Aguilar*
GEORGE C. AGUILAR
**ROBBINS LLP**
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com