

5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

October 10, 2025

**VIA CM/ECF & FEDEX**

Honorable Margo K. Brodie
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Room N626
Brooklyn, NY 11201

  Re: *B & R Supermarket, Inc., et al. v. Visa, et al.*,
     Case No. 1:17-cv-02738-MKB-JAM

Dear Judge Brodie:

  Pursuant to Sections 1(D) and 3(D) of the Court's Individual Practices and Rules, plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs") hereby enclose courtesy copies of the following documents, which were electronically filed today (Dkt. No. 980):

(1) Plaintiffs' Notice of Motion for Preliminary Approval of Settlement with Visa and Mastercard;

(2) Memorandum in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Visa and Mastercard;

(3) Declaration of George C. Aguilar in Support of Plaintiffs' Motion for Preliminary Approval of Settlement with Visa and Mastercard and exhibits 1-8 thereto; and

(4) [Proposed] Order Granting Preliminary Approval of Settlements with Defendants and Directing Notice to the Class.

              Sincerely,

              */s/ George C. Aguilar*

              George C. Aguilar
              (admitted *pro hac vice*)
              *Attorney for Plaintiffs*

Enclosures

cc: Hon. Joseph A. Marutollo (via FedEx without enclosures)
   All Counsel of Record (via CM/ECF without enclosures)

