# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br><br> VISA INC., et al., <br><br> Defendant. | Case No: 1:17-cv-02738-BMC-JAM |

## STIPULATION REGARDING
## *VISA DEBIT* MERCHANT PLAINTIFFS' CLAIMS

WHEREAS, on March 8, 2016, plaintiffs in *B&R Supermarket v. Visa, Inc.* ("*B&R* Plaintiffs"), brought a class action lawsuit in the U.S. District Court for the Eastern District of New York against Defendants Visa Inc. and Visa U.S.A., Inc. (collectively "Visa"), Mastercard International Inc. ("Mastercard"), Discover Financial Services ("Discover"), and American Express Co. ("Amex") (collectively, "*B&R* Defendants"), alleging violations of the Sherman Act, state antitrust and consumer protection laws, as well as asserting unjust enrichment claims. *B&R Supermarket v. Visa, Inc.*, Case No. 1:17-cv-2738 (E.D.N.Y.) (ECF 1);

WHEREAS, *B&R* Plaintiffs' claims arose from the *B&R* Defendants' alleged agreement to shift liability for fraudulent charges to merchants who failed to upgrade to EMV chip technology by October 1, 2015 (*Id.*);

WHEREAS, on December 16, 2024, certain Merchant Plaintiffs filed a separate lawsuit in the U.S. District Court for the Southern District of New York against Defendant Visa Inc. alleging that Visa Inc.'s anticompetitive conduct in the alleged debit network market violates the Sherman Act as well as several state antitrust and consumer protection laws. *In Re Visa Debit Card Antitrust Litigation*, No. 24-CV-7435 (JGK), 2025 WL 3019893 (S.D.N.Y.) (ECF 38) ("*Visa Debit*");

WHEREAS, *Visa Debit* Merchant Plaintiffs allege that Visa Inc. engaged in anticompetitive conduct by (1) coercing acquirer banks to enter into routing agreements that prevent rival networks from gaining the necessary scale to compete and (2) entering into agreements with would-be competitors that offered financial incentives in exchange for not competing with Visa Inc. as an intermediary for debit transactions (*Id.*);

WHEREAS, Visa denies the allegations and denies liability in both cases;

WHEREAS, on October 10, 2025, *B&R* Plaintiffs announced they had reached a settlement agreement with Visa and Mastercard and filed a Motion for Preliminary Approval of Settlement with Visa and Mastercard. *B&R Supermarket v. Visa, Inc.*, Case No. 1:17-cv-2738 (E.D.N.Y.) ("*B&R* Settlement Agreement") (ECF 979; ECF 980);

WHEREAS, on October 16, 2025, the U.S. District Court for the Eastern District of New York granted *B&R* Plaintiffs' Motion for Preliminary Approval of Settlement. *B&R Supermarket v. Visa, Inc.*, Case No. 1:17-cv-2738 (E.D.N.Y.) (ECF 983). The Settlement Agreement purports to release claims on behalf of "Merchants who incurred one or more unreimbursed chargeback(s) between October 1, 2015 through September 30, 2017, pursuant to the Fraud Liability Shift for the assessment of Mastercard, Visa, Discover and/or Amex payment card chargebacks[.]" (*Id.*) The claims released by the *B&R* Settlement Agreement are limited to claims and causes of action that "aris[e] out of the factual predicates of the Action[.]" (ECF 980-1);

WHEREAS, *Visa Debit* Merchant Plaintiffs and Visa have met and conferred regarding the *B&R* Settlement Agreement, and agree that Merchant Plaintiffs' consolidated complaint (*Visa Debit* ECF 38) asserts claims against Visa Inc. that do not arise from and are not related to the allegations concerning Visa's fraud liability shift and related chargebacks at issue in *B&R Supermarket v. Visa, Inc.*

NOW THEREFORE, the parties stipulate and agree as follows:

1. *Visa Debit* Merchant Plaintiffs do not currently and will not assert claims arising from or related to Visa's EMV fraud liability shift and chargebacks; and

2. The *B&R* Settlement Agreement does not release any claims asserted by Merchant Plaintiffs in *In Re Visa Debit Card Antitrust Litigation*, No. 24-CV-7435 (JGK) (S.D.N.Y.).

Dated: November 18, 2025.

Respectfully submitted,

/s/ *Brent W. Johnson*
Brent W. Johnson
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Eighth Fl.
Washington, DC 20005
(202) 408-4600
bjohnson@cohenmilstein.com

/s/ *Matthew A. Eisenstein*
Matthew A. Eisenstein
Rosemary Szanyi
Michael A. Rubin
Karen C. Otto
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000

Daniel P. Weick
HAUSFELD LLP
33 Whitehall Street 14th Floor
New York, NY 10004
Tel: (646) 357-1100
dweick@hausfeld.com

*Co-Lead Counsel for Merchant Plaintiffs and the Proposed Class*


Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Adam J. Zapala
COTCHETT, PITRE & MCCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Executive Committee Counsel for Merchant Plaintiffs and the Proposed Class*

Fax.: (202) 942-5999
matthew.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com
michael.rubin@arnoldporter.com
karen.otto@arnoldporter.com

Robert J. Vizas
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Flr
San Francisco, CA 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
robert.vizas@arnoldporter.com

*Counsel for Defendants Visa Inc. and Visa U.S.A. Inc.*