# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand twenty-six.

Before:      William J. Nardini,
              Sarah A. L. Merriam,
              Maria Araújo Kahn,
                *Circuit Judges.*

---

B & R Supermarket, Inc., doing business as Milam's Market, Grove Liquors LLC, Strouk Group LLC, doing business as Monsieur Marcel, Palero Food Corp., doing business as Fine Fare Supermarket, Cagueyes Food Corp., doing business as Fine Fare Supermarket,

        Plaintiffs - Appellees,

   v.

American Express Company,

        Defendant - Appellant.

**ORDER**

Docket No. 24-2344

---

The parties have filed a stipulation to dismiss this appeal with prejudice, without costs and without attorneys' fees pursuant to Fed. R. App. P. 42(b).

The stipulation is SO ORDERED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit