**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| | X |
| B & R SUPERMARKET, INC., d/b/a MILAM'S MARKET, a Florida corporation, et al., Individually and on Behalf of All Others Similarly Situated, | : Case No. 1:17-cv-02738-BMC-JAM <br> : <br> : CLASS ACTION <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | : <br> : |
| VISA, INC., et al., | : <br> : |
| Defendants. | X |

### NOTICE OF CLASS COUNSEL'S UNOPPOSED MOTION FOR A PROSPECTIVE ORDER CONCERNING MISLEADING THIRD-PARTY CLAIMS FILING SERVICES

PLEASE TAKE NOTICE that Class Counsel and attorneys for plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket) (collectively, "Plaintiffs"), respectfully move this Court, on behalf of Plaintiffs and the Class, before the Honorable Brian M. Cogan, at the United States District Court for the Eastern District of New York, Courtroom 10A South, 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, for entry of an order requiring certain information to be included to prospective claimants in this action in any communications from third-party filing services and in any contracts those services enter into regarding prospective claims for the settlement reached in this action. Class Counsel's motion is supported by the accompanying memorandum and the pleadings, filings, and all prior proceedings before this Court.

Class Counsel have conferred with counsel for Defendants regarding this motion, and Defendants take no position on the relief requested.

Dated: July 24, 2026

Respectfully submitted,

**ROBBINS LLP**

*s/ George C. Aguilar*

GEORGE C. AGUILAR (*pro hac vice*)
MICHAEL J. NICOUD (*pro hac vice*)
JACOB W. OGBOZO (*pro hac vice*)
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com
mnicoud@robbinsllp.com
jogbozo@robbinsllp.com

**DEVINE GOODMAN & RASCO, LLP**
JOHN W. DEVINE
2800 Ponce De Leon Boulevard, Suite 1400
Coral Gables, FL 33134
Telephone: (305) 374-8200
Facsimile: (305) 374-8208
jdevine@devinegoodman.com

**LAW OFFICES OF
  THOMAS G. AMON**
THOMAS G. AMON
420 Lexington Avenue, Suite 1402
New York, NY 10170
Telephone: (212) 810-2430
Facsimile: (212) 810-2427
tamon@amonlaw.com

*Class Counsel and Attorneys for Plaintiffs B & R Supermarket, Inc. (d/b/a Milam's Market), Grove Liquors LLC, Strouk Group LLC (d/b/a Monsieur Marcel), and Palero Food Corp. and Cagueyes Food Corp. (d/b/a Fine Fare Supermarket)*

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2026, I authorized the electronic filing of the foregoing, including all attachments hereto, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties and attorneys of record.

*s/ George C. Aguilar*

GEORGE C. AGUILAR
**ROBBINS LLP**
5060 Shoreham Place, Suite 300
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
gaguilar@robbinsllp.com
