

5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

July 24, 2026

**VIA CM/ECF**

Honorable Brian M. Cogan
U.S. District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 10A South
Brooklyn, NY 11201

Magistrate Judge Joseph A. Marutollo
U.S. District Court
  for the Eastern District of New York
225 Cadman Plaza East
Courtroom 11A South
Brooklyn, NY 11201

Re:   ***B & R Supermarket, Inc., et al. v. Visa, et al.,***
      **Case No. 1:17-cv-02738-BMC-JAM**

Dear Judges Cogan and Marutollo:

Pursuant to paragraphs 8 and 10 of the Preliminary Approval Order dated October 16, 2025 (Dkt. No. 983), and paragraph 3 of the Unopposed Class Settlement Order and Final Judgment dated April 28, 2026 (Dkt. No. 995), Class Counsel request that the Court approve the Claims Administrator's request for reimbursement of $1,861,222.10 from the Class Escrow Account.  These funds are to pay for the expenses associated with: (a) notice to the class of class certification; and (b) notice to the class of the settlements reached, among other tasks and work.  Attached as Exhibit "A" is the Claims Administrator's reimbursement request (which has been redacted only to remove sensitive banking information).

Respectfully submitted,

*/s/ George C. Aguilar*

George C. Aguilar
(admitted *pro hac vice*)
*Attorney for Plaintiffs*

cc:   All Counsel of Record (via CM/ECF)

GCC/IBT 840-M